# EXHIBIT "A"



# KINGSBROOK
### JEWISH MEDICAL CENTER

# RUTLAND NURSING HOME

April 3, 2019

Good day.

To whom it may concern,

Please be aware that Mr. Jean Francisque has been admitted to Kingsbrook Jewish Medical Center/Rutland Nursing Home since 3/6/2019 and continues to reside here.  There is no plan for discharge at this time.

Due to his medical condition, Mr. Francisque is unable to make any medical and financial decisions at this time. All his needs are anticipated by his wife, Gladys Francisque, and the medical staff at the facility.

Should you need further information do not hesitate to contact us at the telephone # provided below.

Thank you.
Sincerely,

Berhane Wubshet  MD
Tele# 1-718-604-5000

BERHANE WUBSHET, MD, MPH

**Rutland Nursing Home**
585 Schenectady Avenue • Brooklyn, NY 11203-1809 • Tel. 718-604-5000

Current Date:
03/07/2019

03/06/2019
## ADMISSION FACE SHEET
TW-1013B



**Jean Francisque**

| MRN / ID 370519 | New Admit Yes | DOB | Sex Male | Race BLACK | Religion CATHOLIC |
|---|---|---|---|---|---|

| Previous Address 25 TENNIS CT 2E          Brooklyn, NY 11226 | Home Phone (917)325-1931 | Cell Phone |
|---|---|---|

| Admission Date 03/06/2019 | Transferring Facility KINGS COUNTY HOSP | Hospital of Qualifying Stay From/To Dates 02/07/2019      03/06/2019 | Marital Status MARRIED |
|---|---|---|---|

| Primary Admitting Diagnosis | Secondary Admitting Diagnosis |
|---|---|
| I61.9 Nontraumatic intracerebral hemorrhage, unspect | I10 Essential (primary) hypertension |
| Z43.1 Encounter for attention to gastrostomy | E11.00 Type 2 diabetes mellitus with hyperosmolarity v |

| Social Security Number | Billing Account # 1643155 | Medicare Number 101541756A | Medicaid Number | Primary Payor AETNA MCR |
|---|---|---|---|---|
| Insurance Provider AETNA | Member ID # W247255639A | Authorization # 57990740-1000 | | Auth # End Date 03/10/2019 |
| Supplemental Insurance | Member ID # | Part D Plan | | Part D Policy # |

| Case Manager ALYSSA | Phone # 860-687-5608 | Fax # 959-282-1043 |
|---|---|---|

| Primary Physician BERHANE  WUBSHET | Address 9408 FLATLANDS AVE      BROOKLYN,NY 11236 | Phone # (718) 272-0977 |
|---|---|---|
| Secondary Physician AKBARALI G  VIRANI | Address 1834 ROCKAWAY PRKW      BROOKLYN,NY 11236 | Phone # (646) 739-0343 |

| Hospital Physician BERHANE  WUBSHET | Address 9408 FLATLANDS AVE      BROOKLYN,NY 11236 | Phone # (718) 272-0977 |
|---|---|---|

| Next of Kin 1 FRANCISQUE, GLADYS | Relation SPOUSE | Address 3811 AVE I          Brooklyn, NY 11210 |
|---|---|---|
| Home Phone 917-325-1931 | Work Phone | Cell/Pager |

| Next of Kin 2 FRANCISQUE, KATIE | Relation DAUGHTER | Address 3211 AVENUE I  2M      Brooklyn, NY 11210 |
|---|---|---|
| Home Phone 718-753-9490 | Work Phone | Cell/Pager |

| Emergency Contact | Relation | Address |
|---|---|---|
| Home Phone | Work Phone | Cell/Pager |

| Funeral Home Information | Phone # |
|---|---|

## DISCHARGE / READMISSION HISTORY

| Original Admit Date   03/06/2019 | | | |
|---|---|---|---|
| Transfer Date | Transfer To | Return Date | Returning Diagnosis |
| Transfer Date | Transfer To | Return Date | Returning Diagnosis |
| Transfer Date | Transfer To | Return Date | Returning Diagnosis |
| Transfer Date | Transfer To | Return Date | Returning Diagnosis |
| Transfer Date | Transfer To | Return Date | Returning Diagnosis |
| Transfer Date | Transfer To | Return Date | Returning Diagnosis |

ADMISSIONS & DISCHARGE RECORD

KINGSBROOK JEWISH MEDICAL CENTER

Name

Number

Loc/Sex/Age

Doctor

| ADMISSION NO. | UNIT CHART NO. 370519 | DATE ADMITTED 0316 9 | TIME AM PM |
|---|---|---|---|
| PREV. ADMISS. DATES | STAY IN HOSPITAL | DATE DISCHARGED | |

NAME Francisque, Jean

REFERED BY  Wbshet

FOR PATIENT PLATE

| ADDRESS | CITY RNH | STATE ZIP | TELEPHONE NO. 7305 | ADMITTED TO DEPT. TW-1013B | UNIT |
|---|---|---|---|---|---|

OCCUPATION

TRANSFERRED TO: (TO BE COMPLETED BY NURSING UNIT MAKING TRANSFER)

| | DEPT. | DOCTOR | UNIT | DATE |
|---|---|---|---|---|

| AGE 71 | SEX M | MARITAL STATUS (M) S W D | SOCIAL SECURITY NO XXX-XX-____ |
|---|---|---|---|

BIRTHPLACE

RELIGION  Catholic

DIAGNOSIS ON ADMISSION.(To be filled out by admitting Physician)

CODE (MED. REC)

DIAGNOSIS ON DISCHARGE (To be filled out by Physician discharging Patient)

COMPLICATIONS

OPERATIONS                                                    DATE

OPERATIONS                                                    DATE

SPECIAL THERAPY

CONDITIONS ON DISCHARGE

Recovered ☐ , Improved ☐ , Unimproved ☐ , Deceased ☐

SIGNATURE

AUTOPSY   Yes ☐   No ☐

N.E. CASE   Yes ☐  No ☐

APPROVED BY

M.D.

APPROVED BY
M.D.

RECORD COMMITTEE

CHART AUDITED BY _____ M.D.        DATE _____

Form 4.1

# RUTLAND NURSING HOME
## INSURANCE VERIFICATION SHEET

1. **RESIDENT NAME:** Jean Francisque

2. **UNIT/RM#:** TW-1013B

3. **MR#:** 370519

4. **ADMISSION DATE:** 3|6|19

5. **NAME OF INSURANCE CO.:** Aetna (MCR/HMO)

6. **MEMBER ID:** W247255639A

7. **REASON FOR AUTH:** Sub Acute Rehab

8. **AUTHORIZATION#:** 57990740-1000

9. **DAYS APPROVED:** 5 Days

10. **APPROVED PERIOD:** 3|6|19 - 3|10|19

11. **APPROVAL LEVEL:** Level 2

12. **CO-PAY:**

13. **CO-INSURANCE:**

14. **DEDUCTIBLE AMOUNT:**

15. **CONTRACTS/BENEFITS CONTACT:** CM Alyssa
Ph. 860-687-5608  Fx. 959-282-1043

16. **COMMENTS:** Needs update in 48hrs.

**CC:** MDS Office
Bus. Office
LTCM
SW
Admin

insversheet rev0309

FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931

**KINGSBROOK JEWISH MEDICAL CENTER**
**DAVID MINKIN REHABILITATION INSTITUT~~ ~~**    M   CATHOLIC      TW    1013B
**RUTLAND NURSING HOME**    LTCM/WUBSHET, B.

ACCNT#:    1643155

| PROBLEM NO. | DATE ENTERED | PROBLEM LIST | PROBLEM RESOLVED | DATE RESOLV |
|---|---|---|---|---|
| 1 | 3/6/19 | Stroke c̄ hemorrhagic Conversion  PEG Placed 2/27/19 | | |
| 2 | | HTN  DM | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |

Form No. 4-1595 11/85 H.S.

# RUTLAND NURSING HOME

## RESIDENT IMMUNIZATION STATUS RECO

FRANCISQUE ,JEAN          M    71
1256    WUBSHET, BERHANE,
VAS PT#: 11045967 DOB: ~~~~~~
  MR#: 0370519  PH#:
REG DT: 03/13/19   TIME 09:34

**Influenza Vaccine given:**

**PPD**

| | | |
|---|---|---|
| _____ | _____ | INDURATIONS: Yes ( )  No ( ) |
| Date | Date | MEASURMENT: _____mm |
| _____ | _____ | INDURATIONS: Yes ( )  No ( ) |
| Date | Date | MEASURMENT: _____mm |
| _____ | _____ | INDURATIONS: Yes ( )  No ( ) |
| Date | Date | MEASURMENT: _____mm |
| _____ | _____ | INDURATIONS: Yes ( )  No ( ) |
| Date | Date | MEASURMENT: _____mm |
| _____ | | |
| Date | | |

**Pneumococcal Conjugate Vaccine (PCV13)**     **Pneumococcal Polysaccharide Vaccine (PPSV23)**

3/19 - Pneumonia
       vacc given
       in Hospital.
       See D/C Papers.

_____        _____
Date                 Date

_____        _____
Date                 Date

**Tetanus Toxoid  booster given:**     **Other Vaccine Given:**          **Other Vaccine Given:**

_____        _____          _____
Date                 Date                   Date

                     _____          _____
                     Specify Vaccine        Specify Vaccine

BS 9/2017

**Patient Summary of Care,**
**Agreement and Discharge Report**
Patient Name: Jean Francisque
Unit #: 2840513-1

**Kings County Hospital Center**

Printed on:        6 Mar 19  1906
Disposition Time:

---

You, the patient, were provided:

* Discharge Instructions including follow-up information
* Information for your primary doctor
* Education Materials
* List of Medications
* Other _____

The following actions were performed:

[ ✓ ] Printed instructions reviewed by nurse and patient
[ ✓ ] Patient Medication List Summary from QuadraMed
       was reviewed by nurse and patient
[ ✓ ] Patient was checked for medical devices

Discharge instructions were provided for conditions including the following
(where applicable):

[ ] Congestive Heart Failure          [ ] MicroMedex_____
[X] Stroke                            [ ] Up To Date_____
[ ] Warfarin                          [ ] Other___Ant, Fall_____

Important Notes:

Your information will also be made available to you securely in the on-line
patient portal at https://myhhc.info

    In addition to following up as instructed, please contact your primary
doctor if your insurance assigns you one.  If you are having difficulty
making an appointment at Kings County, please call the Central Appointment
Scheduling office during business hours at (718) 245-3325.

    If signs and symptoms suggest that your condition is worsening, please
contact a doctor immediately.  If you believe it is an emergency, please come
to the ER or call 911.

_____          _____
Patient/Parent/Surrogate Signature                 Nurse's Signature

                                         ┌ n/a_____
I have received these instructions and             Translation Service
had my questions answered
                                         3/6/19
                                         Date/Time

                                         I have reviewed these instructions
                                         with the patient

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

## Patient Discharge Instructions

### Kings County Hospital Center

nt Name: Jean Francisque            DOB: ▆▆▆▆▆▆▆▆   Visit #: 2840513-1

ar Patient:

This is **your Summary of Care** for this visit. Please review it and share it with people who take part in your healthcare.

Admission Date:        7 Feb 19
Discharge Date:        6 Mar 19
Clinical Summary:      71M aphasic, subacute posterior temporal stroke, admit
                       for workup

**Immunizations**        *Pneumococcal 13-Valent Conjugate Vaccine AKA
                       -Prevnar 13

**Discharge Diet**        Puree/ Normal Liq.

**Discharge Activities**  as tolerated

**Follow-up Appointments** Neurology Clinic: 3/29/19 at 2:30pm in the E building
                       1st floor,
Primary Care Provider: unknown

Discharge Provider:    Hasan,Abida, MD
Attending:             Law,Susan, DO
Unit:                  D2S - Medicine
Call-back #:           (718) 245 - 7156

**Prescription List**
No Prescriptions

**Discharge Instructions**

Problem: Stroke with hemorrhagic conversion
Goals and Instructions: Diagnostic clarification;   Healing and
                       rehabilitation;   Patient engagement and education;
                       Physiological improvement;   Symptom control;

Problem: Reversible causes of dementia
Goals and Instructions: Diagnostic clarification;

Problem: #Code status
Goals and Instructions: Diagnostic clarification;

Problem: Persistent tachycardia

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

## Patient Discharge Instructions

## Kings County Hospital Center

Ient Name: Jean Francisque          DOB: ~~●●●●●●●●●~~   Visit #: 2840513-1

Goals and Instructions: Healing and rehabilitation;

Problem: fever
Goals and Instructions: Healing and rehabilitation;

Problem: Loose Stools
Goals and Instructions: Physiological improvement;

Problem: Diabetes
Goals and Instructions: Physiological improvement;

Problem: Left knee pain with movement
Goals and Instructions: Symptom control;

Problem: Transaminitis
Goals and Instructions: Physiological improvement;

### KCHC:   STROKE DISCHARGE EDUCATION

## I. STROKE RISK FACTORS

* Do you
    - have High Blood Pressure?
    - high cholesterol?
    - smoke or live with a smoker?
    - not get regular exercise?
    - eat a high fat/cholesterol diet?

* Are you overweight?

YOU CAN CHANGE THE ABOVE RISK FACTORS!

## II. LIMIT YOUR RISK FACTORS
Strokes can be prevented.  The key is to limit your risk factors!

HERE ARE SOME TIPS!

* Control your blood pressure.
* Dont smoke and try to avoid being around other who do.
* If you are taking any heart medicines, follow your doctors advice.
* If you drink alcohol, dont have more than 1-2 servings a day.(1 serving
  = 5 oz of wine or 12 oz of beer, or 1  oz of liquor).
* Eat a healthy, well-balanced diet with plenty of fruits and vegetables.
* Exercise for 30 minutes or more at least 3 times a week.
* Maintain a healthy body weight.

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

## Patient Discharge Instructions

### Kings County Hospital Center

ent Name: Jean Francisque          DOB: ▆▆▆▆▆▆      Visit #: 2840513-1

III. There are also stroke risk factors that you can't change

* A family history of stroke at a young age.
* Being a man over 55 years of age.
* Being a female past menopause.
* Having diabetes.

**IV. NEED for FOLLOW-UP MEDICAL CARE after DISCHARGE**

* Continue to take your medications as prescribed to reduce your risk of having another stroke
* It is important that you receive regular medical care.  IF you miss your doctors appointment, call and make another appointment.

**V. IF YOU ARE HAVING A STROKE - TAKE ACTION**

* **KNOW THE SIGNS**

   **YOU MAY FEEL any of the following when having a stroke:**

   * Sudden weakness, numbness or tingling on one side of the body
   * Drooping of your eyelid or mouth on one side of your face
   * Confusion, loss of memory or sudden loss of consciousness
   * Slurred speech, loss of speech or problems understanding simple statements
   * Sudden severe headache for no known reason
   * Trouble staying balanced, sudden falls or feeling dizzy for no reason
   * Sudden changes in vision (blurring, dimming or loss of sight)
   * Nausea and vomiting along with any of the above

* **ACT QUICKLY**

   **CALL 911 RIGHT AWAY IF YOU * A N Y * OF THE SIGNS**

   * Early emergency treatment can save your life and prevent or lessen brain damage
   * Some treatment will not work if not done within 2-6 hours of the start of your signs of a stroke

**VI. FOR SUPPORT AND MORE INFORMATION**

NATIONAL STROKE ASSOCIATION
Telephone: 1-800-787-6537
Website: http://www.stroke.org

NATIONAL INSTITUTE FOR NEUROLOGICAL DISORDERS/STROKE
Telephone: 1-800-352-9424

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

## Patient Discharge Instructions

### Kings County Hospital Center

Patient Name: Jean Francisque          DOB: ████████          Visit #: 2840513-1

___

III. There are also stroke risk factors that you can't change

* A family history of stroke at a young age.
* Being a man over 55 years of age.
* Being a female past menopause.
* Having diabetes.

**IV. NEED for FOLLOW-UP MEDICAL CARE after DISCHARGE**

* Continue to take your medications as prescribed to reduce your risk of having another stroke
* It is important that you receive regular medical care.  IF you miss your doctors appointment, call and make another appointment.

**V. IF YOU ARE HAVING A STROKE - TAKE ACTION**

**\* KNOW THE SIGNS**

**YOU MAY FEEL any of the following when having a stroke:**

* Sudden weakness, numbness or tingling on one side of the body
* Drooping of your eyelid or mouth on one side of your face
* Confusion, loss of memory or sudden loss of consciousness
* Slurred speech, loss of speech or problems understanding simple statements
* Sudden severe headache for no known reason
* Trouble staying balanced, sudden falls or feeling dizzy for no reason
* Sudden changes in vision (blurring, dimming or loss of sight)
* Nausea and vomiting along with any of the above

**\* ACT QUICKLY**

**CALL 911 RIGHT AWAY IF YOU \* A N Y \* OF THE SIGNS**

* Early emergency treatment can save your life and prevent or lessen brain damage
* Some treatment will not work if not done within 2-6 hours of the start of your signs of a stroke

**VI. FOR SUPPORT AND MORE INFORMATION**

NATIONAL STROKE ASSOCIATION
Telephone: 1-800-787-6537
Website: http://www.stroke.org

NATIONAL INSTITUTE FOR NEUROLOGICAL DISORDERS/STROKE
Telephone: 1-800-352-9424

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

## Patient Discharge Instructions

### Kings County Hospital Center

Patient Name: Jean Francisque          DOB: ████████████  Visit #: 2840513-1

Website: http://
www.ninds.nih.gov/disorders/strokehttp://www.bing.com/search?q=national+inst
itutes+of+health+stroke+information&src=IE-SearchBox&Form=IE8SRC&adlt=strict

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

**Primary Care Provider Information**                    **Kings County Hospital Center**

Patient Name: Jean Francisque          DOB: ⬛⬛⬛⬛⬛⬛   Visit #: 2840513-1

---

This is a summary of your admission **for your Primary Care Provider.** Please share it with them.

| | | | |
|---|---|---|---|
| Admission Date: | 7 Feb 19 | Discharge Date: | 6 Mar 19 |
| Preferred Language | | DOB | ⬛⬛⬛⬛⬛⬛ |
| Ethnicity | | Sex | M |
| Pt Telephone# | | Race | Black or African American |

**Clinical Summary:** 71M aphasic, subacute posterior temporal stroke, admit for workup

**Hospital Course:**

Hospital Course:
Pt presented to the ED on 2/7/19 after being found with language deficit and not following commands. The last time known well was more than 24 hours prior. CT Head revealed subacute posterior Left MCA ischemic stroke. There was initial concern for seizure so patient was started on Keppra. However 2 EEGs showed no seizure activity and Keppra was discontinued. Initiated secondary stroke prevention with aspirin and statin. Evaluated by PT, OT, SLP who recommended SAR and PEG tube placement for dysphagia. PEG placed on 2/22/19, feeds initiated 24 hours later with no complications. Hospital course complicated by hemorrhagic transformation of stroke. Serial head CTs showed stability with no new stroke. Also, patient had uptrending LFTs likely due to statin which resolved once statin was discontinued. Patient is now stable medically and neurologically for discharge to SAR and outpatient follow up in Stroke clinic.

Imaging/Tests:

2/7/19 Head CT without contrast IMPRESSION: 1.  Left parieto-occipital wedge-shaped hypodensity stent with subacute left MCA infarct.] No evidence of intracranial hemorrhage. 2.  Remote bilateral lacunar infarcts.3.  Microvascular ischemia.

2/8/19 IMPRESSION:  1. There is interval development of focus of hyperdensity within the left MCA infarct territory, compatible with mild hemorrhagic transformation.2. No evidence of new intracranial infarct.

2/9/19 IMPRESSION: 1. No significant interval change from the prior head CT of 2/8/2019.2.  Redemonstration

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

'rimary Care Provider Information          **Kings County Hospital Center**

ient Name: Jean Francisque          DOB: ▆▆▆▆▆7   Visit #: 2840513-1

---

This is a summary of your admission **for your Primary Care Provider.** Please share it with them.

of a subacute ischemic infarct in left MCA territory involving the left parietal and temporal lobes with evidence of mild petechial hemorrhage. The zone of infarction is not larger and no new hemorrhage is seen.3.  Moderate chronic microvascular ischemia, cerebral atrophy and remote areas of infarction as above.

2/10/19 MRI Brain: IMPRESSION:1. Large area of recent ischemic infarction within the posterior left MCA division with moderate petechial hemorrhage.2. Cerebral atrophy and extensive chronic microvascular ischemic changes.3. Remote bilateral basal ganglia hemorrhagic infarct.

2/10/19 MRA of the brain:1. Mild/moderate stenosis of the midportion of the left MCA M1 segment and severe stenosis of one of the left MCA M2 branches proximally. There is a good filling of the left middle cerebral artery distal and proximal to these areas of stenosis.2. Nonvisualization of the right vertebral artery and the mid to proximal basilar artery, which could be secondary to combination of hypoplasia and atherosclerotic change. CTA can be obtained to better evaluate this finding, if clinically warranted.

2/10/19 MRA of the neck:1. No significant extracranial carotid artery stenosis.2. As above, nonvisualization of the right vertebral artery, which could be secondary to hypoplasia.

2/11/19 Extracranial/ cervical CTA: IMPRESSION:1. Mild left MCA M1 segment stenosis and occlusion of one of the left MCA M2 branches with good filling of the remaining left MCA branches.2. Moderate to pronounced narrowing of one of the right MCA M2 branches distally with good filling of the remainder of the right MCA branches.3. Poor visualization of the right vertebral artery below the C3 level, which could be secondary to hypoplasia. In addition, the right vertebral artery is only faintly visualized distally and there is poor visualization of the proximal basilar artery, likely due to a combination of hypoplasia intracranial atherosclerotic changes. Notably, there is good filling of the bilateral posterior cerebral arteries via the posterior communicating arteries (fetal origins as a normal variant).4. No significant

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

**Primary Care Provider Information**          **Kings County Hospital Center**

  tient Name: Jean Francisque          DOB: ████████   Visit #: 2840513-1

---

This is a summary of your admission **for your Primary Care Provider**. Please
share it with them.
extracranial carotid or left vertebral artery stenosis.

2/11/19 bilateral lower extremity venous duplex scan:
Impression: No deep venous thrombosis of the right or
left lower extremity.

2/13/19 Pulmonary Artery CTA IMPRESSION: No evidence
of central pulmonary embolus. Small amount of fluid in
the right major fissure and subsegmental atelectasis
in the lower lobes. Right ventricular wall musculature
hypertrophy. Slight prominence of the left thyroid
lobe.

2/24/19 Head CT without contrast IMPRESSION:  1.
Interval development of patchy and serpiginous
hyperdensities in the area of recent ischemic infarct
of the left posterior temporoparietal lobes, likely
representing hemorrhagic conversion of previously
identified ischemic CVA. There is associated edema
with mass effect on the left lateral ventricle and
interval development of left-to-right midline shift
measuring up to 2 mm.2.  Redemonstration of lacunar
infarcts of the bilateral basal ganglia and internal
capsules.3.  Right maxillary sinus disease.4.  Status
post right cataract surgery.5.  Cortical atrophy and
nonspecific periventricular white matter hypodensities
compatible with chronic perivascular ischemic changes.

2/26/19 Head CT without contrast IMPRESSION:  1.
Stable left parietal lobe/superior temporal lobe
infarct with hemorrhagic transformation is stable
leftward midline shift measuring 2.5 mm.2. No visible
new acute infarct or hemorrhage.

2/26/19 IMPRESSION: Mild arthrosis of the medial and
lateral compartment of the left knee.

3/4/19 RUQ abdomen US with Doppler: IMPRESSION:1. No
evidence of cholelithiasis or cholecystitis. No
evidence of biliary ductal dilation.2. Diffuse
increased echogenicity of liver compatible with
hepatic steatosis. No visible focal liver lesion.

TTE: Ejection Fraction = 55 to 60% (Normal) .There is
mild concentric left ventricular hypertrophy. Grade I
Diastolic Dysfunction is present.

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

**Primary Care Provider Information**                    **Kings County Hospital Center**

atient Name: Jean Francisque          DOB: ▒▒▒▒▒▒▒   Visit #: 2840513-1

This is a summary of your admission **for your Primary Care Provider.** Please share it with them.

Pertinent Labs:

A1c: 10.2
LDL: 96.7

Discharge Physical Exam:
GEN: resting in bed, eyes open to verbal stimuli, minimal verbal outpt
Heart: S1, S2 present, no murmurs
Lungs: Normal respiratory effort. CTA bilaterally, no chest wall deformities
Abdomen: Soft, non-tender, non-distended, PEG present, no warmth or erythema present.
MSK: Joints grossly normal. No LE edema. Pt says "too hot" when left LE flexed at knee and hip.

Neuro:
Cognition: Opens eyes to vocal stimuli. Mildly attentive
Language: Minimal verbal output, answers appropriately with one word answers (ex: "yes/no") and occasionally with short statements (ex: "I'm fine").
CNs: PERRL, +VOR
Motor: partially able to follow commands. Increased tone in upper extremities bilaterally. Moves Right arm spontaneously anti-gravity. Increased tone in LE bilaterally
Sensation: unable to feel light touch in all extremities except RUE.

Discharge Medications:
Aspirin 81mg PEG Daily
Insulin Detemir 20u Q12H
Insulin Aspart 18u Q6H
Metoprolol Tartrate 100mg Q12H
Nystatin powder BID to groin
Ranitidine 150mg syrup PEG tube BID

Discharge instructions:
 Call your doctor or return to the ED if there are any signs of bleeding.

3/6/19 Dietary recommendations per Speech and Language pathology:

Recommend: Puree and normal (thin) liquid diet as

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

**Primary Care Provider Information**                **Kings County Hospital Center**

Patient Name: Jean Francisque            DOB: ▓▓▓▓▓▓▓   Visit #: 2840513-1

---

This is a summary of your admission **for your Primary Care Provider**. Please
share it with them.

> tolerated; Wean/hold PEG feeds and monitor PO
> intake/tolerance; F/u with Dietitian; General
> aspiration precautions; Feeding assistance; Monitor
> for bolus holding (pt benefitted from presenting next
> spoonful to trigger swallow); Check that oral cavity
> is clear at completion of meal; Sit upright 90
> degrees; Oral care 2-3x/day. If pt is discharged to
> SAR, patient must f/u with SLP at that facility.

Follow-up Appointments:
 Please follow up with your primary care doctor within
2 weeks of discharge.

 Please follow up with Stroke clinic (E building first
floor) on 3/29/19 at 2:30pm.

**Primary Problem:**            Other cerebral infarction

**Problems/Plans**

Problem: Stroke with hemorrhagic conversion
Plan:            CT head without contrast confirmed
                 hemorrhagic conversion as of 2/27/19 CTH
                 w/o contrast shows no change in
                 hemorrhage size.  restart ASA 81mg QD,
                 c/w Lipitor 40 mg QD. Neurosurgery
                 consulted- no intervention indicated.
                 c/w Levemir 20U BID , fall precautions,
                 PEG placement by IR
Summary:

Problem: Reversible causes of dementia
Plan:            MRI brain, MRA head and neck showed L
                 MCA stroke with petechial Hemorrhage -
                 reversible work up negative
Summary:

Problem: #Code status
Plan:            Code: Full code
Summary:

Problem: Persistent tachycardia
Plan:            Venous dopplers negative, Metoprolol 100
                 mg BID, CTA negative for PE, Bcx NGTD,
                 UA grossly negative. Pt will follow up
                 with PCP for continued management
Summary:

Problem: fever
Plan:            Afebrile since 2/15/19. Ucx with GPCs,

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

**Primary Care Provider Information**          **Kings County Hospital Center**

.tient Name: Jean Francisque          DOB: ████████  Visit #: 2840513-1

---

This is a summary of your admission **for your Primary Care Provider**. Please
share it with them.

          Bcx no growth to date, 2/26/19
          Discontinue Amoxicillin-Clav 875-125 mg
          q12h, fluconazole 200mg QD

Summary:

Problem: Loose Stools
Plan:          Resolved. Discontinued senna and colace.
Summary:

Problem: Diabetes
Plan:          Aspart 18u Q6H, Levemir 20u AM and 20u
          PM. Pt will follow up with PCP for
          continued management
Summary:

Problem: Left knee pain with movement
Plan:          L knee and hip Xrays completed, no
          fractures or effusions present. Mild
          arthrosis seen on imaging. Bilateral
          Knee xrays completed 3/6/19,mild
          tricompartmental osteoarthritis on
          imaging.
Summary:

Problem: Transaminitis
Plan:          liver enzymes downtrending, please
          continue to monitor. Pt will follow up
          with PCP for continued management
Summary:

All Dxs Addressed          Cerebral infarction, unspecified

**Immunizations**          *PneumococcaL 13-Valent Conjugate Vaccine AKA
          -Prevnar 13

Discharge Provider:          Hasan,Abida, MD
Attending:          Law,Susan, DO
Unit:          D2S - Medicine
Call-back #:          (718) 245 - 7156

Pending Microbiology Results

Blood Culture                    16 Feb 19   1230    in progress
Urine Culture                    18 Feb 19   2118    in progress
Urine Culture                    24 Feb 19   1511    in progress

This report contains Protected Health Information (PHI). Disclosure of this information may result in violation of your privacy.

Page 7  of 7

RUTLAND NURSING h ACCNT#:

## ADVANCE DIRECTIVES

Resident's Name: _Jean Francisque_

Resident Representative's Name: _Carmelle Gladys Francisque_

Room Number: _1013B_

Date of Admission: _3/6/2019_

1) **Was the resident admitted with an Advance Directive?**

   ( ) Yes    (X) No (Skip to question #4)

2) **Type of Advance Directive resident was admitted with (check all that apply).**

   ( ) Living Will

   ( ) Durable power of Attorney for Health Care

   ( ) Health Care Proxy

   ( ) DNR    ( ) DNI

3) **Were copies of Advance Directives placed on chart?**

   ( ) Yes    ( ) No

   **If no, who has Advance Directive?**

   Name: _____ Phone #:_____

4) **Resident was provided information on Advance Directives on date** _3/12/19_

5) **Did the resident request institution of an Advance Directive?**

   ( ) Yes    ( ) No (Type)

   **If No, check all that apply:**

   ( ) Resident is unable to comprehend implication of Advance Directive.

   ( ) Resident unable to comprehend implication of Advance Directive and

# PHYSICIAN'S ORDERS

10 WEST
REPORT DATE : 04/03/19

| MEDICATIONS | HOUR | ORDERS |
|---|---|---|
| ASPIRIN EC 81 MG TABLET TAKE ONE TABLET ORALLY EVERY DAY FOR CVA | 06532194 9 AM | |
| ERGOCALCIFEROL 50,000 UNIT TAKE ONE CAPSULE ORALLY EVERY WEDNESDAY FOR VIT D DEFICIENCY | 06532196 9 AM | |
| ISONIAZID 300 MG TABLET TAKE ONE TABLET VIA GT EVERY DAY (TB) (START 3/20/19 FOR 9 MONTHS) | 06534114 9 AM | |
| PYRIDOXINE 50 MG TABLET TAKE ONE TABLET VIA GT EVERY DAY SUPPLEMENT (START 3/20/19 FOR 9 MONTHS) | 06534117 9 AM | |
| LEVEMIR 100 UNITS/ML VIAL INJECT 12 UNITS SUBCUTANEOUSLY EVERY 12 HOURS FOR (DIABETES) | 06532198 AM PM | |
| METOPROLOL TARTRATE 100 TAKE ONE TABLET VIA GT EVERY 12 HOURS FOR HTN. HOLD IF BP<110/60, HR<60 | 06531166 AM PM | |
| NYSTATIN 100,000 UNIT/GM APPLY TO GROIN TWICE A DAY | 06531187 9 AM 5 PM | |
| RANITIDINE 150MG/10ML SOL TAKE 10MLVIA PEG TWICE A DAY FOR GI PPX | 06531134 9 AM 5 PM | |
| ACETAMINOPHEN 325 MG TABL TAKE TWO TABLETS ORALLY EVERY 8 HOURS FOR LEFT KNEE PAIN | 06532772 5 AM 1 PM 9 PM | |

| MEDS REVIEWED BY | DATE | PHYSICIAN'S SIGNATURE | DATE: 4/05/19 |
|---|---|---|---|

| CHARTING FOR | 04/03/19 | THROUGH | 04/03/19 | PAGE | 1 OF | 2 |
|---|---|---|---|---|---|---|

| Physician | WUBSHET, BERHANE | Telephone No. | 516-432-1784 | Medical Record No. 370519 |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |

Allergies: NO KNOWN ALLERGIES

| Medicaid Number | Medicare Number | | | |
|---|---|---|---|---|
| | 101541756 | D.O.B. | Sex M | Room W1013-B | Patient Code 370519 | Admission Date 03/06/1 |

RESIDENT

12 AM

STOCK 502434

FORM A-70

DB REVIEWED BY:                          DATE:

PHYSICIAN'S SIGNATURE                          DATE: 4/5/19

STARTING FOR          04/03/19    THROUGH      04/03/19          PAGE    2 OF   2

Physician          WUBSHET, BERHANE                    Telephone No.      516-432-1784        Medical Record No.

                                                        Alt. Telephone                        370519

                   NO KNOWN ALLERGIES

Medicaid Number          Medicare Number          Complete Entries Checked
                         101541756                By:
                                                  D.O.B.              Sex     Room         Patient      Title:        Admission
RESIDENT          FRANCISQUE, JEAN                              M   W1013-B   Code  370519   Date    03/06/19

KINGSBROOK JEWISH MEDICAL CENTER
RUTLAND NURSING HOME

BROOKLYN, N.Y.

## INTERIM DOCTOR'S ORDERS

AUTHORIZATION IS HEREBY GIVEN FOR THE PHARMACY TO
DISPENSE THESE PRESCRIPTIONS BY THEIR BIOAVAILABLE
EQUIVALENT IN ACCORDANCE WITH THE HOSPITAL FORMULARY.

DOCTOR: START A NEW SECTION WITH EACH
NURSE: ALL ORDERS MUST BE VERIFIED BY NURSE ON FOLLOWING TWO SHIFTS.

RNH    0370519    03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
          M  CATHOLIC     TW   1013B
LTCM/WUBSHET, B.

ACCNT#:    1643155

| DATE | TIME | |
|------|------|--|
| 3/19/19 | | — INH 300 mgs via GT tube daily |
| | | (+ Duratiferon 75 cont) / 9 months |
| | | — B₆ 50 mgs via GT daily / 9 months |
| | | ( Suppl ) |

**Must include Diagnosis / Reason for Use:**

| Nursing Verification of Order | | | INITIAL NURSE |
|---|---|---|---|
| Second Shift: A Moo | Date / Time: 4/9/19? | | 3/20/19 3-11 |
| Third Shift: | Date / Time: 3/20/19 4p-7a | Prescriber Signature: per une | FAXED ON |

| DATE | TIME | |
|------|------|--|
| 3/20/19 | | To Dr Wubshet | |
| | | D/C texas catheter |

**Must include Diagnosis / Reason for Use:**

| Nursing Verification of Order | | | DATE / TIME |
|---|---|---|---|
| Second Shift: | Date / Time: | | |
| Third Shift: | Date / Time: 3/30/19 11p-7a | Prescriber Signature: per une | FAXED ON |

| DATE | TIME | |
|------|------|--|
| 4/9/19 | | D/C previous order for |
| | | Ergocalciferol |
| | | Start Ergocalciferol 8000 units/ml |
| | | give 6 ml (48,000 units) via |
| | | GT weekly on |
| | | Tuesdays for 12 weeks |
| | | ( vit D def ) |

Bophelia

**Must include Diagnosis / Reason for Use:**

| Nursing Verification of Order | | | INITIAL NURSE |
|---|---|---|---|
| Second Shift: | Date / Time: 4/9/19 | | 4/9/19 |
| Third Shift: | Date / Time: 4/9/19 11p-7a | Prescriber Signature: per une | 7-3 FAXED ON |

KINGSBROOK JEWISH MEDICAL CENTER
☐ RUTLAND NURSING HOME

BROOKLYN, N.Y.

**INTERIM DOCTOR'S ORDERS**

AUTHORIZATION IS HEREBY GIVEN FOR THE PHARMACY TO
DISPENSE THESE PRESCRIPTIONS BY THEIR BIOAVAILABLE
EQUIVALENT IN ACCORDANCE WITH THE HOSPITAL FORMULARY.

FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
M  CATHOLIC    TW   1013B
LTCM/WUBSHET, B.

ACCNT# 1643155

**DOCTOR: START A NEW SECTION WITH EACH**

**NURSE: ALL ORDERS MUST BE VERIFIED BY NURSE ON FOLLOWING TWO SHIFTS.**

| DATE | TIME | Re-certification for skilled ST evaluation & treatment |
|------|------|--------|
| 4/8/2019 | | 3-5x/wt for 4 weeks for treatment of speech sound |

production, language comprehension/expression & swallow dysfunction

and/or oral function for feeding

INITIAL NURSE

Must include Diagnosis / Reason for Use:

| Nursing Verification of Order | | DATE / TIME |
|---|---|---|
| Second Shift: | Date / Time: | |
| Third Shift: | Date / Time: | Prescriber Signature: _he well_ |

FAXED ON

| DATE | TIME | |
|------|------|---|
| | | |

INITIAL NURSE

Must include Diagnosis / Reason for Use:

| Nursing Verification of Order | | DATE / TIME |
|---|---|---|
| Second Shift: | Date / Time: | |
| Third Shift: | Date / Time: | Prescriber Signature: |

FAXED ON

| DATE | TIME | |
|------|------|---|
| | | |

INITIAL NURSE

Must include Diagnosis / Reason for Use:

| Nursing Verification of Order | | DATE / TIME |
|---|---|---|
| Second Shift: | Date / Time: | |
| Third Shift: | Date / Time: | Prescriber Signature: |

FAXED ON

☐ KINGSBROOK JEWISH MEDICAL CENTER
☐ RUTLAND NURSING HOME

BROOKLYN, N.Y.
**INTERIM DOCTOR'S ORDERS**

AUTHORIZATION IS HEREBY GIVEN FOR THE PHARMACY TO
DISPENSE THESE PRESCRIPTIONS BY THEIR BIOAVAILABLE
EQUIVALENT IN ACCORDANCE WITH THE HOSPITAL FORMULARY.

DOCTOR: START A NEW SECTION WITH EACH NE...
NURSE: ALL ORDERS MUST BE VERIFIED ...

RNH      0370519
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931         M  CATHOLIC      TW   1013B
LTCM/WUBSHET, B.

ACCNT#:   1643155

| DATE | TIME | |
|------|------|---|
| 4/4/19 | | Recertification for skilled OT evaluation and treatment for 4 wks, 5-7 days/wk for outpatient set, evaluation assessment, reassessment and self care medication and self care training |

INITIAL NURSE

**Must include Diagnosis / Reason for Use:**

| Nursing Verification of Order | | |
|---|---|---|
| Second Shift: | Date / Time: 4/4/19 3-11 | |
| Third Shift: | Date / Time: | Prescriber Signature: |

DATE / TIME

FAXED ON

| DATE | TIME | |
|------|------|---|
| 4/5/19 | 2:40 pm | Recertification for skilled occupational therapy 5-7x/wk x 4 wks to address self-care & ADL |

INITIAL NURSE

**Must include Diagnosis / Reason for Use:**

| Nursing Verification of Order | | |
|---|---|---|
| Second Shift: | Date / Time: | |
| Third Shift: | Date / Time: | Prescriber Signature: |

DATE / TIME

FAXED ON

| DATE | TIME | |
|------|------|---|
| 4/5/19 | | CBC, CMP see Monthly mod Renew |

INITIAL NURSE
4/5/19
DATE / TIME

**Must include Diagnosis / Reason for Use:**

| Nursing Verification of Order | | |
|---|---|---|
| Second Shift: | Date / Time: | |
| Third Shift: | Date / Time: | Prescriber Signature: |

FAXED ON

FORM X00435 REV. 4/11

KINGSBROOK JEWISH MEDICAL CENTER
☐ RUTLAND NURSING HOME
Brooklyn, N.Y.

FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
M  CATHOLIC        TW    1013B
LTCM/WUBSHET, B.

## INTERIM DOCTOR'S ORDERS

AUTHORIZATION IS HEREBY GIVEN TO THE PHARMACY TO
DISPENSE THESE PRESCRIPTIONS BY THEIR BIOAVAILABLE
EQUIVALENT IN ACCORDANCE WITH THE HOSPITAL FORMULARY.

ACCNT#:   1643155

**DOCTOR: START A NEW SECTION WITH EACH ~~ORDER~~**
**NURSE: ALL ORDERS MUST BE VERIFIED BY NURSE ON FOLLOWING TWO SHIFTS.**

| DATE | TIME | | | |
|---|---|---|---|---|
| 3/7/19 | | Skilled Pt Suction | | |

and treatment for 4 wks,
5-7 days/wk for therapeutic
ex's therapeutic activities,
including Pt re-evaluation and
gait training

Must Include Diagnosis / Reason for Use:

| Nursing Verification of Order | | | |
|---|---|---|---|
| Second Shift: A N/OC | Date / Time: 4/1/19 7A | |
| Third Shift: Walen RN | Date / Time: 3/8/19 (6-7A) | Prescriber Signature: Re  we wet |

INITIAL NURSE
DATE / TIME
FAXED ON

| DATE | TIME | | | |
|---|---|---|---|---|
| 3/7/19 | | Skilled OT Evaluation + | | |

treatment for 4 wks. 5-7 days for
therapeutic activities, therapeutic
exercises, Neuromuscular re-education
self care training, wheelchair mgmt
training to address generalized muscle weakness

Must Include Diagnosis / Reason for Use:

| Nursing Verification of Order | | | |
|---|---|---|---|
| Second Shift: A N/OC | Date / Time: 3/6/4/19 | |
| Third Shift: Walen RN | Date / Time: 3/8/19 (6-7A) | Prescriber Signature: Re  is wet |

INITIAL NURSE
DATE / TIME
FAXED ON

| DATE | TIME | | | |
|---|---|---|---|---|
| 3/7/19 | | Pt is dependent in transfers | | |

out bed to standard
WC. Transfer 1 Per.

Must Include Diagnosis / Reason for Use:

| Nursing Verification of Order | | | |
|---|---|---|---|
| Second Shift: Stenley | Date / Time: 3/7/19 3" | |
| Third Shift: Walen RN | Date / Time: 3/8/19 (6-7A) | Prescriber Signature: Bove  nsh |

INITIAL NURSE
DATE / TIME
FAXED ON

DO NOT USE THIS SHEET UNLESS THE
NUMBER APPEARING IN RED MATCHES THE
NEXT BLANK SECTION

FORM X00435 REV. 4/11

☐ **KINGSBROOK JEWISH MEDICAL CENTER**
☐ **RUTLAND NURSING HOME**

FRANCISQUE, JEAN
FRANCISQUE, GLADYS
917-325-1931

BROOKLYN, N.Y.
**INTERIM DOCTOR'S ORDERS**

_____ M CATHOLIC    TW    1013B
LTCM/WUBSHET, B.

AUTHORIZATION IS HEREBY GIVEN FOR THE PHARMACY TO
DISPENSE THESE PRESCRIPTIONS BY THEIR BIOAVAILABLE
EQUIVALENT IN ACCORDANCE WITH THE HOSPITAL FORMULARY.

ACCNT#:   1643155

**DOCTOR: START A NEW SECTION WITH EACH NEW SET OF ORDERS, USE ONLY ~~ORDER~~ ...**
**NURSE: ALL ORDERS MUST BE VERIFIED BY NURSE ON FOLLOWING TWO SHIFTS.**

| DATE | TIME | | |
|------|------|---|---|
| 3/11/19 | | Anemia profile | |
| | | stool for OB x 2 | |
| | | D/C current order for levemir | |
| | | Start levemir 10units SC Q 12hrs | |
| | | ( DH ) | |
| | | CBC, hepatitis profile | INITIAL NURSE |
| | | on 3/15/19 | 3/11/19 4:25 pm DATE / TIME |

Must include Diagnosis / Reason for Use:

Nursing Verification of Order

| | | | |
|---|---|---|---|
| Second Shift: A MOON | Date / Time: 4/4/19 | | |
| Third Shift: _____ | Date / Time: 3/12/19 1P-7A | Prescriber Signature: Bone cont | FAXED ON |

| DATE | TIME | | |
|------|------|---|---|
| 3/12/19 | | Tylenol 650mgs po Q 8hrs | |
| | | for (L) knee pain | |
| | | Voltaren 1% gel — massage to | |
| | | (L) knee twice daily | |
| | | / 15 days | INITIAL NURSE |

Must include Diagnosis / Reason for Use:

Nursing Verification of Order

3/12/19 DATE / TIME

| | | | |
|---|---|---|---|
| Second Shift: A MOON | Date / Time: 4/4/19 | | |
| Third Shift: Joseph LPN | Date / Time: 3/12/19 11P-7A | Prescriber Signature: Bone cont | FAXED ON |

| DATE | TIME | | |
|------|------|---|---|
| 3/12/19 | 9:30 | To Dr Wubshet / Nephron | |
| | | Venous Doppler (L) leg | |
| | | | INITIAL NURSE |

Must include Diagnosis / Reason for Use:

Nursing Verification of Order

3/12/19 DATE / TIME

| | | | |
|---|---|---|---|
| Second Shift: A MOON | Date / Time: 4/4/19 | | |
| Third Shift: Joseph LPN | Date / Time: 3/12/19 11P-7A | Prescriber Signature: re cont | FAXED ON |

☐ KINGSBROOK JEWISH MEDICAL CENTER
☐ RUTLAND NURSING HOME

FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931

BROOKLYN, N.Y.
**INTERIM DOCTOR'S ORDERS**

~~~~~~~7  M  CATHOLIC      TW   1013B
LTCM/WUBSHET, B.

AUTHORIZATION IS HEREBY GIVEN FOR THE PHARMACY TO
DISPENSE THESE PRESCRIPTIONS BY THEIR BIOAVAILABLE
EQUIVALENT IN THE HOSPITAL FORMULARY.

ACCNT#:      1643155

DOCTOR: START A NEW SECTION WITH EA~~~~~~~~~~~~~ USE ONLY BALL POINT PEN.
NURSE: ALL ORDERS MUST BE VERIFIED BY NURSE ON FOLLOWING TWO SHIFTS.

| DATE | TIME | |
|---|---|---|
| 3/7 | 12:15p | T/O Dr Wubshet MD to Dr Bress PharmD |
| | | (1) Stop Aspirin |
| | | (2) Clarification: Hold parameters for |
| | | metoprolol - hold for BP < 110/60 |
| | | or HR < 60 |

Kathryn Bress, B.S., Pharm.D.
Pharmacy Practice Resident (PGY-1)
Department of Pharmacy
Pager: 894, Ext. 6659

Must include Diagnosis / Reason for Use:

Nursing Verification of Order

| Second Shift: Stanley | Date / Time: 3/7/19 3-11 | Prescriber |
|---|---|---|
| Third Shift: | Date / Time: 3/8/19 gpm | Signature: Pre use |

| DATE | TIME | |
|---|---|---|
| 3/11/19 | | Skilled ST evaluation & treatment 3-5x/wk for 4 weeks |

for evaluation & treatment of speech-sound production,
language comprehension & expression & bedside swallow evaluation &
treatment of swallow dysfunction and/or oral function for feeding.

Must include Diagnosis / Reason for Use:

Nursing Verification of Order

| Second Shift: A Mool | Date / Time: 4/4/19 | Prescriber |
|---|---|---|
| Third Shift: | Date / Time: | Signature: Pre use |

| DATE | TIME | |
|---|---|---|
| 3/11 | 12PM | T/O MD Wubshet to Dr. Lv. PharmD |
| | | 1. Aspirin 81 mg PO qdaily "for CVA |
| | | 2. Start ergocalciferol 50,000 units PO q weekly |
| | | on Wednesdays x 12 weeks for vitamin D |
| | | deficiency |

Catherine Liu, Pharm.D., BCPS
Clinical Pharmacy Specialist-Geriatrics
Department of Pharmacy
Pager: 560, Ext. 6810

Must include Diagnosis / Reason for Use:

Nursing Verification of Order

| Second Shift: P Mool | Date / Time: | Prescriber |
|---|---|---|
| Third Shift: | Date / Time: 3/18/19 gpm | Signature: Pre use |

DO NOT USE THIS SHEET UNLESS THE
NUMBER APPEARING IN RED MATCHES THE
NEXT BLANK SECTION

FORM X00435 REV. 4/11

☐ KINGSBROOK JEWISH MEDICAL CENTER
☐ RUTLAND NURSING HOME

BROOKLYN, N.Y.
**INTERIM DOCTOR'S ORDERS**

AUTHORIZATION IS HEREBY GIVEN FOR THE PHARMACY TO
DISPENSE THESE PRESCRIPTIONS BY THEIR BIOAVAILABLE
EQUIVALENT IN ACCORDANCE WITH THE HOSPITAL FORMULARY.

DOCTOR: START A NEW SECTION WITH EA
NURSE: ALL ORDERS MUST BE VER

RNH    0370519        03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931        M  CATHOLIC      TW    1013B
LTCM/WUBSHET, B.

ACCNT#:    1643155

| DATE | TIME | |
|------|------|---|
| 4/4/19 | | Re-Certification for resident to recieve OT Services for a dx of muscle weakness for 5-6 x a week for 45mins. OT will provide Therapeutic exercise, Self care tasks, w/c management, Cognitive re-training Neuro muscular reeducation |

**INITIAL NURSE**

Must Include Diagnosis / Reason for Use:

| Nursing Verification of Order | | | DATE / TIME |
|---|---|---|---|
| Second Shift: | Date / Time: | | |
| Third Shift: | Date / Time: | Prescriber Signature: | FAXED ON |

| DATE | TIME | |
|------|------|---|
| | | |

**INITIAL NURSE**

Must Include Diagnosis / Reason for Use:

| Nursing Verification of Order | | | DATE / TIME |
|---|---|---|---|
| Second Shift: | Date / Time: | | |
| Third Shift: | Date / Time: | Prescriber Signature: | FAXED ON |

| DATE | TIME | |
|------|------|---|
| | | |

**INITIAL NURSE**

Must Include Diagnosis / Reason for Use:

| Nursing Verification of Order | | | DATE / TIME |
|---|---|---|---|
| Second Shift: | Date / Time: | | |
| Third Shift: | Date / Time: | Prescriber Signature: | FAXED ON |

FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
 M  CATHOLIC       TW   1013B
LTCM/WUBSHET, B.

ACCNT#:   1643155

**3/6/19** PRINT DATE

**Physician's Order**

**3/19** MONTH / YEAR

MEDICATION ORDERS

## RUTLAND NURSING HOME

PHYSICIAN CURRENT ORDERS

☑ NEW ADMISSION   ☐ RE ADMISSION
CURRENT PLAN OF CARE
PG 1 OF 2

To Dr Wubshet / Joseph RN          See diet Sheet

Aspirin 81 mg PEG
Daily
DX: (CAD Prophylaxis)

DIET: ____ REGULAR ____ NAS ____ NCS
____ 1800 CAL ____ LOW FAT / LOW CHOLESTEROL
____ RENAL

Metoprolol 100 mg
Q 12 hrs GT (Hold
DX: (HTN) Hold BP < 110/60
HR < 60)

CONSISTENCY: ____ REGULAR ____ PUREED ____ CHOPPED
____ HONEY ____ NECTAR

Ranitidine 150 mg
Syrup PEG Tube
BID (GI prophylaxis)
DX:

____ TUBE FEEDING - SEE SEPARATE TUBE FEEDING ORDER NOW
ACTIVITY LEVEL ____ AT
____ OOB TO W/E RECLINER/GERICHAIR
PERMISSION TO LEAVE PREMISES: ____ YES WITH ESCORT
____ NO

Insulin Levemir
20 U Q 12 hrs.
DX:          EDO M

WEIGHT ____ MONTHLY ✓ WEEKLY X 4 WEEKS, THEN MONTHLY
CONSULTS: ____ DENTAL ____ OPHTH ____ PSYCH ____ PODIATRY
____ OTHER

Insulin Aspart
18 U Q 6 hrs.  100 M
DX:

LAB ORDERS CBC, CMP, Tsh Lipid Profile, 25-Hydrox
REHABILITATION: Vit D Level, Quantiferon TB
____ PT EVAL   Test, UA, EKG, CXR, Abaic.
____ OT EVAL
____ SPEECH EVAL
____ RESP THERAPY          ____ OXYGEN ____

Nystatin Powder
BID to Groin.
Rash

OTHER  V/S Q shift x 3 days
Fall and Aspiration Precaution
DNR: ____ DNI: ____ HCP: ____ LW: ____
Crush all Meds and Give via G.T.
I CERTIFY THE BELOW NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE.

Texas Cath in
DX: Place. ?

**PEG CARE**

DVT - Sleeve
DX: Compression

☐ THIS PRESCRIPTION WILL BE
FILLED GENERICALLY UNLESS
PRESCRIBER WRITE D A W
IN THE BOX
DISPENSE AS WRITTEN

____ CLEAN GT with Normal Saline,
apply DSD daily
____ CRUSH MEDS & GIVE VIA GT

Insulin aspart Correction
low dose T.I.D.
DX: nc meals

| | | | |
|---|---|---|---|
| PICKED UP BY: Henry | DATE: 3/7/19 | TIME: |
| PICKED UP BY: A MM | DATE: | TIME: |
| REVIEWED BY: | DATE: | TIME: |
| REVIEWED BY: A Mar | DATE: 3/7/19 | TIME: 7:5 |

PHYSICIAN Bue wshet          DATE 3/7/19

ALLERGIES:  NKA

DIAGNOSIS: Pri: Stroke with hemorrhagic Conversion PEG replacement 2/27/19
Sec: HTN, DM.

| PATIENT NAME | NS/ROOM/BED | D.O.B. | SEX | PHYSICIAN NAME |
|---|---|---|---|---|
| Francisque, Jean | 1013 B | 09/16/47 | M | Dr Wubshet |

PO-1

RNH      0370519      03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
7  M  CATHOLIC     TW    1013B
MONTHLY LTCM/WUBSHET, B.

ACCNT#:    1643155

| PRINT DATE | |
|---|---|

## MEDICATION ORDERS

| PHYSICIAN CURRENT ORDERS | |
|---|---|

**PHYSICIAN CURRENT ORDERS**

DX:

DX:

DX:

DX:

DX:

DX:

DX:

DX:

DX:

# RUTLAND NURSING HOME

**PG 1 OF 1**

DIET: _____
_____ See diet sheet _____
_____
_____

ADVANCE DIRECTIVES:  DNR____ HCP____ LW____

ACTIVITY  _AT_____
__ OOP _____

WEIGHT ____ (MONTHLY)____ WEEKLY____
__ REHAB _____
__ RESPIRATORY _____
__ OTHER _____

SSE PRN ⊗ no BM 73⊗
Aspiration / Fall precaution
Clean GT Site c̄ NSC over c̄ DSC
Daily

I CERTIFY THE BELOW NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE

| | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITE D A W IN THE BOX |
|---|---|

DISPENSE AS WRITTEN

| PICKED UP BY: | DATE: 4/5/19 | TIME: 9P |
|---|---|---|
| PICKED UP BY: | DATE: 4/8/19 | TIME: 7⅕ |
| REVIEWED BY: | DATE: | TIME: |
| REVIEWED BY: Joseph, LPN | DATE 4/5/19 | TIME: 11 P 7 |

PHYSICIAN _____     DATE 4/5/19

ALLERGIES:

DIAGNOSIS:

| PATIENT NAME | NS/ROOM/BED | D.O.B. | SEX | PHYSICIAN NAME |
|---|---|---|---|---|
| | | | | |

14/19



RMI    03/03/19    03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
          M CATHOLIC    TV   1013B
LTCM/WUBSHET, B.

# KINGSBROOK
### JEWISH MEDICAL CENTER

ACCNT#:    1643155

TF+PO

## Rutland Nursing Home Oral Nutrition Order Form

Please check the appropriate diet for the Resident. Combination diets require checking all applicable diets, including consistency modification. Any diet change requires a new order form. Please send yellow copy to Food and Nutrition Services Department and pink copy to Pharmacy Department.

**Standard Diets:**
___ Regular ___ Kosher ___ High Fiber ___ Lactose Free ___ Vegetarian ___ Pediatric
          ___ No Added Salt (NAS)   ✓ Recreational PO _____ ____

**Consistency Modification** (Regular consistency ordered unless one of below selected):
___ Chopped   ✓ Puree _____ ___ Modified Regular
___ Mixed Consistency per Speech ⟶ Full Tray at Lunch Meal.
Thickened Liquids: ___ Nectar _____ ___ Honey   ONLY.

          aspiration precautions

**Therapeutic Diets:**
___ NPO ___ Full Liquid          ___ Clear Liquid ___ Neutropenic Diet
**Cardiac:**
___ 2 gram Sodium (2g Na)          ___ Cardiac (2g Na, LFLC)
**Carbohydrate Consistent Diets:**
___ 1,500 Calories/200gCHO ___ 1,800 Calories/250g CHO ___ 2,000 Calories/275g CHO
**Renal Diets:**
___ Pre-dialysis 60                    ___ Pre-dialysis 80
(60g protein, 2g K⁺, 1g Phosphorus, 2g Na)   (80g protein, 2g K⁺, 1g Phosphorus, 2g Na)
___ Dialysis
(90g protein, 2g K⁺, 1g Phosphorus, 2g Na)   ___ 60g Protein Diet (No other restriction)

$K^+$

**Fluid Restriction:** ___ 1000 mL          ___ 1200 mL          ___ 1500 mL

___ **Snacks:** _____ AM          _____ PM          ___ HS

**Oral Supplements:**
___ Ensure Enlive: 237 mL ____ times daily (___ chocolate, ___ vanilla, ____ strawberry)
___ Ensure Pudding: 120 mL _____ times daily (_____ chocolate, _____ vanilla)
___ Ensure Clear: 237 mL _____ times daily (_____ apple, _____ mixed berry)
___ Ensure Compact 118 mL (Nectar Thick) _____ times daily (chocolate only)
___ Glucerna Shake: 237 mL _____ times daily (__chocolate, __vanilla,__strawberry,__butterpecan)
___ Nepro: 237 mL _____ times daily (___vanilla, ___ mixed berry)
___ Proform Protein Supplement 30 mL (2 Tablespoons) _____ times daily
___ Suplena: 237 mL _____ times daily (vanilla only)
___ Two Cal HN: 237 mL _____ times daily (____vanilla, ____ butter pecan)
___ Vital 1.0 Cal: 237 mL _____ times daily (vanilla only)
___ Other: _____

**Parenteral/Enteral Nutrition:** (see separate TPN Order Form or Enteral Nutrition Order Form)

**Medical Provider's Signature** Ben use          **Date/Time** 4/4/19
**Nurse's Signature** _____          **Date/Time** 4/4/19





FRANCISQUE ,JEAN          M    71
1256    WUBSHET, BERHANE,
VAS PT#: 11045967 DOB:
MR#: 0370519  PH#:
REG DT: 03/13/19          TIME 09:34

*TF + PO*

# KINGSBROOK
## JEWISH MEDICAL CENTER

## Rutland Nursing Home Oral Nutrition Order Form
Please check the appropriate diet for the Resident. Combination diets require checking all applicable diets, including consistency modification. Any diet change requires a new order form. Please send yellow copy to Food and Nutrition Services Department and pink copy to Pharmacy Department.

**Standard Diets:**
___ Regular    ___ Kosher ___ High Fiber ✓___ Lactose Free ___ Vegetarian ___ Pediatric
            ___ No Added Salt (NAS)  ✓ Recreational PO  *Snacks (Lunch only)*
**Consistency Modification** (Regular consistency ordered unless one of below selected): *Example*
___ Chopped    ✓ Puree            ___ Modified Regular *Pudding mash*
___ Mixed Consistency per Speech _____ *Juice, Hot Cereal apple, pots o*
Thickened Liquids:    ___ Nectar            ___ Honey *Thin Liquid gravy*

*Aspiration Precautions*

**Therapeutic Diets:**
___ NPO        ___ Full Liquid        ___ Clear Liquid    ___ Neutropenic Diet
**Cardiac:**
___ 2 gram Sodium (2g Na)        ___ Cardiac (2g Na, LFLC)
**Carbohydrate Consistent Diets:**
___ 1,500 Calories/200gCHO___ 1,800 Calories/250g CHO___ 2,000 Calories/275g CHO
**Renal Diets:**
___ Pre-dialysis 60                ___ Pre-dialysis 80
(60g protein, 2g K$^+$, 1g Phosphorus, 2g Na)    (80g protein, 2g K$^+$, 1g Phosphorus, 2g Na)
___ Dialysis
(90g protein, 2g K$^+$, 1g Phosphorus, 2g Na)        ___ 60g Protein Diet (No other restriction)

**Fluid Restriction:** ___ 1000 mL        ___ 1200 mL        ___ 1500 mL

___ **Snacks:** _____ AM        _____ PM        _____ HS

**Oral Supplements:**
___ Ensure Enlive: 237 mL ____ times daily (___ chocolate, ___vanilla, ____ strawberry)
___ Ensure Pudding: 120 mL _____ times daily (_____ chocolate, _____ vanilla)
___ Ensure Clear: 237 mL _____ times daily (_____ apple, _____ mixed berry)
___ Ensure Compact 118 mL (Nectar Thick) _____ times daily (chocolate only)
___ Glucerna Shake: 237 mL ____ times daily (__chocolate, __vanilla, __strawberry,__butterpecan)
___ Nepro: 237 mL _____ times daily ( ___vanilla, ___ mixed berry)
___ Proform Protein Supplement 30 mL (2 Tablespoons) _____ times daily
___ Suplena: 237 mL _____ times daily (vanilla only)
___ Two Cal HN: 237 mL _____ times daily ( ____vanilla, ____ butter pecan)
___ Vital 1.0 Cal: 237 mL _____ times daily (vanilla only)
___ Other: _____

**Parenteral/Enteral Nutrition:** see separate TPN Order Form or Enteral Nutrition Order Form

**Medical Provider's Signature** _____    Date/Time_____
**Nurse's Signature** _____    Date/Time 5/18/19

WHITE-MEDICAL CHART    YELLOW-FOOD & NUTRITION SERVICES    PINK-PHARMACY
4-2369 REVISED 2/18

Case 1:16-cv-03637-RML   Document 17-1   Filed 05/01/19   Page 34 of 146 PageID #: 103



# KINGSBROOK
## JEWISH MEDICAL CENTER

RNH        0370519      03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
~~~~~~~7  M  CATHOLIC    TW    .013B
LTCM/WUBSHET, B.

ACCNT#:  1643155

## Rutland Nursing Home Oral Nutrition Order Form   *TF + PO*

Please check the appropriate diet for the Resident.  Combination diets require checking all applicable diets, including consistency modification.  Any diet change requires a new order form.  Please send yellow copy to Food and Nutrition Services Department and pink copy to Pharmacy Department.

**Standard Diets:**

___ Regular                                              ___ Kosher
___ 2,000 Calories/275g Carbohydrate (CHO)               ___ High Fiber
___ 1,800 Calories/250g CHO                              ___ Lactose Free
___ No Added Salt (NAS)                                  ___ Vegetarian
___ Dialysis (2g K⁺, Low Phosphorus, NAS)                ___ Pediatric
___ Fluid Restriction:  ___ 1000 mL    ___ 1200 mL       ___ 1500 mL

**Consistency Modification** (Regular consistency ordered unless one of below selected):

___ Chopped          _✓_ Puree   *FULL Tray at lunch meal*
___ Modified Regular   Thickened Liquids: ___ Nectar ___ Honey   *only.*
                       *aspiration precaution*

**Specialty Diets:**

___ NPO                                          ___ Low Fat/Cholesterol (LFLC)
___ Full Liquid                                  ___ Clear Liquid
___ 2 gram Sodium (2g Na)                        ___ 60g Protein
___ 1,500 Calories/200g CHO                      ___ 2g K⁺, Low Phosphorus
___ BRAT (Bananas, Rice, Applesauce, and Tea)    ___ Cardiac (2g Na, LFLC)
___ Pre-dialysis 60 (60g protein, 2g K⁺, Low Phosphorus, 2g Na)
___ Pre-dialysis 80 (80g protein, 2g K⁺, Low Phosphorus, 2g Na)

**Oral Supplements:**

___ Ensure Clinical Strength: 237 mL ___ times daily ( ___ chocolate, ___ vanilla, ___ strawberry)
___ Ensure Pudding: 120 mL _____ times daily ( _____ chocolate, _____ vanilla)
___ Glucerna Shake: 237 mL _____ times daily ( ___ chocolate, ___ vanilla, ___ strawberry)
___ Nepro: 237 mL _____ times daily (vanilla only)
___ Pro-Stat Sugar-free 64 Protein Supplement 30 mL (2 Tablespoons) _____ times daily
___ Suplena: 237 mL _____ times daily (vanilla only)
___ Two Cal HN: 237 mL _____ times daily (vanilla only)
___ Vital 1.0 Cal: 237 mL _____ times daily (vanilla only)
___ Other: _____

___ Nourishment (Snack):  _____ AM        _____ PM      _____ HS
Comments: _____

___ Tube fed + oral diet (see Enteral Nutrition Order Form for tube feeding order)
**Parenteral/Enteral Nutrition:** (see separate TPN Order Form or Enteral Nutrition Order Form)

**Medical Provider's Signature** _____   Date/Time _4/5/19_
**Nurse's Signature** _____   Date/Time _4/5/19_

WHITE-MEDICAL CHART    YELLOW-FOOD & NUTRITION SERVICES    PINK-PHARMACY
4-2369 REVISED 2/11



**KINGSBROOK**
JEWISH MEDICAL CENTER

RUTLAND

RNH    03/05/19    03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
PRESSU                    M  CATHOLIC    TW  1013B
WOUND (    LTCM/WUBSHET, B.

ACCNT#:    1643155

| STAGE 1 | SITES: | | | |
|---|---|---|---|---|
| TREATMENT PROTOCOL: | ☐ R HIP | ☐ R EAR | ☐ R ANKLE | ☐ R HEEL |
| SKINTEGRITY WOUND | ☐ L HIP | ☐ L EAR | ☐ L ANKLE | ☐ L HEEL |
| CLEANSER | ☐ R UPPER BACK | ☐ L UPPER BACK | ☐ SACRUM | ☐ OCCIPUT |
| SUREPREP | ☐ OTHER SITES: _____ | | | |
| SURESITE DRESSING (7 DAY) | ☐ STAGE 1 PROTOCOL | | | |
| BARRIER CREAM TO | ☐ OTHER WOUND CARE ORDERS: | | | |
| SURROUNDING SKIN | | | | |

| STAGE 2: | SITES: | | | |
|---|---|---|---|---|
| TREATMENT PROTOCOL: | ☐ R HIP | ☐ R EAR | ☐ R ANKLE | ☐ R HEEL |
| SKINTEGRITY WOUND | ☐ L HIP | ☐ L EAR | ☐ L ANKLE | ☐ L HEEL |
| CLEANSER | ☐ R UPPER BACK | ☐ L UPPER BACK | ☐ SACRUM | ☐ OCCIPUT |
| SUREPREP | ☐ OTHER SITES: _____ | | | |
| HYDROCOLLOID DRESSING | ☐ STAGE 2 PROTOCOL | | | |
| (5 DAY) | ☐ OTHER WOUND CARE ORDERS: | | | |

| STAGE 3: | SITES: | | | |
|---|---|---|---|---|
| TREATMENT PROTOCOL: | ☐ R HIP | ☐ R EAR | ☐ R ANKLE | ☐ R HEEL |
| SKINTEGRITY WOUND | ☐ L HIP | ☐ L EAR | ☐ L ANKLE | ☐ L HEEL |
| CLEANSER | | | | |
| SUREPREP | ☐ R UPPER BACK | ☐ L UPPER BACK | ☐ SACRUM | ☐ OCCIPUT |
| LOW EXUDATE HYDROGEL | ☐ OTHER SITES: _____ | | | |
| HI EXUDATE ALGINATE | ☐ WOUND CARE CONSULT (COMPLETE CONSULT SHEET) | | | |
| BARRIER DRESSING (DAILY) | ☐ STAGE 3 PROTOCOL | | | |
| UNSTAGEABLE: | ☐ COLLAGENASE | ☐ SILVERSORB | ☐ ARGLAES POWDER | ☐ MEDIFIL |
| SLOUGH/ESCHAR USE | ☐ PURACOL | | | |
| TENDERWET | ☐ OTHER WOUND | | | |
| | CARE ORDERS: | | | |

| STAGE 4: | SITES: | | | |
|---|---|---|---|---|
| TREATMENT PROTOCOL: | ☐ R HIP | ☐ R EAR | ☐ R ANKLE | ☐ R HEEL |
| SKINTEGRITY WOUND | ☐ L HIP | ☐ L EAR | ☐ L ANKLE | ☐ L HEEL |
| CLEANSER | ☐ R UPPER BACK | ☐ L UPPER BACK | ☐ SACRUM | ☐ OCCIPUT |
| SUREPREP | ☐ OTHER SITES: _____ | | | |
| LOW EXUDATE HYDROGEL | ☐ WOUND CARE CONSULT (COMPLETE CONSULT SHEET) | | | |
| HI EXUDATE ALGINATE | ☐ STAGE 4 PROTOCOL | | | |
| BARRIER DRESSING (DAILY) | | | | |
| UNSTAGEABLE: | ☐ COLLAGENASE | ☐ SILVERSORB | ☐ ARGLAES POWDER | ☐ MEDIFIL |
| SLOUGH/ESCHAR | ☐ PURACOL | | | |
| USE TENDERWET | ☐ OTHER WOUND | | | |
| | CARE ORDERS: | | | |

| SKIN TEARS: | SITES: | | | |
|---|---|---|---|---|
| TREATMENT PROTOCOL: | ☐ R HIP | ☐ R EAR | ☐ R ANKLE | ☐ R HEEL |
| SKINTEGRITY WOUND | ☐ L HIP | ☐ L EAR | ☐ L ANKLE | ☐ L HEEL |
| CLEANSER | ☐ R UPPER BACK | ☐ L UPPER BACK | ☐ SACRUM | ☐ OCCIPUT |
| SUREPREP | ☐ OTHER SITES: _____ | | | |
| HYDROGEL DRESSING | ☐ SKIN TEAR PROTOCOL ☐ OTHER WOUND CARE ORDERS: | | | |
| BARRIER DRESSING (3 DAY) | | | | |

OTHER WOUND CARE ORDERS: *Off load Lt Heel On pill*

*Bar med 3/8/19*

PHYSICIAN'S SIGNATURE    DATE    TIME    NURSE'S SIGNATURE    DATE    TIME

*Wubshet*  3/7/19

White Copy – Chart    Yellow Copy – Pharmacy    KJMC-5002 8/11



RNH   03/05/19   03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
                 M  CATHOLIC    TW   1013B
LTCM/WUBSHET, B.

ACCNT#:  1643155

# KINGSBROOK
### JEWISH MEDICAL CENTER

## Rutland Nursing Home Enteral Nutrition Order Form

Any change in enteral feeding requires a new order form. Please send yellow copy to Food and Nutrition Services Department and pink copy to Pharmacy Department.

### Adult Enteral Formulas

___ Jevity 1.2        ___ Jevity 1.5         ___ Osmolite 1.2

___ Glucerna 1.0      X Glucerna 1.2         ___ Promote with Fiber

___ Perative          ___ Pivot 1.5          ___ Two Cal HN

___ Nepro             ___ Suplena            ___ Vital 1.2

___ Vivonex (for milk protein allergy)    ___ Other _____

**Total formula volume/24 hours:**

___ 1000 mL    ✓ 1500 mL   ___ 2000 mL   ___ Other _____

**Check one of the following:**

✓ Continuous feeding at __55__ mL/hr (not to exceed 99 mL/hr) to start at __6__ am (pm) via pump

___ Intermittent feeding of _____ mL every _____ hrs at _____ mL/hr via pump;
Flush feeding tube manually with _____ mL water before and after each feeding

___ Bolus feeding _____ mL ( _____ cans) every _____ hours; or _____ times/day
Comments (i.e. specific times): _____

Flush feeding tube manually with _____ mL water before and after each feeding via syringe

Estimated length of need (number of months): _____ (1 - 99, 99 = lifetime)

**NOTE:** Automatic water flush of __50__ mL/hr provided during hours that the formula is administered

**Additional Options:**

___ Additional water flush of _____ mL _____ via feeding tube
X Proform Protein Supplement 30 mL __2__ times daily via feeding tube
___ Other _____

**Tube Feeding/Parenteral/Oral Nutrition:** see separate TPN Order Form or Oral Diet order form

**Medical Provider's Signature** _____ **Date/Time** 3/11/19
**Nurse's Signature**\*\* _____ **Date/Time** 3/11/19
                                                    3/12/15/19 p.m.

**\*\*\*Nurse to call MBS at (914) 738-9400 and fax MD signed EN order form and resident face sheet (pink sheet in chart) to (718) 310-6202 for delivery of formula\*\*\***

WHITE-MEDICAL CHART    YELLOW-FOOD & NUTRITION SERVICES    PINK-PHARMACY
4-2369A REVISED 6/16



**KINGSBROOK**
JEWISH MEDICAL CENTER

FRANCISQUE ,JEAN          M    71
1256    WUBSHET, BERHANE,
VAS PT#: 11045967  DOB: ▓▓▓▓▓
  MR#: 0370519   PH#:
  REG DT: 03/13/19  TIME 09:34

## Rutland Nursing Home Enteral Nutrition Order Form
Any change in enteral feeding requires a new order form.  Please send yellow copy to Food and Nutrition Services Department and pink copy to Pharmacy Department.

### Adult Enteral Formulas

___ Jevity 1.2          ___ Jevity 1.5          ___ Osmolite 1.2

___ Glucerna 1.0        ✓ Glucerna 1.2          ___ Promote with Fiber

___ Perative            ___ Pivot 1.5           ___ Two Cal HN

___ Nepro               ___ Suplena             ___ Vital 1.2

___ Vivonex (for milk protein allergy)   ___ Other _____

### Total formula volume/24 hours:
___ 1000 mL   ✓ 1500 mL   ___ 2000 mL   ___ Other _____

### Check one of the following:
✓ Continuous feeding at ___**85**___ mL/hr (not to exceed 99 mL/hr) to start at ___**6**___ am/(pm) via pump

___ Intermittent feeding of _____ mL every _____ hrs at _____ mL/hr via pump;
Flush feeding tube manually with _____ mL water before and after each feeding

___ Bolus feeding _____ mL ( _____ cans) every _____ hours; or _____ times/day
Comments (i.e. specific times): _____
_____

Flush feeding tube manually with _____ mL water before and after each feeding via syringe

Estimated length of need (number of months): __**99**__ (1 - 99, 99 = lifetime)

**NOTE:  Automatic water flush of __55__ mL/hr provided during hours that the formula is administered**

### Additional Options:
___ Additional water flush of _____ mL _____ via feeding tube
✓ Proform Protein Supplement 30 mL  (2) times daily via feeding tube   *3/14/9 7A*
___ Other _____

**Tube Feeding/Parenteral/Oral Nutrition:**  see separate TPN Order Form or Oral Diet order form

**Medical Provider's Signature** _____   Date/Time _____
**Nurse's Signature**\*\* _____   Date/Time  3/14/19
                                                        11/16/2019

**\*\*\*Nurse to call MBS at (914) 738-9400 and fax MD signed EN order form and resident face sheet (pink sheet in chart) to (718) 310-6202 for delivery of formula**

WHITE-MEDICAL CHART    YELLOW-FOOD & NUTRITION SERVICES    PINK-PHARMACY
4-2369A REVISED 6/16

RNH 0370519 03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
        M CATHOLIC TW 1013B
LTCM/WUBSHET, B.

ACCNT#: 1643155

# KINGSBROOK
## JEWISH MEDICAL CENTER

## Rutland Nursing Home Enteral Nutrition Order Form

Any change in enteral feeding requires a new order form. Please send yellow copy to Food and Nutrition Services Department and pink copy to Pharmacy Department.

### Adult Enteral Formulas

___ Jevity 1.2      ___ Jevity 1.5      ___ Osmolite 1.2

___ Glucerna 1.0      ✓ Glucerna 1.2      ___ Promote with Fiber

___ Perative      ___ Pivot 1.5      ___ Two Cal HN

___ Nepro      ___ Suplena      ___ Vital 1.2

___ Vivonex (for milk protein allergy)    ___ Other _____

**Total formula volume/24 hours:**
___ 1000 mL   ✓ 1500 mL    ___ 2000 mL   ___ Other _____

**Check one of the following:**
✓ Continuous feeding at __85__ mL/hr (not to exceed 99 mL/hr) to start at __6__ am (pm) via pump

___ Intermittent feeding of _____ mL every _____ hrs at _____ mL/hr via pump;
Flush feeding tube manually with _____ mL water before and after each feeding

___ Bolus feeding _____ mL ( _____ cans) every _____ hours; or _____ times/day
Comments (i.e. specific times): _____

Flush feeding tube manually with _____ mL water before and after each feeding via syringe

Estimated length of need (number of months): __99__ (1 - 99, 99 = lifetime)

**NOTE: Automatic water flush of __55__ mL/hr provided during hours that the formula is administered**

### Additional Options:
___ Additional water flush of _____ mL _____ via feeding tube
✓ Proform Protein Supplement 30 mL __2__ times daily via feeding tube
___ Other _____

**Tube Feeding/Parenteral/Oral Nutrition:** see separate TPN Order Form or Oral Diet order form

**Medical Provider's Signature** _____ **Date/Time** _____
**Nurse's Signature**** _____ **Date/Time** 4/5/19
*TTO From Dr Wubshet to Stanley*

**\*\*\*Nurse to call MBS at (914) 738-9400 and fax MD signed EN order form and resident face sheet (pink sheet in chart) to (718) 310-6202 for delivery of formula\*\*\***

WHITE-MEDICAL CHART    YELLOW-FOOD & NUTRITION SERVICES    PINK-PHARMACY
4-2369A REVISED 6/16

KINGSBROOK JEWISH MEDICAL CENTER
RUTLAND NURSING HOME

RMA  03/05/19 - 03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
~~~~~ M CATHOLIC   TW   1013B
LTCM/WUBSHET, B.

ADMISSION NOTE          ☐ (Check One)
ANNUAL REVIEW NOTE      ☐

ACCNT#:  1643155

DATE: 3/8/19

History: Reason for admission to Nursing Home/Medical problems/Past Medical History/ROS: 71 y/o male w/
PMHx of ischemic stroke with hemorrhagic conversion, HTN, T2DM, s/
PEG placement on 2/22/19, tinea cruris, was transferred from Kings County
Hospital. Due to aphasia, unable to assess review of
systems.

Medications: ASA 81 mg (CAD prophylaxis), Metoprolol 100 mg Q12 (HTN), Ranitidine 150m
Levemir 20 units q12 (T2DM), Aspart 18 units Q6 (T2DM), Nystatin (GI prophylaxis) BID
Powder BID (groin rash)

Allergies: Unknown                    PPD Status: Unknown

Surgical History: Unknown

Psychiatric History: Unknown

Social History: Unknown

Current Functional Status: bed bound 2/2 CVA

Hearing: intact                      Vision: intact

Pertinent Laboratory Data:

Date of last mammogram for females: — N/A

Stool for occult blood: Date last tested _____ Result: Positive _____ Negative _____ Not Known

PHYSICAL EXAM:

Vital Signs: Pulse 120 B/P 146/86 Resp. 28 Temp. 97.4 Wt. 144 Ht. 67'    O₂ = 98

General Appearance/Mental Status: Pt alert nonverbal, lying in bed comfortably BMI 22.5

Skin/Scars: Left heel SDTI 2.5 cm x 3 cm, 0cm depth, 0/10 pain scale

Pressure ulcers: see above

Lymphatic: No LAD or edema noted.

Head/Neck: NCAT, no JVD, no carotid bruits, trachea midline, (R) ear impacted
(L) eye PERRL (R) eye did not react, no conjunctival injection (L) ear unable to assess

Eyes/Ears/Nose:

Mouth/Teeth: moderate dentition, superior aspect of tongue covered in white plaque,
pharynx clear

Form ~~~~~

**Lungs:** CTAB, No rhonchi, rales, or wheezing. Equal rise + fall of chest wall

**Cardiovascular:** Tachycardic, regular rate + rhythm, No murmurs, rubs, gallops

**Abdomen:** Soft, NTND, PEG intact w/o signs of infection, no erythema

**Genitalia:** Texas catheter in place draining clear yellow urine

**Pelvic:**

**Rectal/Prostate:** Deferred

**Back:**

**Extremities:** Radial + pedal pulses 2° b/l and equal, cap refill < 2 sec

**Feet:** Swollen + tender (L) knee, normal temperature, non-eryth

**Contractures:** No contractures

**Neurological Exam:** B/l UE and LE weakness, difficult to assess + compare sides ___ B/l UE due to ___ left knee pain

| Mental/Cognitive Status: | Motor: | Muscle strength | LLE 0/5 | DTR | |
|---|---|---|---|---|---|
| Gait: N/A | | | RLE 0/5 | not assessed | |
| | | Muscle tone | LUE 3/5 | | |
| Cranial Nerves Unable to assess | | | RUE 2/5 | | |
| Speech: Pt verbalizes "yes" + "no" | Tremor: None | | | | |
| Swallowing: N/A | Sensory: sensation to pain intact, unable to assess light/sharp/dull sensation | | | PLANTARS | |

Pt says "yes - does not endorse a number

**PAIN MANAGEMENT**

| 😊 0 NONE | 🙂 2 | 🙂 4 MODERATE | 😐 6 | 🙁 8 | 😣 10 WORST |
|---|---|---|---|---|---|

**FOR LEVEL 2 OR HIGHER**
**CHECK TYPE OF INTERVENTION**

☐ MEDICATION    ☐ OTHER

**Other physical findings:**

**ASSESSMENT AND PLAN:**

| Yes | No | (Check appropriate box) | Yes | No | (Check appropriate box) |
|---|---|---|---|---|---|
| ☑ | ☐ | NG/PEG Tube | ☐ | ☑ | Do Not Resusitate (If NO Consider Obtaining DNR) |
| ☐ | ☑ | Picc or CVP line / heplock | ☑ | ☐ | Foley / Supra-pubic / Texas Catheter |
| ☑ | ☐ | Pressure Ulcers | ☐ | ☑ | Trach |
| ☐ | ☑ | Psychoactive Medications | | | |

71 y/o male w/ PMH of CVA, HTN, T2DM - Good candidate for Subacute Rehab.

Ischemic stroke w/ Hemorrhagic Conversion, aphasia and w ___ : ASA 81mg

) HTN: Trend BP to determine if controlled. Continue Metoprolol 100 mg q12

) Type 2 DM: Trend fingersticks due to HgbA1c of 11.0%, determine if controlled. Continue Levemir 20 units q12, Aspart ___

1) Tinea cruris: Continue Nystatin powder BID to groin, reassess area periodically for necessity.

**Potential for discharge:**

5) ___ Knee pain: Xray ordered of Left knee ___

**Signature:**

Form # ___



**KINGSBROOK**
JEWISH MEDICAL CENTER

RUTLAND NURSING
DEPARTMENT OF NU~

NURSING ADMISS~
EVALUATION~

RNH    0370519
FRANCISQUE , JEAN      03/06/19
FRANCISQUE , GLADYS
917-325-1931

LTCM/~~~ ~, B.        CATHOLIC       TW    1013B

ACCNT#:    1643155

## DEMOGRAPHIC INFORMATION

Evaluation must be initiated upon admission of resident and complete within 24 hours.

Admission Date: 3/6/19 ___ Time: 8·45 pm ___ Mode of Transportation: _____

Admitted From: ☐ Home ☐ Hospitalized? _____ ☑ Other Facility Kings County Hospital
(specify)    (specify)

Reason for Admission: ☑ STR   ☐ LT   ☐ Other: _____

Was family / designated representative present at time of admission? ☐ Yes  ☐ No
Accompanied by: ☑ Ambulance attendants & family members Relationship: Spouse & daughter

Vital Signs: T: 98  P: 113  R: 18  B/P: 131/68  WT: 44  HT: 5ft·7"

Allergies: Medication(s): NKA ___ Food: _____ ☑ NKA

Advanced Directives: ☐ None  ☐ DNR  ☐ Living Will  ☐ DNI  ☐ HCP
(Information requested: ☐ Yes, if yes refer to Social Services)

Religion / Spiritual Practice: _____ Cultural Practice: _____
Family / Living Structure: One bedroom apartment Resides with: Alone
Admitting Diagnosis: Stroke with hemorrhagic conversion, PEG Placed 2/22/19
Past Medical History: HTN, DM _____

Current Medications: ASA Metoprolol Indications: CVA, HTN  Current Medications: Insulin Indications: DM

## CUSTOMARY ROUTINES

Sleeping:

Usual Bed Time 11·00 ___ AM/PM

Normal Wake Time 6-7·00 ___ AM/PM

Nap Time Sleeps in and out all day AM/PM

Unable to Assess

Smokes: ☑ No  ☐ Yes Cigarettes / day _____
Uses Alcohol ☑ No  ☐ Yes Type _____ Frequency _____
Use of Illicit drugs ☐ No  ☐ Yes Type _____ Frequency _____

Other _____

## HEALTH EVALUATION

### VISION

☐ Impaired   ☐ R  ☐ L
☐ Prosthesis  ☐ R  ☐ L
☐ Glasses
☐ Contact Lenses  ☐ R  ☐ L
☐ Special Lenses
☑ No Impairment

Comments: _____

### HEARING

☐ Impaired   ☐ R  ☐ L
☐ Deaf
☐ Hearing Aid ☐ R  ☐ L
Type of Aid _____
☐ Refuses to Wear Hearing Aid
☐ Lip Read
☑ No Impairment

Comments: _____

### APPEARANCE

☑ Clean, Neat & Well Groomed
☐ Grooming needed
☐ Body Odor
☐ Soiled Clothing
☐ Shaved  ☐ Yes  ☑ No

Comments: _____

### MENTAL STATUS

☐ Oriented to:
☐ Time  ☐ Place  ☑ Person
☐ Know name.
☐ Know age.
☐ Remember last meal.
☐ Repeat sequence of number.

Comments: _____

### CONSCIOUSNESS

☑ Alert
☐ Lethargic
☐ Non-responsive
☐ Other

Comments: _____

### COMMUNICATION ABILITY

☑ Language of Choice English/Creole
☐ Speaks well
☐ Comprehends conversation and writing.
☐ Cannot verbalize.
☐ Able to express self.
☐ Slow to respond
☐ Use sign language
☐ Interpreter required

Comments: _____

FORM 4-1329  5/08

HEALTH EVALUATION CONT'D

| **Foot** | **Oral** | **Observable Evidence of Abuse or Neglect** |
|---|---|---|
| ☑ Long Nails | ☑ Mucosa Intact ☐ Carious Teeth | **SIGNS OF:** |
| ☐ Foot Drop | ☐ Presence of Lesion ☐ No Teeth | ☐ Physical Assault - Bilateral Bruises |
| ☐ Foot Pain/Discomfort | ☐ Coated Tongue ☐ No Dentures | ☐ Psychological Abuse - Cringing |
| ☐ Corn or Callous | ☐ Halitosis ☐ Wears Dentures: | ☐ Rape or Other Sexual Molestation |
| ☐ Pedal Pulse Present | ☐ Inflamed Gums ☐ Full    U_____  L_____ | ☐ General Bruises |
| ☐ Stasis Ulcer | ☑ Natural Teeth ☐ Partial  U_____  L_____ | ☑ None of the Above |
| ☐ No Impairment | ☐ Missing Teeth ☐ Partial Bridge: U_____  L_____ | ☐ If, yes, Refer to SW or DNS |
| ☐ Discoloration (Specify if Present)_____ | | |
| ☐ Pressure Ulcer | | |

(Comment): _____

---

## REVIEW OF SYSTEMS

| MUSCULOSKELETAL | ☐ Stiffness of Joints / Swelling   ☑ Weakness / Paresis |
|---|---|
| | ☐ Unable to Move  ☐ Right_____ Left_____  ☐ Arthritis |
| | ☐ Amputation: Right_____ Left_____ |
| | ☐ Limited Range of Motion  ☑ Yes  ☐ No |
| | ☐ No Impairment  ☐ Restorative Care Referral:  PT_____  OT_____ |

| NEURO/CEREBRAL FUNCTION | ☐ Decreased Attention Span | ☐ Altered Perception | Tremors |
|---|---|---|---|
| Alteration in thought processes | ☐ Family Report Change in Behavior | ☑ Impaired Memory | ☐ Seizures |
| | Pupils: _Equal___ Unequal__ | ☐ Impaired Judgement | ☐ Paresthesia |
| | Hand Grasp: __Equal___ Unequal__ Strong__ Weak |
| Alterations in communications | ☐ Ataxia  ☐ Confusion  ☐ Wanders  ☐ Comatose  ☐ Combative  ☐ Restlessness |
| | ☐ Paralysis  ☐ Headaches  ☐ Anxiety  ☐ Agitation  ☐ Speech Difficulty  ☐ ST_____ |

| RESPIRATORY | Respiration: |
|---|---|
| Ineffective airway clearance. | ☑ Regular  ☐ Irregular  ☐ Ventilator  ☐ Tracheostomy  ☐ Suctioning |
| | Breath Sounds: |
| Ineffective breathing patterns. | ☑ Clear  ☐ Crackles  ☐ Wheezing  ☐ Rhonchi  ☐ Diminished |
| | ☐ Dyspnea  ☐ Cough  ☐ Sputum  ☐ pleuritic Pain  ☐ Hoarseness |
| Impaired gas exchange. | ☐ History of COPD  ☐ Shortness of breath  ☐ Upper Respiratory Infection |
| | ☐ Uses O2 _____ Nasal Cannula _____ Mask _____ L / Min |

| CIRCULATORY | Heart Sounds:  ☑ Regular  ☐ Irregular |
|---|---|
| Decreased Cardiac output. | ☐ Palpitations  ☐ Vertigo  ☐ Syncope  ☐ Known Murmur |
| Alteration in peripheral tissue perfusion. | History of: ☐ Hypertension  ☐ Leg Cramps  ☐ Edema |
| | ☐ Numbness  ☐ Chest Pains  ☐ Varicosities |
| Alteration in fluid volume. | Peripheral Pulses: ☐ Present  ☐ Absent  ☐ Weak  ☐ Strong |
| | ☐ Pacemaker:_____ Rate_____ Insertion Date_____ Serial #_____ |
| | ☐ Shunt  ☐ Palpable Thrill |

| IMMUNE FUNCTION | ☐ Chronic Disease  ☐ Radiation  ☐ Steroids  ☐ Chemotherapy  ☐ Chills |
|---|---|
| Potential for Infection | ☐ Increased Temperature  ☐ Decreased Temperature  ☐ Temperature within Normal Range |
| | ☐ Invasive Device Hickman (Broviac) Catheter |
| Alteration in Body temperature. | ☐ Renal Failure  ☐ Hepatic Disease  ☐ Lymphatic |

| NUTRITION | ☑ Diet _PEG___  ☐ Food Preference_____ |
|---|---|
| Alterations in Nutrition | Appetite: |
| | ☐ Poor/ ☐ Fair/ ☐ Good  ☐ Difficulty Chewing |
| | ☐ Nausea / Vomiting  ☐ Recent Weight Loss / Gain  ☐ Tube Feeding/Parenteral Fluids |
| | ☐ Ability to Swallow  ☐ Difficulty Swallow  ☐ Dehydration |
| | Skin Type: |
| | ☐ Firm  ☐ Loose |

| GASTROINTESTINAL | ☐ Continent  Incontinent: ☑ Bladder  ☑ Bowel |
|---|---|
| | ☐ Constipation  ☐ Diarrhea  ☐ Date of Last BM _Medant Jewell_ |
| Alterations in bowel elimination. | ☐ Hemorrhoids  ☐ Flatulence  ☐ Abdominal Pain  ☐ Cramps |
| | ☑ Abdomen  ☑ Soft  ☐ Rigid  ☐ Tender  ☐ Distended Girth if needed_____ |
| | Bowel Sounds: ☑ Present  ☐ Absent |
| | Laxative Use:  ☐ Yes  ☐ No |
| | Ostomy:  ☐ Ileostomy  ☐ Colostomy |

| GENITO - URINARY | ☐ Continent  ☑ Incontinent  ☐ Frequency  ☐ Urgency  ☐ Pain |
|---|---|
| | ☐ Polyuria  ☐ Dysuria  ☐ Hematuria  ☐ Nocturia  ☐ Retention |
| Alterations in urinary elimination. | ☐ Dribbling |
| | Ostomy: ☐ Ileoconduit  ☐ Nephrotomy |
| | Dialysis:  ☐ Hemodialysis  ☐ Peritoneal |
| | Catheter:  ☐ Foley  ☐ Suprapubic  ☐ Peritoneal  ☐ Texas |
| | Urine: Color _clear_  Odor _____  Volume _____ |

## REVIEW OF SYSTEMS

**GENITO - URINARY:**

FEMALE    Vaginal Discharge_____ Itching_____ Lesions_____

Date LMP_____ Date of Last Pap Smear_____ Date Last Mammogram_____

MALE    Scrotal Swelling no    Lesions no    Discharge no    Other_____

## INTEGUMENTARY

Alteration in skin and tissue integrity

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Color: | ☐ Pale | ☐ Ashen | ☐ Mottled | ☐ Normal Color | ☐ Cyanotic | ☐ Jaundiced | ☐ Flushed | ☐ Fragile Skin |
| Temperature: | ☐ Hot | ☐ Cool | ☐ Cold | ☐ Warm | ☐ Moist | ☐ Disphoretic | ☐ Clammy | ☐ Dry |
| Edema: | ☐ General | ☐ Local | ☐ None | Odor: ☐ Foul | ☐ Mild | ☐ None | | |
| Exudate: | ☐ Serosanginous | ☐ Purulent | ☐ None | | | | | |

Decubitus Present on Admission    ☐ No  ☐ Yes            Potential for Impaired Skin Integrity    ☐ No  ☐ Yes
If yes, describe below:                                    (Complete Norton Scale)

**STAGE I**
Nonblanchable erythma of intact skin, the heralding lesion of skin ulceration. In individuals with darker skin, discoloration of the skin, warmth, edema, induration, or hardness may also be indicators.

**STAGE II**
Partial thickness skin loss involving epidermis, dermis, or both. The ulcer is superficial and presents clinically as an abrasion, blister or shallow crater.

**STAGE III**
Full thickness skin loss involving damage of substanceous tissue that may extend down to, but not through, underlying fascia. The ulcer presents clinically as a deep crater with or without undermining of adjacent tissue.

**STAGE IV**
Full thickness skin loss with extensive destruction, tissue necrosis, or damage to muscle, bone, or supporting structures (e.g., tendon, join capsule). Undermining and sinus tracts also may be Stage IV pressure ulcers. Eschar is Stage (IV).

## DIRECTIONS:
## SKIN RISK EVALUATION: Scoring Scale must be circled in each category and totaled.

### PRESSURE ULCER RISK ASSESSMENT (BRADEN SCORE)

| Sensory Perception | Moisture | Activity | Mobility | Nutrition | Friction & Shear |
|---|---|---|---|---|---|
| Completely limited   1 | Constantly moist   1 | Bedfast   1 | Completely immobile   1 | Very poor   1 | Problem   1 |
| Very limited   2 | Very moist   2 | Chairfast   (2) | Very limited   2 | Inadequate   (2) | Potential problem   2 |
| Slightly limited   (3) | Occasionally moist   (3) | Walks occasionally   3 | Slightly limited   (3) | Adequate   3 | No apparent problem (3) |
| No impairment   4 | Rarely moist   4 | Walks frequently   4 | No limitations   4 | Excellent   4 | |

**RESIDENTS WHO SCORE 18 OR LESS ARE AT RISK FOR PRESSURE ULCERS. INITIATE PRESSURE ULCER PREVENTION PROTOCOL AND REFER TO NUTRITION SERVICE.**

Indicate skin findings by placing alphabetical letter on the diagram. Indicate size in cm (L x W x D). Indicate Stage in numerals (I, II, III, IV)

A. Abrasions
B. Burns (second or third degree)
C. Open lesions other than ulcer rashes, cuts (e.g. cancer lesions)
D. Skin desensitized to pain or pressure
E. Surgical wounds/sutures
F. Ecchymosis
G. Scars
H. Skin tears or cuts or laceration
I. Pressure Ulcers
J. Rashes (e.g. interrigo, eczema, drug rash, heat rash, herpes zoster)
K. Vascular Ulcers
L. Reddened areas (Do not include Stage 1 Pressure Ulcers)

Indicate position of Eschar, Tunneling, Undermining by the Clocks

Pressure Ulcers

| Stage | (L | W | D | ) | Eschar | Tunnel | Undermine |
|---|---|---|---|---|---|---|---|
| 1 | ___ | ___ | ___ | | ___ | ___ | ___ |
| 2 | ___ | ___ | ___ | | ___ | ___ | ___ |
| 3 | ___ | ___ | ___ | | ___ | ___ | ___ |
| 4 | ___ | ___ | ___ | | ___ | ___ | ___ |
| 5 | ___ | ___ | ___ | | ___ | ___ | ___ |

| 1 | Information is obtained from: ☑ patient  ☐ S/O  ☐ caregiver  ☐ transfer sheet  ☐ ED Form  ☐ Other |
| 2 | Does the patient have or exhibit signs of pain?  ☐ Yes  ☑ No  (If *YES, complete form. If NO, go to question #16*): |
| 3 | Manner of expressing pain: ☐ verbal  ☐ non-verbal |
| 4 | Select one of the following *Pain Intensity Measurement Tools*, determine score and complete section #5. |

• **FLACC Behavioral Pain Scale** – (F) Faces, (L) Legs, (A) Activity, (C) Cry, (C) Consolability - is for patients who are:
  ♦ **non-verbal** ♦ **under 3 years old** ♦ **mentally challenged** or ♦ **have a decreased LOC.** *Measure* each of the five FLACC
  Scale categories scoring from 0 - 2, by *circling* the FLACC score that correlates with the patient's demonstrated behavior and
  *add* the total score (which ranges from 0 -10).

| Categories | | Score | 0 | Score | 1 | Score | 2 |
|---|---|---|---|---|---|---|---|
| FACE | No particular expression or smile | 0 | Occasional grimace or frown, withdrawn, disinterested | 1 | Frequent to constant frown, quivering chin, clenched jaw | 2 |
| LEGS | Normal position or relaxed | 0 | Uneasy, restless, tense | 1 | Kicking or legs drawn up | 2 |
| ACTIVITY | Lying quietly, normal position, moves easily | 0 | Squirming, shifting back and forth, tense | 1 | Arched, rigid or jerking | 2 |
| CRY | No cry (awake or asleep) | 0 | Moans or whimpers; occasional complaint | 1 | Crying steadily, screams or sobs, frequent complaints | 2 |
| CONSOLABILITY | Content, relaxed | 0 | Reassured by occasional touching, hugging or being talked to distractible | 1 | Difficult to console or comfort | 2 |

With permission, adapted from: © 2002, The Regents of the University of Michigan (All Rights Reserved).

• **Faces/Numeral Pain Measurement Tool – Faces Measurement Tool for Pts.:** ♦ **3 to 10 years** ♦ **elderly** or
  ♦ **with a language barrier.** Use the Numeric Measurement Tool for patients > 10 years.



| 0 | 2 | 4 | 6 | 8 | 10 |
|---|---|---|---|---|---|

No Pain    Discomfort    Mild Pain    Moderate    Severe Pain    Worst Pain

| 5 | A. Intensity of pain on a scale of 0-10: Present _____   B. Patient's acceptable pain level or goal _____ |
| 6 | Type of pain ☐ Acute  ☐ Chronic |
| 7 | Onset of pain: Approximate Date_____   Time_____:____   ☐ AM  ☐ PM |
| 8 | Duration of pain (How long does the pain last?): ☐ minutes  ☐ hours  ☐ never goes away |
| 9 | When does the pain most frequently occur?  ☐ Day  ☐ Evening  ☐ Night |
| 10 | Location of Pain: ☐ Head/Neck  ☐ Abdomen  ☐ Chest  ☐ RA  ☐ RL  ☐ LA  ☐ LL  ☐ Back  ☐ Incisional  ☐ Perineal ☐ Other (Specify) – |
| 11 | Pain radiates: ☐ No  ☐ Yes (if yes, to where?): |
| 12 | Characteristic of pain: ☐ Burning  ☐ Sharp  ☐ Dull  ☐ Ache  ☐ Pulling  ☐ Throbbing  ☐ Pressure  ☐ Cramping ☐ Spasm  ☐ Other (Specify) – |
| 13 | What relieves the pain? ☐ Resting  ☐ Swimming  ☐ Massage  ☐ Aroma Therapy  ☐ Music  ☐ Ice Pack  ☐ Heat Pack ☐ Position Change  ☐ Cultural Practice*  ☐ Religious Practice*  ☐ Medication*  ☐ OTC*  ☐ Herbal Supplements* ☐ Other* (*) Specify – |
| 14 | What causes or increases the pain? ☐ Lifting  ☐ Sitting  ☐ Walking  ☐ Bending  ☐ Pulling  ☐ Pushing ☐ When resting  ☐ After  exercise  ☐ Standing  ☐ Other (Specify) – |
| 15 | What are the effects of pain? (check all that apply) ☐ Symptoms accompany pain (ie: nausea) ☐ Poor appetite ☐ Sleeplessness or sleep interruption  ☐ Decreased or limited function  ☐ Irritability  ☐ Anger  ☐ Withdrawal ☐ Loss of concentration  ☐ Issues with personal relationships  ☐ Other (Specify) – |
| 16 | Pain Education Initiated: ☐ Patient  ☑ Family  ☐ S/O  ☐ Caregiver  ☐ unable to communicate with patient |
| 17 | What pain education was initiated: ☑ Relaxation Measures  ☐ Splinting  ☐ Medication  ☐ Position change ☐ Breathing exercises  ☐ Pain Scale explained  ☐ Other (Specify) – |

Date 3/6/19  Time 9:15 ☐ AM ☑ PM  Signature _[signature]_                    **NURSE**

Pain Assessment Screen Form #42398  ecm 10/21/04

| FALLS RISK FACTOR | | SCORE | ACTUAL SCORE |
|---|---|---|---|
| Age 65 years or older | | 2 | 2 |
| History of falls (6 months to 1 year) | * | 15 | |
| Unsteady Gait / Balance Problem | * | 15 | 15 |
| Vertigo | | 3 | 15 |
| Osteoporosis | | 2 | |
| Seizure Disorders | | 3 | |
| Weakness / Multiple Myeloma | * | 2 | 2 |
| Degenerative Joint Disease | | 2 | 2 |
| Paresis /Paralysis | * | 3 | |
| Hearing Impairment | | 2 | |
| Sight Impairment | | 3 | |
| Impaired Mental Status/Confused / Disoriented | | 15 | 15 |
| Drugs that have a diuretic effect / Incontinence / Nocturia | | 3 | |
| Drugs that suppress thought processes and create a hypotensive effect i.e.: narcotics, sedatives, hypnotics, tranquilizers, antidepressants, antihypertensives. | | 6 (1 med) 7 (2 meds) 8 (3 meds) 9 (4 meds) | 1 |
| Drugs that increase GI motility i.e.: laxatives | | 3 | |
| Amputee Single above knee | * | 7 | |
| Single below knee | * | 4 | |
| Double above knee | * | 9 | |
| Double below knee | * | 7 | |
| Assistive Device Wheelchair | | 4 | 4 |
| Crutches | | 4 | |
| Cane | | 4 | |
| Walker | | 4 | |
| Other | | 4 | |
| Impaired ADL | | 4 | 4 |
| | Total Score | | |
| | Write sum of scores in the boxes | | 45 |

Implement Fall Prevention Protocol for a score greater than 4
Responses with ☒ require discussion for Rehab referral with MD documented in the PROGRESS notes.

## ORIENTATION TO FACILITY

| | | | | | |
|---|---|---|---|---|---|
| Facility Regulations ☐ | Call Light ☑ | Activities ☐ | Personal Property: |
| Resident Bank ☐ | Day Room ☐ | Telephone ☐ | Inventory Checklist ☐ |
| Roommate ☑ | Bathroom ☐ | ID Bands ☐ | Report to Staff Any Losses ☐ |
| Smoking Rules ☐ | Safety Information Given ☐ | Meal Time ☐ | Unable to Orient (reason);_____ |
| Self Medication ☐ | Privacy of Other Resident ☐ | Visiting Hours ☐ | _____ |
| Introduction to Staff ☑ | Storage/Locked Closet/Keys ☐ | Lighting ☐ | _____ |
| Valuables ☐ | Personal Item List ☐ | Over Bed Table ☐ | _____ |
| Unit Routines ☐ | TV Bed Controls ☑ | | |

## FUNCTIONAL EVALUATION: SELF DEFICIT

| | Eating | Ambulation | Transfer | Dressing | Toileting | Personal Hygiene | Bed Mobility | Bath |
|---|---|---|---|---|---|---|---|---|
| Independent | | | | | | | | |
| Supervision | | | | | | | | |
| Limited Assistance | | | | | | | | |
| Extensive Assistance | / | | | | | | | |
| Total Dependence | | | | | | | | |
| 1 Person Assist | | / | / | / | / | / | / | / |
| 2 Person Assist | | | | | | | | |

BATH PREFERENCES: ☐ AM   ☐ PM   ☐ TUB   ☐ SHOWER
☑ Chair fast   ☐ Bedfast   ☐ Cannot Ambulate   ☐ Stand Only
DEVICES: ☐ Cane   ☐ Walker   ☐ Wheelchair   ☐ Handrails   ☐ Hydraulic Lift
EQUIPMENT: ☐ Bedpan   ☐ Urinal   ☐ Commode   ☐ Toilet   ☐ Incontinent Brief/Pad
Resident/Family Education Needs: Knowledge deficit (complete Interdisciplinary Patient/Family Education Referral Form).
Signature of the nurses who have participated in completing this evaluation:

Nurse _____   Date 3/6/19
Nurse Manager/Supervisor _____   Date 3/6/19

**KINGSBROOK JEWISH MEDICAL CENTER**
**RUTLAND NURSING HOME**

RNH    0370519    03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
              M CATHOLIC    TW    1013B
LTCM/WUBSHET, B.

**SCHEDULED PHYSICIAN VISIT**
**PROGRESS NOTE**

DATE: April 4, 2019

ACCNT#:  1643155

## SUMMARY OF PROGRESS/CHANGES SINCE LAST REVIEW:

Pt is a 71 yr old AA male w/ a pmhx of Ischemic stroke w/ hemorrhagic conversion, HTN, IIDM presenting today for his monthly f/u. w/ no acute events. pt denies any changes in vision, headache, n/v/c/d, vertigo or syncopal related events; denies fevers, chill.

---

**PHYSICAL EXAM: Weight this month:** 141.6 **lbs  Weight last month: :** 141.3 **lbs**

**Desired weight change:** ___N/A___  **Yes** _N/A_  **No**

**Weight this month =** 141.3  **Lbs**     **T=** 97.4 °F     **P=** 72 /mt

**Weight last month =** 141.6  **Lbs**     **R=** 14  /mt     **BP=** 134/88 **mmHg**

General— Pt is Alert & Oriented x2, well groomed in no abnormal smells good demeanor

HEENT— Head is NCAT, eyes are symmetrical b/L no drainage trauma bruising eyes are symmetrical PERRLA,

Pulm - clear lung sounds bilaterally, no crackles, wheezing, rubs, rhonchi heard upon auscultation

Cardio - S1, S2, no S3, S4, rubs, murmurs, gallops heard or thrills appreciated

Abdomen- normoactive bowel sounds, nonsecured, non-distended.

MSK- good muscle strength 5/5 in upper extremities bilateral unable to follow command or coordination for the lower extremities

Vascular- carotid, radial, popliteal posterior tibial, dorsalis pedis 2+ bride & symm'g.

-Neuromuscular— Pt is A/Ox2, unable to answer the questions though pt seems irritable disoriented.

---

## PERTINENT LABORATORY RESULTS:

---

## CONSULTATIONS/RECOMMENDATIONS:

Follow up w/ neurology

## ASSESSMENTS AND PLAN:

| YES | NO | |
|---|---|---|
| | | 1. FOLEY / SUPRA-PUBIC / TEXAS CATHETER |
| | ✓ | 2. TRACH |
| | ✓ | 3. NG / PEG<br>a. CONDITION OF THE SIGHT<br>b. Continued NEED |
| | ✓ | 4. PICC OR o CVP LINE / HEPLOCK<br>a. CONDITION OF THE SIGHT<br>b. Continued NEED |
| | ✓ | 5. CLINICALLY SIGNIFICANT WEIGHT CHANGE? IF YES, INDICATE PLAN & ASSESSMENT BELOW. |
| ✓ | | 6. PROBLEM LIST REVIEWED AND UPDATED? |
| ✓ | | 7. PRESCRIBED MEDICATIONS REVIEWED TO ADDRESS THE ISSUE<br>OF UNNECESSARY DRUG USE? |
| | ✓ | 8. PRESSURE ULCERS?<br>IF YES ABOVE: CHECK ALBUMIN, PRE-ALBUMIN AND PROTEIN LEVELS (ORDER IF NEEDED) |
| ✓ | | 9. PHYSICAL DEVICES SCREENING TOOL FORM REVIEWED: |
| | ✓ | 10. PODIATRIC FOLLOW/UP INDICATED? |
| ✓ | | 11. RESIDENT ON REHABILITATION PROGRAM?          ❏ PT ❏ OT ❏ ST |
| | | 12. PSYCHOACTIVE MEDICATIONS ARE USED<br>IF YES ABOVE: SIDE EFFECTS NOTED?<br>CONTINUED NEED FOR MEDICATION?<br>DOSAGE REDUCTION APPROPRIATE, (IF "YES" COMMENT BELOW) |
| | ✓ | 13. BEHAVIOR PROBLEMS |
| ✓ | | 14. DX OF DIABETES MELLITUS<br>IF YES ABOVE:     IS THERE AN OPTHAMOLOGY CONSULT WITHIN 1 YEAR?<br>IS THERE A BUN/CR WITHIN 6 MONTHS?<br>IS THERE A U/A WITH PROTEIN MICROALBUMIN WITHIN 1 YEAR? |
| | | 15. NEED TO REQUEST PSYCHIATRIC CONSULTATION/FOLLOW-UP |
| | ✓ | 16. DO NOT RESUCITATE (IF NO CONSIDER OBTAINING DNR) |
| | | 17. DO NOT INTUBATE (IF NO CONSIDER OBTAINING DNI) |

### PAIN MANAGEMENT



0 NONE   2   4 MODERATE   6   8   10 WORST

FOR LEVEL 2 OR HIGHER
CHECK TYPE OF INTERVENTION

❏ MEDICATION          ❏ OTHER

## ASSESSMENTS AND PLAN – CONTINUED:

Pt. is a 71 yr. old AA male w/ pmhx. of HTN, Type 2 DM, Left MCA Ischemic Stroke, presenting w/ no acute events, presenting to be clinically stable. Pt. is up to date with vaccinations, continue to maintain medication and maintain therapies as well as preventing ambulation and independence to maintain possibly improve ADL's as much as possible, considering ptc. pmhx. of the Left MCA, follow up of any changes in speech or ventilation will revalue. drs

Form #4 - 1827

SIGNATURE: _____  WSL

RNH   0370519      03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
0          M CATHOLIC        TW    1013B  x/Age
LTCM/WUBSHET, B.                                  /Ser.

**KINGSBROOK JEWISH MEDICAL CENTER**
**DAVID MINKIN REHABILITATION INSTITU**

## PROGRESS NOTES

ACCNT#:   1643155

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 3/6/19 | 9.15p | NSg | 71 Y/o Male admitted to Unit from Kings County hospital at 8.45pm via stretcher accompanied by 2 Ambulance attendants & family members. DX Stroke with hemorrhagic conversion. PEG placed 2/22/19. Hx of HTN, DM. VS T98 P 113 R8 BP 13/88 Weight 144 lbs O2 Sat 99% B/S 155mg/dL. Alert Oriented to person. Responds Minimally to verbal stimuli. PERRLA. No redness/discharge noted from eyes. hearing intact. no visual impairment. No nasal discharge/congestion. Mucous membrane moist & pink. has some of his natural teeth. No abnormalities to head. Negative JVD Respirations even unlabored. breath sounds clear to auscultation throughout all lung fields. Abdomen round & nondistended. Bowel Sound in all 4 quadrants. PEG in place. Hand grip weak bilaterally. fingernail long & capillary refill <2 seconds. Foley Catheter in situ draining clear colored Urine. Skin warm dry & intact. No skin breakdown noted. feet warm & dry & thick toenails bilaterally. pedal pulse equal bilaterally. Incontinent B+B. require assist x1 c ADL's & personal hygiene. Denied Pain on admission. Safety measures in place. Bed left in lowest position. Call bell |

RNH   0370519   03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
0          M  CATHOLIC      TW    1013B
LTCM/WUBSHET, B.

**KINGSBROOK JEWISH MEDICAL CENT**
**DAVID MINKIN REHABILITATION INSTI**

## PROGRESS   NOTES

ACCNT#:   1643155

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| | | | placed within reach & instructed to call for any needs or to request assistance before attempting to get up. Will continue to monitor. Orders received from Dr. Wubshet. ————————— Joseph |
| 7/19 | 9:40 AM | NSG | Alert and responsive, no S/S of distress, S/P admission day #1, Skin intact, G-T feeding in progress Glucerna 1:2 at 55ml/hr, tolerating well, peg site intact, no drainage or redness noted, incontinent of bowel and bladder, one person for ADL'S and two for transfers Texas catheter in place with amber urine draining, no signs of pain, Safety Maintained condition Stable. B/P 138/83, P105, R20, T98.1 ————————— Joseph, Lpn |
| 2/21/19 | 2PM | NSG | Resident is alert and responsive post admission to unit adjusting well. G-T intact and patent, texas cath infact draining amber colored urine. Resident requires total assistance no c/o voiced of pain or discomfort will continue to monitor. TPR 98-82-19 BP 148/68 ———— / Lpn ———— |

RNH   0370519     03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
                M  CATHOLIC       TW   1013B
LTCM/WUBSHET, B.

ACCNT#:   1643155

**KINGSBROOK JEWISH MEDICAL CENTER**
**DAVID MINKIN REHABILITATION INSTITUTE**

## PROGRESS NOTES

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 3/7/19 | 215p | Nsg | Resident was observed c̄ lt heel DTI measures 2½cm x 3cm dark skin mushy. MD made aware. wife/daughter also made aware. See CCP. ___ M. Marie R |
| 3/7/19 | 4:00pm | EKG | EKG          EKG<br>Done    By   D.F. |
| 3/7/19 | 6pm | SW | 48 hour Initial Care Plan wte Resident is a 71 year old male admitted to RNH from Kings County Hospital. Resident was seen bedside appeared sleeping did not respond to his name. Resident's daughter Fabiola (917) 535-3362 visited today. was able to provide some information. Resident was totally independent prior to hospitalization on 2/7/19. His diagnosis include Nontraumatic Intracerebral hemorrhage hypertension type 2 diabetes mellitus |

KINGSBROOK JEWISH MEDICAL CENT[?]
DAVID MINKIN REHABILITATION INSTIT[?]

**PROGRESS NOTES**

KNH   0370519   03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
          M  CATHOLIC     TW    1013B
LTCM/WUBSHET, B.

ACCNT#:   1643155

e
ber
Sex/Age
:or/Ser.

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 3/7/19 | 6pm | SW | Resident's daughter was made aware of upcoming care plan/ Discharge planning meetings and family is encouraged to attend. Family was educated on personal belongings. Resident lived with someone in a 2nd floor elevator building with maybe 1 or 2 steps in front. As per daughter this is short term and resident to return home with services as needed. Orientation will be provided to facilitate adjustment to unit and facility services — Israeli MSW |
| 3/7/19 | 10 | NS6 | Resident is alert and responsive. Post New Admission. Cesium and Consolation Stable. GT Tube intact, patient feeds tolerated well. Texas Cath in place draining amber urine. DTI on LT heel. Off Load LT heel on pillow as per MD ordered. PM Care rendered. Resident adjusts well to Unit. Safety maintained. V/S 98-98-19-133/75. Monitoring Continues — Stanley JR |

RNH      0370519      03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931

**KINGSBROOK JEWISH MEDICAL CENTER**                    M  CATHOLIC      TW      1013B
**DAVID MINKIN REHABILITATION INSTITUT** LTCM/WUBSHE , B.

# PROGRESS NOTES          ACCNT#:   1643155

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 3/8/19 | 6 pm | Nsg | Resident is alert and responsive to all stimuli. S/P admission change #2, adjusting to environment in room. States W/O pain, no acute distress. Safety maintained. B/P 150/89, P 100, T 98.8 R 17 — _(illegible)_ |
| 3/8/19 | 10:00am | SLP | Speech Language Pathology. Speech/swallow screen complete. Pt is a 31 y.o. M admitted to RNH from KCH on 3/6/19 with the diagnosis of hemorrhagic stroke, PEG placement 2/22/19 as per hospital (KCH) SLP. PMHx includes HTN, DM. They were seen bedside with HOB elevated. AKA & responsive. Pt is non-verbal, however able to respond to some yes/no questions via eye blink. With regards to swallowing, Pt is currently receiving PEG/TF, however hospital SLP recommended puree solids & thin liquids diet as tolerated. Full speech-language/swallow evaluation recommended to assess overall communication skills, candidacy for PO intake as well as overall candidate for skilled services. Pt left @ distress Yuliya _(illegible)_ |
| 3/8/19 | 2pm | Nsg | Resident is alert and responsive. Post new admission to unit, adjusting well. Resident requires 1 person for all ADL activities. G-I intact and patent feeding tolerated well. Tx cath intact draining amber colored urine. 0 s/s put this time 475ml. Will continue to monitor. TPR 97.9-91-18 BP 139/77 (illegible)/pm — |

```
RNH     0370519        03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
                       M  CATHOLIC      TW    1013B
ДГCM/WUBSHET, B.
```

**KINGSBROOK JEWISH MEDICAL CENTER**
**DAVID MINKIN REHABILITATION INSTITUTE**

## PROGRESS NOTES

ACCNT#:    1643155

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 3/8/19 | 18 | NSo | Resident alert and responsive to all stimuli. General condition stable. S/P admission day 2/3. GT feeding in progress and patent. Texas cath in place draining amber urine. Adjusting well to unit. Safety maintained. Pm care rendered! V/S. 98 - 92-19-137/75 ~ Shirley |
| 3/9/19 | | NSG | Day #3 post admission, alert, verbally responsive, no signs of pain, GT feeding continues, Texas catheter in place with amber urine draining. Safety maintained. B/P 146/91 P104 R18 T 98.8. Joseph, Gra |
| 3/9/19 | 2:15 p | NSG. | Resident general condition is unchanged, he's day #3 s/p admission to unit, adjusted well to unit, no s/s of pain/discomfort, safety maintained T97. P90 R.17 125/76. ——— Birdwell RN |
| 3/11/19 | 11:00a | SLP | Speech-language pathology. Speech/swallow evaluation completed. Pt is a 71 y.o. M known to this service from previous screen completed on 3/8/19 which recommended a full speech-language & swallow evaluation to determine Pt's overall communicative skills, oropharyngeal swallow function, candidacy for PO intake & overall candidacy for skilled services. This date Pt was bedside with HOB elevated. Awake, alert & responsive to stimuli. Pt presents with moderate oropharyngeal dysphagia & severe mixed expressive/receptive aphasia. Pt will benefit from skilled services to improve |

FRANCISQUE , JEAN                    M    71
1256     WUBSHET, BERHANE,
VAS PT#: 11045967 DOB:
MR#:  0370519   PH#:
REG DT: 03/13/19              TIME 09:34    Age

KINGSBROOK JEWISH MEDICAL CENTER
DAVID MINKIN REHABILITATION INSTITUTE

Doctor/Ser.

## PROGRESS  NOTES

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 3/11/19 | cont of | SLP | functional communication skills & oropharyngeal swallow fxn for PO intake. Re: 1) continue GT feeds as primary source of nutrition/hydration with maintenance of aspiration precautions; 2) initiate skilled speech-language & dysphagia services; 3) discussed w/ SRN; 4) Pt left's distress. Please refer to complete report for details. ————     Yuliya _____, MS CF-SL |
| 3/11/18 |  |  | Medical  Attending  F/U |
|  | 1145 pm |  | Resident see me/us. Lab reports reviewed and resident see physical exam is unchanged from last week. Pt/s _____ swelling in (L) knee. |
|  |  |  | Lab reports : Lab x-rays at _____ hospital At _____ /_____ |
|  |  |  | Sugar 131 / 92 / 73 ( 253 |
|  |  |  | 4.2 / 37 / 0.8 |
|  |  |  | A1C - 2.7 |
|  |  |  | _____ (-82/_____      LDL - 76 |
|  |  |  | _____ - 11.0 |
|  |  |  | 25-hydroxyvit D - 15.4 g |
|  |  |  | WBC    4.5   12.7 / 190 K / 39. |
|  |  |  | _____ Th Pt'd |
|  |  |  | A/P |
|  |  |  | Anemia |
|  |  |  | Vit D deficiency |
|  |  |  | Poorly controlled DM , (L) knee OA |
|  |  |  | P)- in ll get Anemia profile |
|  |  |  | Start Ergocalciferol , for Levemir |

**YOUR PROGRESS NOTES MUST JUSTIFY TODAY'S HOSPITAL STAY. IF YOU ARE RECOMMENDING ANY ALTERNATE LEVEL OF CARE, CALL SOCIAL SERVICE, EXTENSION 5300-5305  IMMEDIATELY.**
FORM 4-1508 REV. 6/81 HS

M    71

FRANCISQUE , JEAN
1256     WUBSHET, BERHANE.
VAS PT#: 11045967  DOB:
    MR#: 0370519  PH#:
REG DT: 03/13/19

TIME 09:34
Doctor/Ser.

**KINGSBROOK JEWISH MEDICAL CENTER**
**DAVID MINKIN REHABILITATION INSTITUTE**

**PROGRESS  NOTES**

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 12/19 | 9ᴬ | NSg | Resident left unit to xray dept via stretcher accompanied by transporter on duty resident feeding held until returned from xray dept _____ to loct'n Returned xray Dept xray done. |
| | | | X-RAY |
| | | | Chest |
| | | | Description Time 4:55 ___ ___ |
| | | | Was seen by therapists and OT — AMoof |
| 3/13/19 | 3pm | SW | Social work note : Met with resident +/o wife today all forms explained and signed — ___ LMSW |
| 3/22/19 | | | Medical Attending note Asked to see resident by family re: (L) knee pain Pt has h/o OA x-ray report from kcmc reveals Arthrosis / OA Imp/ — (R) knee OA |

**KINGSBROOK JEWISH MEDICAL CENTER**
**DAVID MINKIN REHABILITATION INSTITUTE**

**PROGRESS NOTES**

FRANCISQUE ,JEAN          M   71
1256     WUBSHET, BERHANE,
VAS PT#: 11045967 DOB:
MR#: 0370519   PH#:
REG DT: 03/13/19  TIME 09:34

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| Cont'd |  |  |  |
| 3/12/9 |  |  | @ Tylenol P.O |
|  |  |  | Voltaren 1% topic @ @ @ bid |
|  |  |  | On PT / OT |
|  |  |  | Pure need |
| 3/13/9 | 3PM | NSL | Resident alert and responsive to others family. Leaving unit via wheel chair accompanied by transporter to go to vascular. General condition stable _____ Stay Sh |
| 3:23p | VAS | **Vascular Laboratory** 3-13-19   Venous duplex LE Bilateral Date   Examination See preliminary report in Radiology section of chart. Official report to follow. |
| 3/13/9 | 3:35p | PT | Resident returned from Vascular lab via W/C accompanied by messenger & S/S of any discomf noted. Condition is stable _____ |
| 3/21/9 | 11a | SW | Social work/Care Plan meeting. Team met today with the resident's family (wife and 2 daughters). Resident is alert, verbally responsive however not able to follow commands/deficit cognitive deficit. Nursing reports compliance with his medications and the require total care. Resident is on recreation |

---

M    71

KINGSBROOK JEWISH MEDICAL CE
DAVID MINKIN REHABILITATION INS

**PROGRESS NOTES**

FRANCISQUE ,JEAN
1256    WUBSHET, BERHANE,
VAS PT#: 11045967  DOB: (
MR#: 0370519      PH#:
REG DT: 03/13/19

TIME 09:34

Name
Number
Loc/Sex/Age
Doctor/Ser.

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 3/19/19 | | | Medical Attending note |
| | | | lab reports and Imaging studies |
| | 4:19 | | reviewed |
| | | | 3/6/19  FBS - 253   BUN/Cr - 24/8.8   A/G - 2.7 |
| | | | Quantferon - 76 - (+)   Na - 131 |
| | | | cxR - Negative   HS A1c (11.0) |
| | | | Vit D - 15.48   CBC - 3.5  12.6 |
| | | | APP   T34 - Nl  35   182 k |
| | | | hyponatremia   LE Venous duplex - ∅ |
| | | | hyperglycemia |
| | | | hypoalbuminemia |
| | | | A P P D |
| | | | / - will start 1/2 N + D5 |
| | | | fone core |
| 3/21/19 | | Vivien SW | Social work /care plan : Team met today with the resident's family (wife and 2 daughters) Resident is verbally responsive, alert, however not able to follow commands and answer questions due to cognitive deficits. Nursing reports compliance with medication and he requires total care. Resident is on a recreational diet and also fed by GT tube. Resident attends rehab (PT, OT) daily |

RNH    0370519    03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
             M  CATHOLIC      TW  Ξ1013B
LTCM/WUBSHET, B.

**KINGSBROOK JEWISH MEDICAL CENTER**
**DAVID MINKIN REHABILITATION INSTITUTE**

**PROGRESS   NOTES**      ACCNT#:    1643155

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 3/21/19 | 11am | SW | PT regimen reports stand in parallel bar with max assist, requires cueing to move leg, progress is observed. Today, resident was showed how to lock wheelchair, needs directing. Recreation: resident is seen bedside not much participation as resident is engaged in off the floor Rehab. Resident is seen by Speech Therapist who works closely with resident's wife regarding his P.o intake. Social Work. Family is supportive once resident is ready to return home he will go to his wife. Resident does not have HCP but unable to designate at this time. DNR, DNI explained and discussed with the family, they verbalized understand needs. The family will discuss Advance Directive and will inform SW/team of their decision. At this time resident is full code. No date for discharge at this time. Emotional support provided. Family verbalized satisfaction to all services —— gradel MSW |

KINGSBROOK JEWISH MEDICAL CENTER
DAVID MINKIN REHABILITATION INSTITUTE

P R O G R E S S   N O T E S

Name

Number

Loc/Sex/Age

Doctor/Ser.

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |
|      |      |         |       |

**YOUR PROGRESS NOTES MUST JUSTIFY TODAY'S HOSPITAL STAY. IF YOU ARE RECOMMENDING ANY ALTERNATE LEVEL OF CARE, CALL SOCIAL SERVICE, EXTENSION 5300-5305 IMMEDIATELY.**

KINGSBROOK JEWISH MEDICAL CENTER

RUTLAND NURSING HOME

RNH      0370519      03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
                    M  CATHOLIC     TW   1013B
LTCM/WUBSHET, B.

### MINI-MENTAL STATE EXAMINATION

ACCNT#:  1643155

DATE OF TEST: 04 / 04 / 19       NAME OF EXAMINER: C. Duet, PA S

DAY OF THE WEEK: Thursday

Give one point for each correct response,  0 for each incorrect answer

**Orientation:**

| | | | PATIENT'S RESPONSE | SCORE | POINTS |
|---|---|---|---|---|---|
| 1. What is the: | | Year | 2013 2013 | 0 | 1 |
| | | Season | ? | 0 | 1 |
| | | Date | ? | 0 | 1 |
| | | Day | Thursday | 1 | 1 |
| | | Month | ? | 0 | 1 |
| 2. Where are we? | | State | n/a | 0 | 1 |
| | | County | n/a | 0 | 1 |
| | | Town or city | n/a | 0 | 1 |
| | | Hospital/nursing home | n/a | 0 | 1 |
| | | Floor | oNvn | 0 | 1 |

**Registration:**

3.   Name three objects, taking one second to say each.  Then ask                    0          3
     the patient to repeat all three.  (Give one point for each correct
     answer.  Repeat the answers until patient learns all three.)  _____

**Attention and calculation:**

4.   Serial  sevens: Ask the patient to count backward from 100 by                    0          5
     sevens, as 93, 86, 79, 72, 65 etc.  (Stop after five answers: give one
     point for each correct  answer.) Alternative: Spell WORLD backwards:

**Recall:**

5.   Ask for names of the three objects learned in question 3.                         0          3
     (Give one point for each correct answer)  _____

**Language:**

6.   Point to a pencil and a watch.  Ask the patient to name each as you               0          2
     point.

7.   Ask the patient to repeat 'No ifs, ands, or buts'                                 0          1

8.   Ask the patient to follow a three-stage command: 'Take a paper                    0          3
     in your right hand.  Fold the paper in half.  Put the paper on the
     floor.'

9.   Ask the patient to read and obey the following command:                           0          1
     'CLOSE YOUR EYES.' (Write in large letters.)

10.  Ask the patient to write a sentence of his or her choice.                         0          1
     (The sentence should contain a subject and an object and
     should make sense.  Ignore spelling errors when scoring.)

11.  Ask the patient to copy the design shown.                                         0          1
     (Give one point if all sides and angles are
     preserved and if the intersecting sides form
     a quadrangle.)

Educational level:

| | Total | 1 | 30 |

The The Mini-Mental State Examination, which can be administered in the primary care setting in about 10 minutes will accurately identify
patients who have cognitive impairment.  A score of 20-24 generally suggests mild impairment; a score of 16-19, moderate impairment; and a
score of 15 or less, severe impairment.  Keeping track of a patient's scores over time will also document progression of a patient's cognitive
impairment.
Form # 4-1262    11/96

RNH   0370519       03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
                    M  CATHOLIC    TW   1013B

**KINGSBROOK JEWISH MEDICAL CENTER**
**RUTLAND NURSING HOME**

LTCM/WUBSHET, B.

**Monthly Nurses' Note**

ACCNT#:   1643155

*March 2019*                                    15P

| | |
|---|---|
| **1. MENTAL STATUS:** | ☑ALERT   ☐ORIENTED:   ☐TIME  ☐PERSON   ☐PLACE   ☐DISORIENTED<br>☑CONFUSED   ☐LETHARGY   ☐OTHER |

**2. COGNITIVE   SKILL FOR DAILY DECISION MAKING:**
☐ INDEPENDENT - DECISIONS CONSISTENT / REASONABLE
☐ MODIFIED INDEPENDENCE - SOME DIFFICULTY IN NEW SITUATIONS ONLY
☐ MODERATELY IMPAIRED - DECISION POOR; CUES SUPERVISION REQUIRED
☑ SEVERELY IMPARIED - NEVER / RARELY MADE DECISIONS
☐ OTHER

**3. MEMORY RECALL ABILITY:**
☐CURRENT SEASON   ☐LOCATION OF OWN ROOM   ☐STAFF/FAMILY NAMES/FACES
☐THAT HE/SHE IS IN A NURSING HOME   ☑NONE OF THE ABOVE  IS RECALLED   ☐N/A

**4. CHANGE IN COGNITIVE STATUS:**
☑NO CHANGE   ☐IMPROVED   ☐DETERIORATED ☐N/A

**5. HEARING PATTERNS:**
☑HEARS ADEQUATELY - NORMAL TALK, TV, PHONE
☐MINIMAL DIFFICULTY WHEN NOT IN QUIET SETTING
☐HEARING HIGHLY IMPAIRED / ABSENCE OF USEFUL HEARING   ☐N/A
HEARING CONSULT:   ☐YES   ☐NO

**6. COMMUNICATION DEVICES:**
☐HEARING AID, PRESENT AND USED   ☐HEARING AID, PRESENT AND NOT USED   ☐OTHER   ☑N/A

**7. COMMUNICATION:**
☐SPEECH CLEAR   ☑MILDLY IMPAIRED   ☐SEVERELY IMPAIRED
☐LANGUAGE BARRIER   ☐OTHER   ☐N/A
SPEECH THERAPY   ☐YES   ☐NO

**8. CHANGE IN COMMUNICATION:**
☑NO CHANGE   ☐IMPROVED   ☐DETERIORATED ☐N/A

**9. VISION PATTERNS:**
☐ADEQUATE - SEES FINE DETAIL   ☑IMPAIRED - SEES LARGE PRINT
☐HIGHLY IMPAIRED - LIMITED VISION   ☐LEGALLY BLIND   ☐EYE MEDS_____
☐CATARACTS:   ☐L   ☐R   ☐N/A
OPHTHALMOLOGIST CONSULT:   ☐YES   ☐NO   ☐N/A

**10. VISUAL AIDE:**
☐GLASSES   ☐CONTACT LENSES   ☐LENSES IMPLANT   ☐N/A

**11. RESPIRATORY:**   ☑NO PROBLEM
RATE:  ☐DYSPNEA   ☐TACHYPNEA   ☐BRADYAPNEA
*18*   ☐SOB   ☐ORTHOPNEA   ☐APNEA
RHYTHM:   ☐LABORED   ☐SHALLOW   ☑NORMAL
BREATH SOUNDS:   ☐CRACKLES   ☐WHEEZES   ☐DIMINISHED   ☐ABSENT
   (R) (L)   (R) (L)   (R) (L)

KJMC-MS04 11/03

**RESPIRATORY CONT'D**

| COUGH: | ☑ NO | ☐ YES | ☐ PRODUCTIVE | ☐ NON-PRODUCTIVE |
|---|---|---|---|---|

☐ SPUTUM COLOR_____ ☐ CONSISTENCY_____

SUCTION: ☐ Q-SHIFT ☐ Q-TWO HOURS ☐ PRN

TRACHEOSTOMY: ☑ NO ☐ YES
TYPE OF TUBE:_____
SIZE OF TUBE :_____

TRACH CARE: ☐ N/A ☐ YES FREQUENCY:_____

INFECTION: ☑ NO ☐ YES ☐ TYPE:_____ REFER TO MD: ☐ YES ☐ NO
OXYGEN INHALATION: ☐ N/A ☐ YES ☐ NO RESPIRATORY CONSULT: ☐ YES ☐ NO
OXYGEN CONCENTRATION_____
☐ VENTIMASK ☐ NASAL CANNULA ☐ TRACH COLLAR VENTILATOR DEPENDENT ☐ YES ☐ NO
HUMIDIFIER: VENTILATOR SETTING:_____
☐ AEROSOL TREATMENT
NEBULIZER TREATMENT:

**12. CARDIOVASCULAR:** BP 145/70 P 75
RHYTHM: ☐ REGULAR ☐ IRREGULAR ☐ TACHYCARDIA ☐ BRADYCARDIA
PACEMAKER:
SITE:_____
READING:_____
READING WITH MAGNET:_____
REFER TO MD: ☐ YES ☐ NO ☐ N/A CARDIOVASCULAR CONSULT: ☐ YES ☐ NO ☐ N/A
IV LINE: - SPECIFY: SITE:_____ TYPE:_____
IV THERAPY: SOLUTION IV LINE - SPECIFY:_____
IV SITE: ☐ NORMAL ☐ SWELLING ☐ ECCHYMOSED ☐ REDDENED ☐ PAINFUL
☐ OTHER

**13. GASTROINTESTINAL:**
ABD: ☑ SOFT ☐ DISTENDED ☐ FLAT ☐ TENDER ☑ NON-TENDER
BS: ☑ NORMAL ☐ HYPOACTIVE ☐ HYPERACTIVE ☐ ABSENT
INFECTION: ☐ YES TYPE:_____ ☐ NO
REFER TO MD: ☐ YES ☐ NO BOWEL MOVEMENTS: ☑ NORMAL ☐ CONSTIPATION ☐ LOOSE STOOL
GI CONSULT: ☐ YES ☐ NO ☐ N/A OSTOMY: - TYPE

**14. NUTRITIONAL:**
| | ☐ REGULAR | ☐ DIABETIC | ☐ OTHER_____ |
|---|---|---|---|
ROUTE OF FOOD / FLUID INTAKE: ☑ PO ☐ OT ☐ PEG ☐ JT
APPETITE: ☐ GOOD ☐ FAIR ☐ POOR
WEIGHT: ☐ GAIN ☐ LOSS # OF LBS_____ ☑ NO PROBLEM
COMPLAINTS OF: ☐ NAUSEA ☐ VOMITING ☐ INDIGESTION ☐ DIARRHEA ☐ NONE
DIFFICULTY WITH: ☐ CHEWING ☐ SWALLOWING ☐ TASTING
TUBE FEEDING: ☐ NO ☑ YES TYPE_____ RATE:_____
DIET CONSULT NECESSARY: ☐ YES ☑ NO ☐ N/A

**15. GENITOURINARY:**
URINE: COLOR Amber CLARITY Clear ODOR: ∅
CATHETER: ☐ FOLEY ( SIZE_____ ) ☐ TEXAS ☐ SUPRA-PUBIC ☐ CONTINENT ☑ INCONTINENT B/B
DIALYSIS: ☐ YES ☑ NO ☐ TESIO CATHETER ☐ AV SHUNT ☐ AV FISTULA
EVALUATION:
PATENCY: BRUITS ☐ YES ☐ NO THRILLS: ☐ YES ☐ NO
INFECTION: ☐ YES ☐ NO TYPE_____
REFER TO MD: ☐ YES ☐ NO TOILETING PROGRAM: ☐ YES ☐ NO
UROLOGIST CONSULT: ☐ YES ☐ NO ☐ N/A

**16. SKIN:**

TURGOR

| COLOR: | ☑ NORMAL | ☐ PINK | ☐ ASHEN | ☐ PALE | ☐ CYANOTIC | ☐ JAUNDICE |
|---|---|---|---|---|---|---|
| TEMP: | ☐ HOT | ☐ COOL | ☐ COLD | ☑ WARM | | |
| | ☐ MOIST | ☐ DIAPHORETIC | ☐ DRY | ☐ CLAMMY | | |

| | | | | |
|---|---|---|---|---|
| RASH: | ☐ YES | ☑ NO | TREATMENT: ☐ YES ☐ NO | ☐ N/A |
| PRESSURE SORES: | ☐ YES | ☑ NO | | |
| STASIS ULCER | ☐ YES | ☑ NO | | |
| SURGICAL WOUND | ☐ YES | ☑ NO | | |
| WOUND CARE CLINIC: | ☐ YES | ☑ NO | | |
| RECEIVING TREATMENT: | ☐ YES | ☑ NO | ☐ N/A | |
| EVALUATION: | ☐ IMPROVING | ☐ DETERIORATING | ☐ NO CHANGE | |
| SURGICAL CONSULT: | ☐ YES | ☑ NO | ☐ N/A | |

**17. ADL STATUS:**

**SELF-PERFORMANCE SCALE (SP) : 1**

0. **INDEPENDENT:** HELP OR OVERSIGHT PROVIDED ONLY 1 OR 2 TIMES

1. **SUPERVISION:** OVERSIGHT, ENCOURAGEMENT OR CUING PROVIDED 3+ TIMES
   OR -SUPERVISION PLUS PHYSICAL ASSISTANCE PROVIDED 1 OR 2 TIMES

2. **LIMITED ASSISTANCE:** RESIDENT INVOLVED IN ACTIVITY: RECEIVED (HANDS
   ON HELP) IN GUIDED MANEUVERING OF LIMBS OR OTHER NON-WEIGHT BEARING
   ACTIVITY.
   ASSISTANCE 3+ TIMES, - OR -MORE. HELP PROVIDED ONLY 1 TO 2 TIMES

3. **EXTENSIVE ASSISTANCE:** WHILE RESIDENT PERFORMED PART OF ACTIVITY,
   HELP OF THE FOLLOWING TYPE (S) WAS PROVIDED 3 OR MORE TIMES SHIFT/DAY
   • WEIGHT-BEARING SUPPORT, STAFF HANDS ON ASSISTANCE DURING TRANSFER /
     AMBULATION.
   • FULL STAFF PERFORMANCE DURING PART BUT NOT ALL OF PAST 7 DAYS.

4. **TOTAL DEPENDENCE:** FULL STAFF PERFORMANCE DAILY.

8. THE ADL DID NOT OCCUR

**ADL SUPPORT SCALE (SP) : 2**

0. NO SETUP OR PHYSICAL HELP FROM STAFF

1. SETUP HELP ONLY

2. ONE PERSON PHYSICAL ASSIST

3. TWO OR MORE PERSONS PHYSICAL ASSIST

8. THE ADL DID NOT OCCUR

| ADLS | SP 1 | SP 2 |
|---|---|---|
| **BED MOBILITY:** How resident moves to and from lying position, turns side to side and positions body while in bed. | 4 | 2 |
| **TRANSFER:** How resident moves between surfaces, to/from bed, chair, wheel chair, standing position. (Exclude to/from bath/toilet. ) | 4 | 3 |
| **WALKING:** How resident walks between locations          in own room<br>How resident walks          in corridor on unit | 8<br>8 | 8<br>8 |
| **LOCOMOTION:** How resident moves between locations in his/her room and adjacent corridor on same floor. If in wheelchair, self-sufficiency once in chair. | 4 | 2 |
| **EATING:** How resident eats and drinks (regardless of skill). | 4 | 2 |
| **TOILET USE:** How the resident uses the toilet room or commode, bedpan, urinal; transfers on/off toilet, cleans, changes pad, manages ostomy or catheter, adjusts clothes. | 4 | 2 |
| **PERSONAL HYGIENE:** How the resident maintains personal hygiene, including coombing hair, brushing teeth, shaving, applying make-up, washing/drying face, hands and perineum. Exclude bath and showers. | 4 | 2 |

KJMC-MS04 11/03

| SELF-PERFORMANCE SCALE (SP):3 | ADL SUPPORT SCALE (SP):4 |
|---|---|
| 0. Independent: No help provided<br>1. Supervision: Oversight help only<br>2. Physical help limited to transfer only<br>3. Physical help in par of bathing activity<br>4. Total dependence<br>8. The ADL did not occur | 0. No setup or physical help from staff<br>1. Setup help only<br>2. One person physical assist<br>3. Two or more persons physical assist<br>8. The ADL did not occur |

| ADL | SP3 | SP4 |
|---|---|---|
| BATHING: How resident took full body bath, transferred in/out of tub/shower. (Exclude washing of back and hair) | 4 | 3 |

| ASSISTIVE DEVICES: | ☐ YES | ☑ NO | TYPE:_____ |
|---|---|---|---|
| SPLINTS/BRACES/PROSTHESIS: | SITE/LIMB_____ | | |
| SIDE RAILS: | ☐ ONE | ☐ TWO | ☑ NONE |
| RESTRAINTS: | ☐ YES | ☑ NO | |
| | TYPE:_____ | | REASON:_____ |

**PAIN MANAGEMENT**

☺ NONE  ☺ 2  ☺ 4  😐 6  ☹ 8  😣 10 WORST

FOR LEVEL 2 OR HIGHER
CHECK TYPE OF INTERVENTION

☑ MEDICATION  ☐ OTHER
Tylenol 650mg Q8 Hrs.

| PSYCHOTROPIC MEDICATIONS: | ☐ YES (Refer to Psychotropic Meds Note) | ☑ NO |
|---|---|---|
| BEHAVIORAL EPISODES: | ☐ YES (Refer to Behavioral Note Dated_____) | ☑ NO |

COMMENTS: (For example: Critical Values, Acute Episodes, Non-Compliant Behavior, Psycho-social issues)_____

Resident alert and verbally responsive, no S/S of distress
G.T feeding Glucerna 1.2, Aspiration precautions maintained
G.T. Site clean and dry, 1½0 deciboles, Chemstrip
Monitoring T.I.D in progress with Insulin therapy, no S/S
of Hypo/Hyperglycemia, Tylenol Q8Hrs 650mg for pain ordered,
no ill effects from Medication noted, fluid given via G.T
to maintain fluid hydration, positioning done. R.T. Help to maintain
Skin integrity and prevent D.U's, general Condition Stable.

Osi Joseph, LPN 3/29/19.
_____
Nurse's Signature/Date

_____
Supervisor's Signature/Date

KJMC-MS04 11/03 (Please attach this page to this form)

FRANCISQUE ,JEAN          M    71
1256     WUBSHET, BERHANE,
VAS PT#: 11045967  DOB: 0_____
MR#: 0370519   PH#:
REG DT: 03/13/19          TIME 09:34

KINGSBROOK JEWISH MEDICAL CENTER
DAVID MINKIN REHABILITATION INSTITUTE

**[NUTRITION PROGRESS NOTE]**

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 3/14/19 | | Nutrition | Recommend continue Glucerna 1500 ml change rate to 85 ml/h. flush ō 55 ml H₂O q hrly ~ 1800 Cals/90 gm prot/2235 ml fed/day Continue |
| | 1:30 pm | | Prostim 30 ml 7x/day ~ 200 Cals/30 gms prot. for total 2000 Cal/120 gms prot. 2235 ml fed/day. Cal/prot intake via GT and fluids exceeds res est needs.  Weekly wt requested. |
| | | | JJ Onsi RD/CDN #97 |
| 3/14/19 | | Nutrition | DM uncontrolled ~ Levemir was increased from 20 units to 22 units q 12 hrs. noted. Res was evaluated |
| | 2:10 pm | | by Speech to continue GT/PEG feed as main source of nutrition/hydration (see Speech consult done 3/8 & 3/11. Continue to res tolerance to feed. |
| | | | JJ Onsi RD/CDN #97 |

FRANCISQUE ,JEAN                    M    71
1256     WUBSHET, BERHANE,
VAS PT#: 11045967  DOB: ^
MR#: 0370519  PH#:
REG DT: 03/13/19              TIME 09:34

KINGSBROOK JEWISH MEDICAL CENT
DAVID MINKIN REHABILITATION INSTITUTE

ame
umhar
Lo____/Ag
Doctor/Ser.

[NUTRITION PROGRESS NOTE]

| DATE | TIME | SERVICE | NOTES |
|------|------|---------|-------|
| 4/4/19 | | | Nutrition Reo Started on full Pureed tray @ lunch meal. D/c Recreational feeds @ lunch. Observe for meal acceptance. _____ RD |
| | | | |

**KINGSBROOK**
JEWISH MEDICAL CENTER

RUTLAND NURSING HOME
ADULT NUTRITION ASSESSMENT
[X] INITIAL [ ] ANNUAL

RNM    03/05/19    03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
          M CATHOLIC    TW    1013B
LTCM/WUBSHET, B.

ACCNT#:    1643155

**DIAGNOSES/PAST MEDICAL HISTORY:** Stroke ē hemorrhagic conversion
PEG placed on 2/22/19    HTN DM

**DIET ORDER/SUPPLEMENTS:**    N/A

**Diet Rx/ Supplements Transcribed Correctly in MAR: Y/ N: If No, RN/LPN notified? RN/LPN Name:**

**Food Allergies/Intolerances/Preferences (including cultural/religious):** N/A

**ENTERAL NUTRITION:** FORMULA: Glucerna 1.2 CONTINUOUS: 1500 ML @ 55 ML/HR
**BOLUS:** _____ ML Q _____ HRS
**WATER FLUSH:** _____ ML / _____ HR AND/OR 50 ML Q SHIFT    (1210)
**PROFORM:** 30 ML: Q AM ___, BID ___, TID ___, NONE ___
**TF PROVIDES:** 1200 KCAL, 90 GM PROTEIN, 2573 ML FLUID

**HT:** 67 **WT:** 144 Lbs **IBW RANGE:** 148 ±10% **% IBW:** — **BMI** = 23 Normal/ Underweight/Overweight/Obesity I / II / III
**ADJUSTED BODY WT=** — **UBW/WT Hx:** N/A
**Weight change:** _____ lbs x 1mo;
Significant    Insignificant    Planned    Unplanned    Insidious (8.5% x 6 months)    Stable
**Related to:**
**APPETITE/INTAKE:** GOOD (75-100%)    FAIR (50-75%)    POOR (<50%) N/A
**FEEDING ABILITY:** ___FEEDS SELF ___PARTIAL ASSIST ___SPOON FED/ TOTAL ASSIST [✓] TUBE FEEDING ___TPN
**DENTITION:** X OWN TEETH ___EDENTULOUS ___DENTURES
**SKIN ULCERS:** X NONE, X PRESSURE, ___VASCULAR, OTHER

| LOCATION | LT heel | | |
| STAGE | DTI/E | | |

**NUTRITIONAL CONCERNS:** ___ NONE NOTED
___ Nausea ___ Vomiting ___ Diarrhea ___ Constipation
[✓] Swallowing Difficulty ___ Chewing Difficulty
___ Edema/Potential for weight fluctuation due to fluid shifts
___ Pain affecting intake
Other

**SIGNIFICANT LAB DATA & DATE:** 3/8/2019 85 253
BUN 23 H Cr 0.8 Na 131 L K 4.2 CO2 26 H/H 9.2/12.9 L MCV 83.7 WR
Alb 2.7 L Gluc 141/76 146 A1C 36    ASA Metoprolol
**ALBUMIN:** 3/8/19 **Date** 2.7 **PREALBUMIN:** — **Date** Int DT5↓    Insulin
**Date:** ___ **HgbA1C** ___ **eAG** ___ **Date Range** ___
**Fingerstick (mg/dL):** 6 AM ___ 11 AM ___ 4.30 PM ___

**DRUG-NUTRIENT INTERACTIONS/ IV ABT:**

**ESTIMATED DAILY NUTRITIONAL REQUIREMENTS:**
**CALORIES:** 1963 – 2291 KCAL (BASED ON 30 - 35 KCAL/KG BODY WT)
**PROTEIN:** 98 – 131 GM (BASED ON 1.5 - 2.0 GM/KG BODY WT)
**FLUID:** 1963 – 2291 ML (BASED ON 30 - 35 ML/KG BODY WT)
**MDS 3.0 CARE AREA ASSESSMENT (CAA):** [ ] None [✓] Nutritional Status [X] Feeding Tube [X] Fluid Maintenance
**EVALUATION:** 71 y/o male is admitted ē GTF of Glucerna
1.2 1500ml @ 55 ml ē 50 ml Q H 1 shift flush. ē
CBW 144 BMI 23 wn, SLP eval to be done 3/8/19
Meds reviewed Na↓, monitor. Alb 2.7 ↓ int DT5.
Labs reviewed Na↓, monitor. Alb 2.7 ↓ int DT5
Will benefit from proform ↓ int D. Has DU left heel
**PLAN:** — continue cultrant ētF    DT.
— Add proform 30ml BID
— monitor ētF tolerance / wts / labs / skin
— monitor ētF tolerance / SLP eval
_____ signature _____ Wudalsb R.D. 2/9/19    3:32

**SIGNATURE/TITLE**    **PAGER#**    **DATE**    **TIME**    1502

RNH    0370519
FRANCISQUE , JEAN          03/06/19
FRANCISQUE , GLADYS
917-325-1931
LTCM/WUBSHET, B.      M  CATHOLIC        TW    1013B
ACCNT#:      1643155

**KINGSBROOK**
**Rutland Nursing Home**

## Must be completed on admission, monthly and with any significant change

### PRESSURE ULCER RISK ASSESSMENT (BRADEN SCORE)

| Sensory Perception | Moisture | Activity | Mobility | Nutrition | Friction & Shear |
|---|---|---|---|---|---|
| Completely limited 1 | Constantly moist 1 | Bedfast 1 | Completely immobile 1 | Very poor 1 | Problem |
| Very limited 2 | Very moist 2 | Chairfast 2 | Very limited 2 | Inadequate 2 | Potential problem |
| Slightly limited 3 | Occasionally moist 3 | Walks occasionally 3 | Slightly limited 3 | Adequate 3 | No apparent problem 3 |
| No impairment 4 | Rarely moist 4 | Walks frequently 4 | No limitations 4 | Excellent 4 | |

| Date/Year | 3/6/19 | | | | | |
|---|---|---|---|---|---|---|
| Sensory Perception | 3 | | | | | |
| Moisture | 3 | | | | | |
| Activity | 2 | | | | | |
| Mobility | 3 | | | | | |
| Nutrition | 2 | | | | | |
| Friction & Shear | 3 | | | | | |
| Score | 16 | | | | | |
| Signature & Title | Joseph Rn | | | | | |

### RESIDENTS WHO SCORE 18 OR LESS ARE AT RISK FOR PRESSURE ULCERS
### INITIATE / MAINTAIN PRESSURE ULCER PREVENTION PROTOCOL AND REFER TO NUTRITION SERVICE

**Check Prevention Protocol Initiated:**

☐ Turn & position every 2 hours;          ☑ Moisture barrier to perineal area;
☐ Pressure relieving surface;             ☑ Skin checks every shift by C N A
☐ Adaptive devices for positioning        ☐ Fecal pouch
☐ Foley catheter                          ☐ Supplement / nourishment
☐ Other_____

**JWGSBROOK**

## WEEKLY
## Ulcer / Wound Evaluation Record

KNH    05/05/    05/06/17
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931

Press        ACCNT#:    1643155
05/05/    M  CATHOLIC    TW    1013B
LTCM/WUBSHET, B .

Indicate location of the ulcer / wound by placing an "X" in red on the

**Stage 1** Defined area of persist...
ulcer may appear with persistent red, blue, or purple hues.
**Stage 2** Partial thickness skin loss involving epidermis, dermis or both.
**Stage 3** Full thickness skin loss involving damage to, or necrosis of, subcutaneous tissue that may extend down to, but not through, underlying fascia.
**Stage 4** Full thickness skin loss with extensive destruction, tissue necrosis, or damage to muscle, bone, or supporting structures.
**Unstageable** If the wound bed is not totally visible because it is covered with eschar or slough then the wound is marked unstageable. If it is only partially covered then stage the wound.

Date of onset of Ulcer/Wound: 3/6/14

Ulcer / wound type:□ Pressure Ulcer ☑Venous Stasis Ulcer □ Arterial ulcer □ Surgical Wound □ Unstageable
□ Diabetic ulcer □ Skin Tear ☑ Deep Tissue Injury     □Nosocomial ☑Community Acquired

| WEEKLY DATE → | 3/7/14 | | | | |
|---|---|---|---|---|---|
| Location / Site | RT leg | | | | |
| Stage: | | | | | |
| Size (Length x width) in cm | 0.5 cm x 0.3 cm | cm x cm | cm x cm | cm x cm | cm x cm |
| Depth (cm) | 0 cm | | | | |
| Drainage | | | | | |
| Odor | | | | | |
| Color | dark grayish | | | | |
| Wound Bed | — | | | | |
| Undermining/Tunneling (Y/N) | — | | | | |
| Debridement Date | 0/10 | | | | |
| WOUND PAIN SCORE | — | | | | |
| Support Surface | Airoback | | | | |
| RN/LPN Initials → | | | | | |

**KEY:**
| | | | | |
|---|---|---|---|---|
| Color | P=pink/red | S=slough | E=eschar | N=necrotic |
| Exudate | S=serosanguinous | P=pus | N=none | |
| Odor | F=foul | M=mild | N=none | |
| Surrounding Skin | E=erythema | M=maceration | I-induration | |
| Wound Bed | S= slough | E=eschar | | |
| Wound Pain Score | NUMERIC =   0 to 10    or    FACES=  F  0 to 10    or    FLACC=   FL  0 to 10    or    PAINAD= 0 to10 | | | |

Rev June 07. BS 10.10. 8/2016



**KINGSBROOK**
JEWISH MEDICAL CENTER

# Pain Asses

Complete on admission f...
on PAIN SCREENING que...

RNH    0370519    03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
            M  CATHOLIC    1...    1013B
LTCM/WUBSHET, B.

Date: 3/19/19 _____    Time: _____  ACCNT#: ___1643155____

**Current PAIN SCORE** (circle)    0 1 2 3 4 5 6 7 8 9 10 Other:_____

**Patient's ACCEPTABLE Pain Score** (circle)        0 1 2 3 4 5 6 7 8 9 10 Other:____

**PAIN SCALE USED** (circle )    NUMBER  PAINAD  FACES  FLACC

**LOCATION** (circle)    Head   Neck   Abdomen   Chest    Right Arm    Left Arm    Right Leg    Left Leg
Back    Incision    Perineal    Other:_____

**DESCRIPTION** (circle)    · Aching  Bloating  Burning  Cramping   Comes and Goes     Constant    Cutting
Dull    Numbing    Pressing    Pulling    Radiating  Sharp    Shooting    Soreness    Stabbing    Throbbing    Tightness
Other:_____

**ONSET:** When did this pain start?  Date:_____Time:_____(military time)

**DURATION:** How long did this pain last?  _____hours / days (circle)

**WHEN** does this usually occur? (circle)    DAY   EVENING   NIGHT Other:_____

**What INCREASES** the pain? (circle)    Lifting  Sitting  Walking  Bending  Pulling  Pushing
Resting    After Exercise    Other:_____

**What RELIEVES** the pain? (circle)    Medication  Specify:_____
Resting  Swimming  Massage  Aromatherapy    Music  Ice Pack  Heat Pack    Position Change    Other:_____

**What are the EFFECTS** of pain? (circle)    Symptoms that accompany it    Poor appetite    Sleep problems
Limited mobility    Irritability  Anger    Withdrawal    Loss of concentration    Issues with personal relationships
Other:_____

| Nurse Signature | Printed Name |
|---|---|
|  |  |

## NEW PAIN, PAIN IN OTHER LOCATIONS , POST-PROCEDURE OR POST-OP PAIN (Use below)

Date: _____    Time: _____

**Current PAIN SCORE** (circle)    0 1 2 3 4 5 6 7 8 9 10 Other:_____

**Patient's ACCEPTABLE Pain Score** (circle)        0 1 2 3 4 5 6 7 8 9 10 Other:____

**PAIN SCALE USED** (circle)    NUMBER  PAINAD  FACES  FLACC

**LOCATION** (circle)    Head   Neck   Abdomen   Chest    Right Arm    Left Arm    Right Leg    Left Leg
Back    Incision    Perineal    Other:_____

**DESCRIPTION** (circle)    Aching  Bloating  Burning  Cramping   Comes and Goes     Constant    Cutting
Dull    Numbing    Pressing    Pulling    Radiating  Sharp    Shooting    Soreness    Stabbing    Throbbing    Tightness
Other:_____

**ONSET:** When did this pain start?  Date:_____Time:_____(military time)

**DURATION:** How long did this pain last?  _____hours / days (circle)

**WHEN** does this usually occur? (circle)    DAY   EVENING   NIGHT Other:_____

**What INCREASES** the pain? (circle)    Lifting  Sitting  Walking  Bending  Pulling  Pushing
Resting    After Exercise    Other:_____

**What RELIEVES** the pain? (circle)    Medication  Specify:_____
Resting  Swimming  Massage  Aromatherapy    Music  Ice Pack  Heat Pack    Position Change    Other:_____

**What are the EFFECTS** of pain? (circle)    Symptoms that accompany it    Poor appetite    Sleep problems
Limited mobility    Irritability  Anger    Withdrawal    Loss of concentration    Issues with personal relationships
Other:_____

| Nurse Signature | Printed Name |
|---|---|
|  |  |

**RUTLAND NURSING HOME**

PAIN MANAGEMENT
NURSES NOTES

RNH      0370519      03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
                    M  CATHOLIC      TW    1013B
LTCM/WUBSHET, B.

ACCNT#.   1643155

| DATE | TIME | |
|------|------|---|
| 3/13/19 | 11P-7A | Resident Started on Tylenol 650mg PO QShour for pain to left knee, Medicated with effect, will continue to Monitor. Stable. *Joseph, LPN* |
| 3/19/19 | 11P-7A | Alert; Tylenol 650mg PO continues for pain with effect, Stable; will continue to Monitor *Joseph, LPN* |
| 3/26/19 | 11P-7A | Pain Management continues with effect, resting Comfortably, safety monitoring continues. *Joseph, LPN* |
| 4/3/19 | 11P-7A | Alert, pain management in progress, Scale 0/10, Safety Maintained, Stable Condition. *Joseph, LPN* |



# KINGSBROOK
## JEWISH MEDICAL CENTER
Department of Pharmacy
Rutland Nursing Home

```
RNH     0370519      03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
LTCM/WUBSHET, B.  M  CATHOLIC    TW    1013B
ACCNT#:    1643155
```

## Medication Regimen Review: Consultant Pharmacist's Signature

| Date | Activity | Consultant Pharmacist Signature/Title | Consultant Pharmacist Name Print/Stamp | Notes |
|------|----------|--------------------------------------|----------------------------------------|-------|
| 3/7/19 | Medication Regimen Review | | Kathryn Bress, B.S., Pharm.D. Pharmacy Practice Resident (PGY-I) Department of Pharmacy Pager: 894, Ext. 6659 | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |
| | Medication Regimen Review | | | |

## ** DO NOT REMOVE. Permanent part of the chart**
## **Place in CONSULT section of the chart**



**Guardian Consulting Services, In**

```
RNH    0370519    03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
                M  CATHOLIC      TW   1013B
LTCM/WUBSHET, B.

ACCNT# .  1643155
```

## Medication Regimen Re

Resident Name: _____

| Date | Activity | Consultant Pharmacist Signature/Title | Consultant Pharmacist Name Print/Imprint | See DRR Printout for Recommendations |
|------|----------|---------------------------------------|------------------------------------------|--------------------------------------|
| 3/25/19 | Drug Regimen Reviewed | *(signature)* | Alina Galimova, Pharm.D. | [ ] Recommendation(s)<br>[X] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |
| | Drug Regimen Reviewed | | | [ ] Recommendation(s)<br>[ ] No Recommendations |

**\*DO NOT REMOVE\* Maintain on chart in CONSULT section.**

*See DRR Printouts for Individual Recommendations*

*Francisque, Jean*

RNH    0370519    03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
(        M  CATHOLIC      TW    1013B
LTCM/WUBSHET, B.

**KINGSBROOK JEWISH MEDICAL CENTER**
**RUTLAND NURSING HOME**
DEPARTMENT OF REHABILITATION MEDICINE
RECREATION THERAPY
INITIAL ASSESSMENT FORM

ACCNT#:   1643155

Resident Name: *Francisque Jean*
Birthdate: *9/16/47*          Age *71*
Birthplace: *Haiti*
Languages: Primary: *Creole*   Secondary: *English*
Highest Education Level: *Master's Degree*
Marital Status: *Married*   Children: *3*
Family Advocate: *Gladys Francisque*
Former Occupation: *Professor*
Registered Voter ___Yes ___No
Admitted From: *Kings County Hospital*
Diagnosis (Verbatim from Medical Records) *Stroke c hemiplegia, Convulsing Ht Ay DM*

**Check ( ✓ ) all items which apply**

[✓] Alert  [ ] Oriented- [✓] person [✓] place [ ] time  [ ] Confused  [ ] Comatose

**AMBULATORY STATUS:**
[ ] No Aid  [ ] Cane  [ ] Walker  [✓] W/C  [ ] propels self  [ ] does not propel self  [ ] needs assistance for long distances

**MEMORY:** [✓] Short Term Intact  [ ] Long Term Intact  [ ] Forgetful  [ ] Unable to evaluate

| COGNITIVE STATUS: | GOOD | FAIR | POOR |
|---|---|---|---|
| Understands procedures | [ ] | [✓] | [ ] |
| Follows directions | [ ] | [✓] | [ ] |
| Concentration | [ ] | [✓] | [ ] |
| Decision Making | [ ] | [✓] | [ ] |
| Judgement | [ ] | [✓] | [ ] |
| Visual Awareness | [✓] | [ ] | [ ] |
| Auditory Awareness | [✓] | [ ] | [ ] |
| Object Recognition | [✓] | [ ] | [ ] |

| SOCIAL STATUS: | YES | NO |
|---|---|---|
| Initiates Conversation | [ ] | [✓] |
| Engages in Conversation | [✓] *at time* | [ ] |
| Contact with Family/Friends | [✓] | [ ] |
| At ease interacting with others | [✓] *at time* | [ ] |
| Appropriate social/verbal responses | [✓] *at time* | [ ] |
| Appropriate non-verbal responses | [✓] | [ ] |
| Monopolizes attention | [ ] | [✓] |
| Withdrawn | [ ] | [✓] |
| Verbally Abusive | [ ] | [✓] |
| Physically Abusive | [ ] | [✓] |
| Disruptive | [ ] | [✓] |

**COMMUNICATION:**
Speech: [ ] Clear  [ ] Normal Volume  [✓] Low Volume  [ ] Unclear  [ ] No Speech
Aphasic: [ ] Expressive  [ ] Receptive  [ ] Global
Vision: [✓] Normal  [ ] Impaired (sees large print)  [ ] Glasses - Yes / No  [ ] Legally Blind
Hearing: [✓] Good  [ ] Fair  [ ] HOH  [ ] Hearing Impaired  L / R  [ ] Wears Aide  Yes / No
Mode of Communication: [✓] Speech  [ ] Writing  [ ] Gestures  [ ] Communication Board
[✓] Incontinent  [ ] Bowel  [ ] Bladder  [✓] Both

**LEISURE VALUES AND ATTITUDES:**
✓ Socialization Levels: [✓] Active  [✓] Spectator  [✓] Large Group  [✓] Small Group  [✓] 1:1 Interaction  [✓] Independent

Close contact with Relatives/Friends [ ] Yes [✓] No
Most valued leisure time activities and why: *traveling, parties*
Attitude towards participating at present: *limited variety*
Resident/Family education needs: *wellness*
DIET: *Puree*                    ALLERGIES
Form 4-1602 5M Rev. 8/2000

## RECREATION INTEREST SURVEY:

Code: Check (✓) all items which apply

| SOCIAL | Past | Current |
|---|---|---|
| Shopping | ✓ | ☐ |
| Trips/Travel | ✓ | ☐ |
| Club | ✓ | ✓ |
| Conversing | ✓ | ☐ |
| Pets | ☐ | ☐ |
| Telephone | ✓ | ☐ |

| COMMUNITY SERVICE | | |
|---|---|---|
| Resident Council | ✓ | ☐ |
| Organizations | ✓ | ☐ |
| Volunteer Work | ✓ | |
| Comments: | | |

| CREATIVE/ CULTURAL | | |
|---|---|---|
| Creative Writing | ☐ | ☐ |
| Singing | ✓ | ☐ |
| Dancing | ✓ | ☐ |
| Poetry | ☐ | ☐ |
| Cooking | ✓ | |
| Other | | |

| SPECTATOR/ PASSIVE | | |
|---|---|---|
| Concerts | ✓ | ☐ |
| Parties | ✓ | ☐ |
| Movies/Video | ✓ | ✓ |
| Athletic Events | ✓ | ☐ |
| Watching TV | ✓ | ✓ |
| Listening to Radio | ✓ | ✓ |
| Other/Specify | | |

| INTELLECTUAL | Past | Current |
|---|---|---|
| News & Views | ✓ | ☐ |
| Adult Education | ☐ | ☐ |
| Quiz Games | ✓ | ☐ |
| Discussion/Lectures | ✓ | ☐ |

| ARTS/ CRAFTS | | |
|---|---|---|
| Needle Crafts | ☐ | ☐ |
| Knitting/Crocheting | ☐ | ☐ |
| Painting/Drawing | ☐ | ☐ |
| Other | | |

| GAMES/ SPORTS/ EXERCISE | | |
|---|---|---|
| Bingo | ☐ | ✓ |
| Bowling | ☐ | ☐ |
| Cards | ✓ | ✓ |
| Checkers | ☐ | ☐ |
| Chess | ☐ | ☐ |
| Basketball | ☐ | ☐ |
| Horse Racing | ✓ | ☐ |
| Exercise | ✓ | ✓ |
| Other | | |

| SPIRITUAL | | |
|---|---|---|
| Religious Service | | ✓ |
| Orientation | Catholic | |
| Needs | | |

| PREFERRED ACTIVITY SETTING | | |
|---|---|---|
| Own Room | ✓ | ✓ |
| On Unit | ✓ | |
| Off Unit | ☐ | |
| Outdoors | ☐ | |

---

**PERSONAL PREFERENCE REGARDING SCHEDULE:** ✓ Morning ☐ Afternoon ☐ Evening

| | STRENGTHS | LIMITATIONS |
|---|---|---|
| Social | agreeable, easy questions, offers alternatives to family member | |
| Cognitive | | |
| Physical | | wheelchair dependent |
| Affective | | |
| Leisure | | limited variety |

**TREATMENT PLAN:**

Problems/Needs: Resident needs to adjust to nursing home environment

Goals: Short Term Resident will answer 1-2 Basic questions during 1:1 visits 1x per week over next 90 days

Long Term Resident will become adjusted to Nursing Home environment.

Has plan been formulated with resident? ✓ Yes ☐ No (reason) _____

☐ Resident unable to participate in interview at this time   ☐ Family unavailable for interview at this time

Has treatment plan been discussed with family/designated representative? ✓ Yes ☐ No

Resident Signature X _Francisque_ (Resident's spouse)

COMMENTS: Above information was provided by Resident's family member.

_____ 1 Rec Staff   Date 3/14/19

```
03/07/20          KINGSBROOK JEWISH MEDICAL CENTER      AUTO RESULT REPORT
  19:29                 585 SCHENECTADY AVENUE                      PAGE 1
                        BROOKLYN, NEW YORK 11203
NAME: FRANCISQUE,JEAN        LOC: TW              AGE: 71Y    SEX: M
MRN : X370519               ROOM:TW-1013B
DOB :        7              DR: WUBSHET, BERHANE


H78832    COLL: 03/07/2019 16:40 REC: 03/07/2019 17:57 PHYS: WUBSHET, BERHANE


URINE MICROSCOPIC
  RBC Microscopy           NotPrsnt [NP]       /hpf            {KJ}
  WBC Microscopy          *1 to 4  [NP]        /hpf            {KJ}
  Epithelial Cells Urn     NotPrsnt [NP]       /hpf            {KJ}
  Bacteria Urine          *MANY    [NP]        /hpf            {KJ}
  CASTS                    NotPrsnt [NP]       /lpf            {KJ}
  Path Casts Urine         NotPrsnt [NP]       /lpf            {KJ}
  Yeast Cells Urine        NotPrsnt [NP]       /hpf            {KJ}
  Crystals Urine           NotPrsnt [NP]       /hpf            {KJ}
  Sperm Urine              NotPrsnt [NP]       /hpf            {KJ}

 {KJ} = Performed at Kingsbrook Jewish Med. Ct.,Brooklyn, NY 11203
```

```
03/10/20          KINGSBROOK JEWISH MEDICAL CENTER      AUTO RESULT REPORT
  03:37                 585 SCHENECTADY AVENUE                   PAGE 1
                        BROOKLYN, NEW YORK 11203
NAME: FRANCISQUE,JEAN
MRN : X370519              LOC: TW                    AGE: 71Y    SEX: M
DOB :0                     ROOM:TW-1013B
                           DR: WUBSHET, BERHANE
```

F40407    COLL: 03/08/2019 05:32 REC: 03/08/2019 07:19 PHYS: WUBSHET, BERHANE

```
HEMOGLOBIN A1C
   HEMOGLOBIN A1C            *11.0   [3.9-6.1]    %
                            Reference range: <5.7
                            Unit: % of total Hgb
                            (NOTE)
     For someone without known diabetes, a hemoglobin A1c value
     of 6.5% or greater indicates that they may have diabetes
     and this should be confirmed with a follow-up test.
     For someone with known diabetes, a value <7% indicates
     that their diabetes is well controlled and a value greater
     than or equal to 7% indicates suboptimal control. A1c
     targets should be individualized based on duration of
     diabetes, age, co-morbid conditions and other considerations.
     Currently, no consensus exists for use of hemoglobin A1c
     for diagnosis of diabetes for children.

   EST.AVE.GLU               269              mg/dL
                            Unit: (mg/dL)
```

```
03/08/20          KINGSBROOK JEWISH MEDICAL CENTER        AUTO RESULT REPORT
  10:40                585 SCHENECTADY AVENUE                      PAGE 1
                      BROOKLYN, NEW YORK 11203

NAME: FRANCISQUE,JEAN
MRN : X370519               LOC: TW                    AGE: 71Y    SEX: M
DOB :__,  .                 ROOM:TW-1013B
                            DR: WUBSHET, BERHANE


 F40407    COLL: 03/08/2019 05:32 REC: 03/08/2019 07:19 PHYS: WUBSHET, BERHANE


   VIT D(25 HYDROXY)
     VIT D(25 OH) TOTAL       *15.49   [30-100]      ng/mL              {KJ}

     {KJ} = Performed at Kingsbrook Jewish Med. Ct.,Brooklyn, NY 11203
```

will start
on clacitrol
3/8/19

```
03/08/20          KINGSBROOK JEWISH MEDICAL CENTER      AUTO RESULT REPORT
   08:35               585 SCHENECTADY AVENUE                  PAGE 1
                       BROOKLYN, NEW YORK 11203

NAME: FRANCISQUE,JEAN
MRN : X370519              LOC: TW                    AGE: 71Y   SEX: M
DOB :C                     ROOM:TW-1013B
                           DR: WUBSHET, BERHANE


F40407    COLL: 03/08/2019 05:32 REC: 03/08/2019 07:19 PHYS: WUBSHET, BERHANE
```

| COMP METABOLIC PANEL | | | | |
|---|---|---|---|---|
| GLUCOSE | *253 | [80-115] | mg/dl | {KJ} |
| UREA NITROGEN | *23 | [8-20] | mg/dl | {KJ} |
| CREATININE | 0.8 | [0.7-1.2] | mg/dl | {KJ} |
| SODIUM | *131 | [136-145] | mEq/L | {KJ} |
| POTASSIUM | 4.2 | [3.5-5.1] | mEq/L | {KJ} |
| CHLORIDE | *92 | [98-107] | mEq/L | {KJ} |
| CARBON DIOXIDE | 27 | [22-32] | mEq/L | {KJ} |
| CALCIUM | 8.5 | [8.4-10.2] | mg/dl | {KJ} |
| TOTAL PROTEIN | *5.7 | [6.0-7.8] | g/dl | {KJ} |
| ALBUMIN | *2.7 | [3.2-4.6] | g/dl | {KJ} |
| AST(SGOT) | 34 | [10-42] | U/L | {KJ} |
| ALK.PHOSPHATASE | *94 | [32-92] | U/L | {KJ} |
| TOTAL BILIRUBIN | 0.5 | [0.2-1.0] | mg/dl | {KJ} |
| ALT(SGPT) | *82 | [10-40] | U/L | {KJ} |
| HEMOLYSIS INDEX | 0 | [0-2] | | {KJ} |

| LIPID PANEL | | | | |
|---|---|---|---|---|
| CHOLESTEROL | 141 | [140-200] | mg/dl | {KJ} |
| TRIGLYCERIDES | 146 | [35-160] | mg/dl | {KJ} |
| HDL CHOLESTEROL | 36 | [29-71] | mg/dl | {KJ} |
| LDL (CALCULATED) | 76 | [0-130] | mg/dl | {KJ} |
| hTSH | 1.80 | [0.34-5.6] | uIU/ml | {KJ} |

```
{KJ} = Performed at Kingsbrook Jewish Med. Ct.,Brooklyn, NY 11203
```

David Minkin Rehabilitation In————— ———
Kingsbrook Jewish Medical Cent   RNH     0370519     03/06/19
                                 FRANCISQUE ,JEAN
                                 FRANCISQUE ,GLADYS
                                 917-325-1931
                                          M  CATHOLIC       TW   1013B
                                 LTCM/WUBSHET, B.

                              ACCNT#:    1643155
                         WEIGHT CHART

| Date | Weight | Remarks | | Date | Weight | Remarks |
|---|---|---|---|---|---|---|
| 3/6/19 | 144 lbs | admission | | | Weekly Weight | |
| 4/4/19 | 141.8 lb | | | 3/6/19 | 144 lbs | |
| | | | | 3/13/19 | 136 lbs | |
| | | | | 3/20/19 | 140.9 lb | |
| | / | — | | 3/29/19 | 141.6 lb | |
| | | | | 4/3/19 | 141.3 lb | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

rm #4-257  - 11/75

Kingsbrook Jewish Medical Center
Rutland Nursing Home
David Minkin Plaza at 585 Schenectady Avenue
Brooklyn, NY 11203-1891

KIN
JEWISH

RNH    0370519         03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
                        M   CATHOLIC        TW    1013B
LTCM/WUBSHET, B.

ACCNT#:   1643155

## RESIDENT RISK OF ELOPEMENT EVALUATION

To be completed for all new admissions prior to initial CCP meeting
and for all residents initially and when condition changes

| | | DATE: 8\|6\|19 | | DATE: | | DATE: | | DATE: | |
|---|---|---|---|---|---|---|---|---|---|
| | | YES | NO | YES | NO | YES | NO | YES | NO |
| 1a | Is the resident ambulatory? | | ✓ | | | | | | |
| 1b | Is the resident able to wheel self in w/c? | | | | | | | | |
| | If "NO" for both questions # 1a and 1b → STOP and sign (no risk of elopement) | | | | | | | | |
| 2 | Is the resident a candidate for pass to leave RNH without supervision? | | ✓ | | | | | | |
| | If "YES", document so in the care plan and follow Pass Policy | | | | | | | | |
| | If "NO", answer below | | | | | | | | |
| 3 | Is the resident at risk for elopement in the judgement of the team? | | ✓ | | | | | | |
| | If "YES", follow the policy re: Elopement Prevention and document in the Care Plan. Enter name on list of residents at risk for elopement | | | | | | | | |
| Signatures: | _[signature]_ RN Nursing | | | | | | | | |
| | Social Worker | | | | | | | | |
| | Other: (specify) | | | | | | | | |

Comments: _____

_____

Word/forms/chart/elopement
7/99
4-2323

OVER
for instructions

**RUTLAND NURSING HOME**
**Resident Personal Property List**

RNH    03/05/19    03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
                M CATHOLIC    TW    1013B
LTCM/WUBSHET, B.

ACCNT#:    1643155

**Resident Name:**

**Room#:**

**N= New Clothing**
**U= Used Clothing**

| N/U | AMT | DESCRIPTION | N/U | AMT | DESCRIPTION | N/U | AMT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | Bathroom | | | Jewelry | | | Slippers |
| N | 1 | Bed Jacket | | | Nightgown/Pajamas | | | Socks |
| | | Belt | | | Panties | | | Suits -2 piece |
| | | Blouse | | | Pantyhose | | | Sweater |
| | | Bra | | | PrayerBook/Religious | | | Sweat Suit Pants |
| | | Coat (wool/leather) | | | Purse/Pocketbook | | | Sweat Suit Top |
| | | Dentures | | | Scarf | U | 3 | T-Shirt |
| N | 3 | Dress | | | Shirt | | | Tie |
| | | Eye Glasses | | | Shoes | | | Trousers/Pants |
| | | Gloves | | | Shorts | | | Undershirt/Vest |
| | | Hairbrush/comb | | | Skirt | | | Underwear - Men |
| | | Hat | | | Slip | | | Wallet |
| | | Jacket (spring/winter) | | | Radio | | | Wheel Chair |
| | | Television Model: | N | 3 | Pillows. | | | Walker |
| | | | N | 4 | Pillow Case | | | Cane |
| | | TV Serial#: | N | 3 | PANTS | | | Other Assistive Devices: |

Amt of Money/Cash [        ]

Amt kept by Resident [        ]    Amt secured in safe [        ]

I hearby certify that the above is a correct list of belongings and understand that the Nursing Home is not responsible for clothing money, jewelry, watch false teeth glasses or other articles retained by the resident or brought to the resident while in the Nursing Home. In the event that I lose behold, I understand that my belongs will be placed in storage for no more than 30 days.

*Katia Francisque (daughter)*                                3/10/19
Signature Resident/Family member                          Date

*[signature]*                                                3/10/19
Inventoried by - Staff member Title & Signature           Date

Placed in storage by - Staff member Title & Signature     Date

___ Resident/Family will pick up clothes and items from the Linen and Laundry Dept. by _____
___ Resident/Family requests that clothes and items be donated to the facility
___ Resident/Family requests that clothes and items be discarded.

Social Worker Signature                                   Date

White Copy-Chart      Yellow Copy-Resident/Family Member      Pink-Social Work      Blue-Linen&Laundry/Chart

property0904

**RUTLAND NURSING HOME**
585 SCHENECTADY AVENUE, BROOKLYN, NY 11203

## NOTICE OF TRANSFER OR DISCHARGE

DATE _3/6/19_ RESIDENT'S NAME _Jean Francisque_ RM # _1013 B_

The anticipated date of transfer or discharge is _4/6/2019_

Resident to be transferred/discharged to: _Home address_

The Comprehensive Care Plan Team has determined that the above mentioned Resident's needs can no longer be met at the FACILITY for the following reasons:

____The safety or health of residents in the facility would be endangered, the risk to others is

more than theoretical and all reasonable alternatives to transfer of discharge have been explored

and have failed to address the problem based on the following _____

_____

____The resident's health improved sufficiently so that the resident no longer needs the services

of the facility based on the following: _____

_____

___ The resident has failed, after reasonable and appropriate notice, to pay for (or to have paid under Medicare or Medicaid) a stay at the facility.  For a resident who becomes eligible for Medicaid after admission to a nursing facility, the nursing facility may charge a resident only allowable charges under Medicaid; or _____

___The facility cannot meet the needs of the resident due to the following: _____

_____

A. The Resident and/or Designated Representative have the right to appeal this decision. The resident has the right to an evidentiary hearing to appeal the proposed discharge or transfer by contacting the following:

   1. By Mail - The Department of Health Centralized Complaint Intake Program (CCIP)
        875 Central Avenue, Albany, NY 12206
        **or**
     Phone:  (888) 201-4563
     Fax:     (518) 408-1157

   2.    New York City Long Term Care Ombudsman program
       11 Park Place, Suite 1110
       New York, New York   10007
       (212) 962-2720

Revised Date: 4/22/16

3.    Residents who are mentally ill or who have developmental disabilities
should contact:

**The Justice Center**
**161 Delaware Ave, Delmar, NY 12054**
**or by phone: (855) 373-2122**

The resident will remain in the facility, (except in cases of imminent danger), pending the appeal hearing decision, if the appeal request is made within 15 days of the date the resident received the discharge/transfer notice; The hearing may be held post-discharge if the appeal request is made after 15 days following the date of receipt of this notice.

I have received a copy and read the above document pertaining to the right to appeal the notice of transfer or discharge.

The staff has explained this document to me and I understand the contents, however, I also understand that if I have any questions or concerns relative to this notice, that the staff will be glad to explain it again.

DATE_____    RESIDENT'S SIGNATURE_____

DESIGNATED REPRESENTATIVE _~Effrancis Gui~_   RELATIONSHIP _Wife_

Revised Date: 4/22/16

## RUTLAND NURSING HOME
### 585 Schenectady Avenue
### Brooklyn, New York 11203
### (718) 604 - 5221

| | |
|---|---|
| | Affix Label |

### PERSONAL BELONGINGS:

Since closet and drawer space is limited, please bring only those articles of clothing that you will be wearing on a daily basis. We ask family members to store seasonal clothing. We request that you have 10 changes of clothing articles. Comfortable and machine washable street clothing is the usual attire. We contract with a commercial laundry that provides routine laundry services for our residents. We cannot provide dry cleaning or hand-wash clothing. If necessary, hospital-type clothing will be provided to residents.

In order to assist us in protecting your valuables and personal belongings, please note the following:

1. **ALL CLOTHING AND PROPERTY MUST BE LABELED TO HELP PREVENT LOSS.** Rutland Nursing Home will ensure that all items are marked by RNH staff, as long as the article is given to the unit clerk or nurse to be marked.
2. **JEWELRY AND OTHER VALUABLES SHOULD REMAIN AT HOME.**
3. Please do not wrap your dentures in paper towels/tissues, leave them on your meal tray or place them in a container other than one designed for dentures, which is available at the Nurse's Station.

**WE CANNOT BE RESPONSIBLE FOR THE LOSS OF MONEY, JEWELRY AND ELECTRONIC DEVICES THAT ARE NOT SECURELY STORED.** Valuables should be sent home with family members and brought to the resident as special occasions arise. If valuables are kept at Rutland Nursing Home, they should be placed in the safe located in the Business Office. A receipt will be given to the resident or family member. The receipt will be required in order to reclaim these items. Upon request, a lock will be placed on an individual's drawer and/or closet.

**RUTLAND NURSING HOME IS NOT RESPONSIBLE FOR THE LOSS OF VALUABLE ITEMS.** If items are missing, an investigation will be conducted to determine if theft was indicated, however, RNH is not responsible for the reimbursement of these items.

Upon the reported loss of personal items, i.e. hearing aides, eyeglasses, personal clothing, dentures, Rutland Nursing Home will conduct an investigation. Reimbursement for these items will be dependent upon the result of the investigation.

_____
**Resident Signature**

_____
**Witness/Social Worker**

3/12/19
_____
**Date**

**KINGSBROOK JEWISH MEDICAL CENTER**

**RUTLAND NURSING HOME**

RNH    0370519        03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931

**DATE:**  3/12/2019

**TO:**  Jean Francisq   LTCM/WUBSHET, B.   M  CATHOLIC   TW   1013B

**RE:**    **RESIDENT PASS PRIVILEGES**    ACCNT#:   1643155

This is to confirm that you have received the following information regarding Rutland Nursing Home Pass Privileges:

1. Anytime that you leave your unit, you must notify the nursing staff that you are leaving and where you are going

2. If you wish to leave the facility grounds, you must obtain a 'Pass' from the Charge Nurse.

3. Prior to a 'Pass' being issued, the attending physician must authorize that you are eligible for a 'Pass'

4. When you receive the 'Pass' you must indicate where you are going, when you will be leaving and when you will return.  You must indicate the address and phone number where you can be reached during the 'Pass' period.

5. The 'Pass' must be given to the Security Guard located in the DMRI lobby.

6. When you return to the facility, you must report to the Security Guard and then return immediately to your unit so that the staff know you have returned to the facility.

7. The possession, distribution and/or consumption of alcohol and/or illegal substances are strictly forbidden at Rutland Nursing Home.

8. Failure to comply with these regulations will result in the denial of 'Pass privileges.

9.  Leaving the facility without an approved 'Pass' will be considered as "Leaving Against Medical Advice" and result in your immediate discharge form Rutland Nursing Home

10. I_____ release Rutland Nursing Home from all responsibilities, including my care and safety while I am Out On Pass.

Resident's Signature _____

Witnessed By: _____
            Social Worker



**KINGSBROOK**
JEWISH MEDICAL CENTER

# Rutland Nursing Home
## Interdisciplinary Resident and Family Education Record

Resident Identification

| **Barriers to Learning Identified** |
| --- |

☐ **NONE**  ☐Impaired Memory  ☐Culture  ☐Religion  ☐Language Barrier
☐Limited Cognition  ☐Limited Hearing  ☐Limited Vision  ☐Emotional Barrier  ☐Unable to Read
☐Other

**Learning Preference:** _____  **Ready to learn?**   Yes   No

| Legend | Learner | | Teaching Method | | Evaluation of Learning | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1. Resident | 4. Child(ren) | 1. Discussion | 4. Video | 1. Verbalized Understanding | |
| | 2. Spouse | 5. Sibling | 2. Demonstration | 5. Communication Board | 2. Return Demonstration | |
| | 3. Parent | 6. Other | 3. Handout | 6. Other | 3. Needs Reinforcement | |
| | | | | | 4. Unable to Teach | |

| Date/ Initials | TOPICS | Learner | Teaching Method | Evaluation of Learning | Comments |
| --- | --- | --- | --- | --- | --- |
| | **Disease Process/Condition/Medication** ☐MI ☐Pneumonia ☐ CHF ☐Post Op Care ☐DM ☐ CAD ☐ Medication _____ Other (Specify):_____ | | | | |
| | **Disease Process/Condition/Medication** ☐COPD ☐Pneumonia ☐Bronchitis ☐Asthma ☐Ventilator Support ☐ Medication _____ Other (Specify):_____ | | | | |
| | **Disease Process/Condition/Medication** ☐Angina ☐Hypertension ☐Stroke ☐Arrhythmia ☐GI Obstruction ☐ Medication _____ Other (Specify):_____ | | | | |
| | **Disease Process/Condition/Medication** ☐Acute Renal Failure ☐UTI ☐Chronic Renal Failure ☐Cellulitis ☐ Medication _____ Other (Specify):_____ | | | | |
| | **Disease Process/Condition/Medication** ☐Alzheimer's Disease ☐Dementia ☐Depression ☐ Medication _____ Other (Specify):_____ | | | | |

KJMC-IRFER  Rev. 11/09

| Date/ Initials | TOPICS | Learner | Teaching Method | Evaluation of Learning | Comments |
|---|---|---|---|---|---|
| | **Heart Failure Instructions**<br>❑ Weight monitoring ❑ Discharge Plan<br>❑ Activity ❑ Worsening Symptoms<br>❑Diet (see **Nutrition**) ❑ No Smoking | | | | |
| | ❑**Warfarin (Coumadin) Instructions**<br>●Indication      ●Follow-up monitoring<br>●Drug interactions  ●Adverse drug events<br>●Compliance     ●Diet (See Nutrition)<br>●Handout given | | | | |
| | ❑**Enoxaparin (Lovenox) Instructions**<br>●Indication     ●Follow-up<br>●Monitoring     ●Drug interactions<br>●Adverse drug events<br>●Handout given    ●Self-administration | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions ❑Precautions<br>❑Adverse Drug Events ❑Monitoring | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions ❑Precautions<br>❑Adverse Drug Events ❑Monitoring | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions ❑Precautions<br>❑Adverse Drug Events ❑Monitoring | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug interactions ❑Precautions<br>❑Adverse Drug Events ❑Monitoring | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions ❑Precautions<br>❑Adverse Drug Events ❑Monitoring | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions ❑Precautions<br>❑Adverse Drug Events ❑Monitoring | | | | |
| | **Pain**<br>❑Reporting    ❑Management<br>❑ Medication _____ | | | | |
| | **Activity**    ❑As Tolerated<br>❑Other:_____ | | | | |
| | **Smoking Cessation**<br>❑Policy ❑ Cessation<br>❑ NY State Quitline **1-866-697-8487**<br>❑ KJMC Clinic **718-604-5000 ext 5388** | | | | |
| | **Nutrition**  ❑Fluid Restricted to_____L/day<br>❑Carbohydrate Control ❑Renal ❑Low Sodium<br>❑Low Fat/Low Cholest. ❑Read Food Labels<br>❑Food/Drug Interactions ❑Warfarin (Coumadin)<br>❑Other:_____ | | | | |

| Date/ Initials | TOPICS | Learner | Teaching Method | Evaluation of Learning | Comments |
|---|---|---|---|---|---|
| | **Rehabilitation Medicine**<br>☐PT  ☐OT<br>☐Speech Therapy _____<br>☐Audiology   ☐Neuropsychology<br>☐Other:_____ | | | | |
| | **Social Work**<br>**1.  Discharge Alert**<br>☐LT Goal  ☐ST Goal<br>☐Home ☐ SNF ☐NH Hospice<br>☐Other:_____<br>**2.  Advance Directives**<br>☐DNR  ☐DNI ☐HCP ☐Living Will<br>**3.  OOP Policy**<br>☐Reviewed ☐Letter Given ☐NA | | | | |
| | **Resident Safety**<br>☐Fire Safety Education<br>☐Fall Prevention<br>☐Infection Control<br>   • Disposal of food products<br>   • Proper food storage<br>   • Hand washing protocol<br>☐Medication:_____ | | | | |
| | **Long Term Discharge Plan**<br>☐Specify:_____ | | | | |
| | **Financial** ☐Specify:_____ | | | | |
| | **Other** ☐Specify:_____ | | | | |
| | **Other** ☐Specify:_____ | | | | |
| | **Resident Responsibility**<br>☐Admission Package given to resident/family member<br>☐Closet key given with instruction | | | | |
| 3/7/ | **Wound Care** ☐Specify: _Lt Heel St 2,4_ | 1 | 1 | | _Res for mter made aware_ |
| | **Immunizations** ☐Specify:_____ | | | | |
| | **Tests/Procedures**<br>☐Specify:_____ | | | | |
| | **Tests/Procedures**<br>☐Specify:_____ | | | | |
| | **Community Service/Referrals**<br>☐Specify:_____ | | | | |
| | **Other Topic:** | | | | |
| | **Other Topic:** | | | | |

| Initials | Patient Educator (Print Name) | Signature | Department/Service |
|---|---|---|---|
| *[handwritten]* | *[handwritten]* M. Morales | *[handwritten]* M. Morales | *[handwritten]* nsg |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**RUTLAND NURSING HOME**
Baseline Care Plan Page 1
Admission Date: 3/6/19    Allergies: NKA    Code Status: _____ DNR _____

RNH    0370519    03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
--    M    CATHOLIC    TW    1013B
LTCM/WUBSHET, B.
ACCNT#: 1643155

**Initial Goals**
☐ Discharge to Community
☐ Remain in LTC
☒ STR
☐ Other: _____

**Resident Information**
Resident preferred name: Francoeur
Representative name and contact number: XYRMELE FRANOSQUE

**Cognition**
☐ Alert/cognitively intact
☒ Confused

**Elopement Risk**
☐ Intervention: _____

**Communication**
☒ Verbal (intermittent)
☐ Non Verbal
☐ Preferred language or method of communication: English/Creole

**Vision**
☐ Vision adequate
☐ Vision impaired: _____
☐ Appliance: _____

**Hearing**
☒ Hearing adequate
☐ Hearing impaired: _____
☐ Appliance: _____

**Communication, hearing or vision risk**
☒ Interventions: Refer to Speech

**Dietary Orders**
☐ Regular Diet
☐ Other: _____
☐ IV fluids: _____
☐ TPN/PPN: _____
☒ Tube fed: Jeveeen 1.2/...
Residents' dietary preferences

**Dietary risks**
☐ Risk for weight loss
☐ Risk for swallowing problems
☐ Risk for chewing problems
☒ Other: Has Lt heel DTI

**Resident's dietary goal**
☒ Maintain current weight
☐ Prevent weight loss
☐ ___ Heel PU

**Dietary interventions**
☐ Lunch in dining room
☐ Prefers to eat in room
☐ Dentures or partials
☐ Specialty devices: _____
☒ Other: Nae Proton 30mg BID

**Oral**
☐ Full upper  ☐ full lower
☐ Partial upper  ☐ Partial lower

**Therapy Services**
☒ PT: _____
☒ OT: _____
☒ SLP: speech/evaluation evaluation recommended 3-04 weeks
☐ Restorative
☐ Program(s): _____

Residents' functional goals
☒ Maintain current functional status
☐ Improvement

Decline:
_____

Functional interventions

**Safety**
☐ History of falls: _____
☐ History of fall-related injury: _____

**Social Services**
☐ Mental health needs: none

☐ Behavior concerns: _____

☐ PASARR level II recommendation*

☐ Depression screening: none

Able to recognize need for placement in nursing home:

Resident psychosocial/psychosocial interventions

☐ Behavior interventions
☐ _____
☐ _____
☐ _____

*A resident admitted with mental illness or intellectual disability requires level 2 screening

# RUTLAND NURSING HOME
## Baseline Care Plan Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Bed Mobility** | ☐ Independent ☑ Assist of 2 | ☐ Setup ☐ Total dependence | ☐ Assist of 1 ☐ N/A | **Locomotion** | ☐ Independent ☐ Assist of 2 | ☐ Setup ☑ Total dependence | ☑ Assist of 1 ☐ N/A |
| **Transfer** | ☐ Independent ☑ Assist of 2 | ☐ Setup ☑ Total dependence | ☐ Assist of 1 ☐ N/A | **Eating** | ☐ Independent ☐ Assist of 2 | ☐ Setup ☑ Total dependence | ☑ Assist of 1 ☐ N/A |
| **Walking** | ☐ Independent ☐ Assist of 2 | ☑ Setup ☑ Total dependence | ☐ Assist of 1 ☐ N/A | **Personal Hygiene** | ☐ Independent ☐ Assist of 2 | ☐ Setup ☑ Total dependence | ☑ Assist of 1 ☐ N/A |
| **Toileting** | ☑ Independent ☑ Assist of 2 | ☐ Setup ☐ Total dependence | ☐ Assist of 1 ☐ N/A | **Bathing** | ☐ Independent ☐ Assist of 2 | ☐ Setup ☑ Total dependence | ☑ Assist of 1 ☐ N/A |

**Equipment**
☑ Wheelchair ☐ cane/ walker type _____   ☐ Sit to stand
☐ Side rails for enabler L or R ☑ Hydraulic Lift ☐
☐                ☐              ☐

**Comments (assistive devices) ( Mittens and reason):**

☐ Ventilator ☐ Tracheostomy _SUCH___   ☐ Suction ☐ CPAP ☐ Bipap
☑ Oxygen Type _SL/Via____ *CATH*   ☐ Suctioning

☐ IV Medications:
Type/ location/ dressing
change: _____
_____
_____

☐ Isolation: _____
☐ Dialysis
☐ Radiation
☐ Chemotherapy
☐ Other
☐ other

**Treatments:**

**Bowel**
☐ Continent
☑ Incontinent
☐ Appliance

**Bladder**
☐ Continent *has plug* *CATH*
☑ Incontinent
☐ Appliance

**Bowel and bladder risk**
☐ Risk for incontinence
**Bowel and bladder goal**
☐
☐ toilet _____ schedule

**Skin**
☐ Intact
☑ Pressure ulcers: Explain
_Lt Heel DTi_

☐ Skin break risk
☑ Resident's skin integrity goal _To maintain skin integrity_

☑ Turn and position ☑ Specialty mattress ☐ Cushions

**RUTLAND NURSING HOME**
**Baseline Care Plan Page 3**

```
RNH    0370519    03/06/19
FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
                        M  CATHOLIC      TW    1013B
LTCM/WUBSHET, B.

ACCNT#:    1643155
```

☐ Current medications list and reason

☐ _____  ☐ _____
☐ _____  ☐ _____
☐ _____  ☐ _____
☐ _____  ☐ _____
☐ _____

☐ Insulin Blood glucose checks _____
☐ Anticoagulant ☐ Lab monitoring s/s of bleeding
☐ Antibiotics & reason _____
☐ Psychotropic & Reason _____
  ☐ Side effects _____
  ☐ Pain reason _____

Risk _____
☐ Intervention _____

☐ Risk _____
☐ Intervention _____

Resident's life history prior to nursing home _Resident lived alone_
Resident's daily routine and preferences _Resident enjoys reading_
Resident's cultural/ethnic/religious preferences _Catholic_

**Discharge Plans**

☑ Not occurring at present
☐ Resident to return to _____
☐ Equipment needed _____   ☐ Caregiver

☐ Resident or caregiver education needed for discharge:

Barriers to resident's discharge
☐ _____
☐ _____

☐ Hospice information

Outside coordination                Other: _____
☐ Dialysis
☐ Meal preparations
☐ Home care   ☐ N/A

Signatures of Interdisciplinary team members Contributing to Baseline Care Plan

Nursing: _____    Recreation: _____    Speech: _____

Social Work: _____    Physical Therapy: _____    Other: _____

Dietary: _____    Occupational Therapy: _____    Other: _____

RUTLAND NURSING HOME
Baseline Care Plan Page 4

## Written Summary of Baseline Care Plan

| | |
|---|---|

### Completion Dates

Admission date: _____

Nurse: _____ RN

Baseline care plan completion date: _____

Resident signature: _____

Date reviewed with resident/representative: _____

Representative signature: _____

### Update to Baseline Care Plan

Date: _____ Signature: _____

Date: _____ Signature: _____

Date: _____ Signature: _____

Date: _____ Signature: _____

Date: _____ Signature: _____

Date reviewed with resident/representative: _____ Resident/Representative signature: _____

☐ Baseline care plan discontinued due to completion of comprehensive care plan Signature: _____ Date: _____

BS AUGUST 2018

**RUTLAND NURSING HOME**
**Baseline Care Plan Page 4**

RNH      0370519      03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931

LTCM/WUBSHET, B.

M  CATHOLIC      TW    1013B

ACCNT#:   1643155

## Written Summary of Baseline Care Plan

1) To have a discussion about overuse x1 person responding minimally to verbal stimuli, is confused, is alert, has altered thought process clear, staying clear after yelling, urine PEG in place. Urine in feeds. At risk for aspiration. Abnormal dysphagia. This is a psychiatric dysphagia consult to DTs & prevent abuse provided with pro-needs to poss history. Need to & comming after therapy care plan & in place. Desired : discomfort with machine monitor

| Completion Dates | | |
|---|---|---|
| Baseline care plan completion date: 3/6/19 | Date reviewed with resident/representative: 3/6/19 | |
| Resident signature: | Representative signature: X CARMETTE FRANCISQUE | |

Admission date: 3/6/19

Nurse: _____ RN

### Update to Baseline Care Plan

Date: _____   Signature: _____

Date: _____   Signature: _____

Date: _____   Signature: _____

Date: _____   Signature: _____

Date: _____   Signature: _____

Date reviewed with resident/representative: _____   Resident/Representative signature: _____

☐ Baseline care plan discontinued due to completion of comprehensive care plan Signature: _____   Date: _____

**RUTLAND NURSING HOME**
**Baseline Care Plan Page 3**

☑ Current medications list and reason

| | |
|---|---|
| Aspirin Stroke | ☐ |
| insulin DM | ☐ |
| Metropol HTN | ☐ |
| Remeron depression | ☐ |
| | ☐ |

☑ Insulin Blood glucose checks
☑ Anticoagulant ☐ Lab monitoring s/s of bleeding _Aspirin SC_
☐ Antibiotics & reason _____
☐ Psychotropic & Reason _____
☐ Side effects _____
☐ Pain reason _____

**Discharge Plans**

☑ Not occurring at present
☐ Resident to return to _____
☐ Equipment needed _____   ☐ Caregiver

☐ Resident or caregiver education needed for discharge: _____

Outside coordination
☐ Dialysis
☐ Meal preparations
☐ Home care

**Other conditions:**

☐
☐ Risk _____
☐ Intervention _____

☐
☐ Risk _____
☐ Intervention _____

Resident's life history prior to nursing home _____
Resident's daily routine and preferences _____

Resident's cultural/ethnic/religious preferences _____

**Barriers to resident's discharge**

☐ _____
☐ _____

☐ Hospice information _____

Other: _____

**Signatures of Interdisciplinary team members Contributing to Baseline Care Plan**

_Glenn NUS IYc -_
_Margareta PT_
_____



**KINGSBROOK**
JEWISH MEDICAL CENTER

3/2019

FRANCISQUE ,JEAN
FRANCISQUE ,GLADYS
917-325-1931
09/16/1947  M  CATHOLIC     TW    1013B
LTCM/WUBSHET, B.

ACCNT#:   1643155

Resident Identification

## Rutland Nursing Home
## Interdisciplinary Resident and Family
## Education Record

### Barriers to Learning Identified

☐ **NONE**            ☐Impaired Memory   ☐Culture       ☐Religion          ☐Language Barrier
☐Limited Cognition    ☐Limited Hearing   ☐Limited Vision ☐Emotional Barrier ☐Unable to Read
                                          ☐Other

**Learning Preference:** _____   **Ready to learn?**   Yes   No

| Legend | Learner | | Teaching Method | | Evaluation of Learning |
|---|---|---|---|---|---|
| | 1. Resident  4. Child(ren)<br>2. Spouse  5. Sibling<br>3. Parent  6. Other | | 1. Discussion  4. Video<br>2. Demonstration  5. Communication Board<br>3. Handout  6. Other | | 1. Verbalized Understanding<br>2. Return Demonstration<br>3. Needs Reinforcement<br>4. Unable to Teach |

| Date/Initials | TOPICS | Learner | Teaching Method | Evaluation of Learning | Comments |
|---|---|---|---|---|---|
| | **Disease Process/Condition/Medication**<br>☐MI ☐Pneumonia ☐ CHF<br>☐Post Op Care ☐DM ☐ CAD<br>☐ Medication _____<br>Other (Specify):_____ | | | | |
| | **Disease Process/Condition/Medication**<br>☐COPD ☐Pneumonia ☐Bronchitis<br>☐Asthma ☐Ventilator Support<br>☐ Medication _____<br>Other (Specify):_____ | | | | |
| | **Disease Process/Condition/Medication**<br>☐Angina ☐Hypertension ☐Stroke<br>☐Arrhythmia ☐GI Obstruction<br>☐ Medication _____<br>Other (Specify):_____ | | | | |
| | **Disease Process/Condition/Medication**<br>☐Acute Renal Failure ☐UTI<br>☐Chronic Renal Failure ☐Cellulitis<br>☐ Medication _____<br>Other (Specify):_____ | | | | |
| | **Disease Process/Condition/Medication**<br>☐Alzheimer's Disease ☐Dementia<br>☐Depression<br>☐ Medication _____<br>Other (Specify):_____ | | | | |

KJMC-IRFER  Rev. 11/09

| Date/ Initials | TOPICS | Learner | Teaching Method | Evaluation of Learning | Comments |
|---|---|---|---|---|---|
| | **Heart Failure Instructions**<br>❑ Weight monitoring ❑ Discharge Plan<br>❑ Activity ❑ Worsening Symptoms<br>❑Diet (see Nutrition) ❑ No Smoking | | | | |
| | ❑**Warfarin (Coumadin) Instructions**<br>●Indication        ●Follow-up monitoring<br>●Drug interactions   ●Adverse drug events<br>●Compliance       ●Diet (See Nutrition)<br>●Handout given | | | | |
| | ❑**Enoxaparin (Lovenox) Instructions**<br>●Indication        ●Follow-up<br>●Monitoring       ●Drug interactions<br>●Adverse drug events<br>●Handout given     ●Self-administration | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions  ❑Precautions<br>❑Adverse Drug Events  ❑Monitoring | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions  ❑Precautions<br>❑Adverse Drug Events  ❑Monitoring, | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions  ❑Precautions<br>❑Adverse Drug Events  ❑Monitoring | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions  ❑Precautions<br>❑Adverse Drug Events  ❑Monitoring | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions  ❑Precautions<br>❑Adverse Drug Events  ❑Monitoring | | | | |
| | **Medication**  Specify:_____<br>❑Dose ❑Frequency ❑Route<br>❑Drug Interactions  ❑Precautions<br>❑Adverse Drug Events  ❑Monitoring | | | | |
| | **Pain**<br>❑Reporting    ❑Management<br>❑ Medication _____ | | | | |
| | **Activity**_____ ❑As Tolerated<br>❑Other:_____ | | | | |
| | **Smoking Cessation**<br>❑Policy ❑ Cessation<br>❑ NY State Quitline 1-866-697-8487<br>❑ KJMC Clinic 718-604-5000 ext 5388 | | | | |
| 3/9/15 | **Nutrition**  ❑Fluid Restricted to_____L/day<br>❑Carbohydrate Control ❑Renal ❑Low Sodium<br>❑Low Fat/Low Cholest. ❑Read Food Labels<br>❑Food/Drug Interactions ❑Warfarin (Coumadin)<br>❑Other:____ CHF / Lt heel DTI | I | I | 4 | |

| Date/ Initials | TOPICS | Learner | Teaching Method | Evaluation of Learning | Comments |
|---|---|---|---|---|---|
| | **Rehabilitation Medicine**<br>❑PT  ❑OT<br>❑Speech Therapy _____<br>❑Audiology  ❑Neuropsychology<br>❑Other:_____ | | | | |
| | **Social Work**<br>**1.   Discharge Alert**<br>❑LT Goal  ❑ST Goal<br>❑Home ❑ SNF ❑NH Hospice<br>❑Other:_____<br>**2.   Advance Directives**<br>❑DNR  ❑DNI ❑HCP ❑Living Will<br>**3.   OOP Policy**<br>❑Reviewed ❑Letter Given ❑NA | | | | |
| | **Resident Safety**<br>❑Fire Safety Education<br>❑Fall Prevention<br>❑Infection Control<br>  • Disposal of food products<br>  • Proper food storage<br>  • Hand washing protocol<br>❑Medication:_____ | | | | |
| | **Long Term Discharge Plan**<br>❑Specify:_____ | | | | |
| | **Financial** ❑Specify:_____ | | | | |
| | **Other** ❑Specify:_____ | | | | |
| | **Other** ❑Specify:_____ | | | | |
| | **Resident Responsibility**<br>❑Admission Package given to resident/family member<br>❑Closet key given with instruction | | | | |
| | **Wound Care** ❑Specify:_____ | | | | |
| | **Immunizations** ❑Specify:_____ | | | | |
| | **Tests/Procedures**<br>❑Specify:_____ | | | | |
| | **Tests/Procedures**<br>❑Specify:_____ | | | | |
| | **Community Service/Referrals**<br>❑Specify:_____ | | | | |
| | **Other Topic:** | | | | |
| | **Other Topic:** | | | | |

| Initials | Patient Educator (Print Name) | Signature | Department/Service |
|---|---|---|---|
| M A | Milena Aguiar | _(signature)_ | FNS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# KINGSBROOK
### JEWISH MEDICAL CENTER
#### www.kingsbrook.org

## Rutland Nursing Home

## Fall/Function Risk Evaluation

RNH    0370519         03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931

LTCM/WUBSHET, B.    M  CATHOLIC    TW    1013B

ACCNT#:    1643155

Complete on admission quarterly, when there is a change in resident status.

**Write each score on the column dates as corresponding risk factors are identified.**

| Risk Factors | | Score | Dates of Risk Evaluation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3/6/19 | | | | | | | | |
| Age 65 years or older | | 2 | 2 | | | | | | | | |
| History of falls (6 months to 1 year) | ★ | 15 | | | | | | | | | |
| Unsteady Gait/Balance Problem | ★ | 15 | 15 | | | | | | | | |
| Vertigo | | 3 | | | | | | | | | |
| Osteoporosis | | 2 | | | | | | | | | |
| Seizure Disorders | | 3 | | | | | | | | | |
| Weakness/Multiple Myeloma | ★ | 2 | 2 | | | | | | | | |
| Degenerative Joint Disease | | 2 | | | | | | | | | |
| Paresis/Paralysis | ★ | 3 | | | | | | | | | |
| Hearing Impairment | | 2 | | | | | | | | | |
| Sight Impairment | | 3 | | | | | | | | | |
| Impaired Mental Status/Confused/Disoriented | | 15 | 15 | | | | | | | | |
| Drugs that have a diuretic effect | | 3 | | | | | | | | | |
| Drugs that suppress thought processes and create a hypotensive effect i.e.: narcotics, sedatives, hypnotics, tranquilizers, antidepressants, antihypertensives. | | 6 (1 med) 7 (2 meds) 8 (3 meds) 9 (4 meds) | 1 | | | | | | | | |
| Drugs that increase GI motility i.e.: laxatives | | 3 | | | | | | | | | |
| Amputee   Single above knee | ★ | 7 | | | | | | | | | |
| Single below knee | ★ | 4 | | | | | | | | | |
| Double above knee | ★ | 9 | | | | | | | | | |
| Double below knee | ★ | 7 | | | | | | | | | |
| Assistive Device    Wheelchair | | 4 | 4 | | | | | | | | |
| Crutches | | 4 | | | | | | | | | |
| Cane | | 4 | | | | | | | | | |
| Walker | | 4 | | | | | | | | | |
| Other | | 4 | | | | | | | | | |
| Impaired ADL | | 4 | 4 | | | | | | | | |
| **Total Score** Write sum of scores in the boxes **Nurse Initials** | | | 43 | | | | | | | | |

Implement Fall Prevention Protocol (see back of form) for a score greater than 4
Responses with ★ require discussion for Rehab referral with MD documented in the PROGRESS notes.

| Printed Name/Title | Signature | Initials |
|---|---|---|
| Leslie Joseph RN | Joseph RN | JR |
| | | |

## KINGSBROOK JEWISH MEDICAL CENTER
### RUTLAND NURSING HOME

### STANDARD OF CARE - FALLS

**STATEMENT:**   All residents admitted to Rutland Nursing Home will be assessed within 24 hours for risk for falls.  They will also be evaluated quarterly, when there is a significant change in resident's condition, in order to prevent/reduce falls and injuries.

Add **APPROPRIATE** interventions to the resident's care plan:

- ☐ Resident to be evaluated by PT/OT post falls.

- ☐ Evaluate the resident's level of cognition.

- ☐ Orient resident to environment on admission and as necessary.

- ☐ Resident will wear comfortable and appropriate footwear; recommended use of non-skid slippers or shoes when ambulating.

- ☐ Inspect resident's feet daily for presence of ulcers/callouses

- ☐ Keep resident's bed at lowest position.

- ☐ Place call light within easy reach of resident.

- ☐ Keep personal belongings within easy reach of resident.

- ☐ Determine level of ADL care required and provide appropriate care.

- ☐ Toilet resident every two hours if the resident has the ability to be toileted.

- ☐ MD to review for psychotropic medications, diuretics, anti-hypertensive medications and adjust dosage appropriately to meet resident's needs.

- ☐ Encourage resident to use call light and ask for assistance.

- ☐ Anticipate resident's needs.

- ☐ Instruct resident to use handrails in bathrooms, showers, hallways.

- ☐ Assist resident with transfer when indicated.

- ☐ Teach resident safe transfer techniques.

- ☐ Ensure resident has a yellow dot on ID bracelet indicating high risk for falls.

# RUTLAND NURSING HOME

## Comprehensive Care Plan
## Attendance Form

RNH   0370519      03/06/19
FRANCISQUE , JEAN
FRANCISQUE , GLADYS
917-325-1931
                                    M   CATHOLIC      TW    1013B
Date: LTCM/WUBSHET, B.
ACCNT#:     1643155

| ATTENDEES | Date: 3/21/19 | Date: | Date: |
|---|---|---|---|
| | **Reason for CCP**<br>☑ Initial   ☐ RE: Admission<br>☐ Medicare   ☐ Significant Change<br>☐ Annual   ☐ Quarterly<br>☐ Health Care Proxy<br>☐ DNR   ☐ Other<br>☐ Living Will<br>☐ Modification Self Administration | **Reason for CCP**<br>☐ Initial   ☐ RE: Admission<br>☐ Medicare   ☐ Significant Change<br>☐ Annual   ☐ Quarterly<br>☐ Health Care Proxy<br>☐ DNR   ☐ Other<br>☐ Living Will<br>☐ Modification Self Administration | **Reason for CCP**<br>☐ Initial   ☐ RE: Admission<br>☐ Medicare   ☐ Significant Change<br>☐ Annual   ☐ Quarterly<br>☐ Health Care Proxy<br>☐ DNR   ☐ Other<br>☐ Living Will<br>☐ Modification Self Administration |
| | **SIGNATURES** | **SIGNATURES** | **SIGNATURES** |
| RESIDENT | | | |
| FAMILY / RESIDENT REP | Francisque, Katia F. | | |
| NURSING:   RN / LPN | A.M.Yoha | | |
| CNA | | | |
| SOCIAL WORKER | Gerald Wain | | |
| FOOD & NUTRITION | | | |
| RECREATIONAL THERAPY | | | |
| REHAB (PT/OT) | | | |
| SPEECH THERAPY | | | |
| PHYSICIAN / NP | | | |
| OTHER | Wubshet B. MD MPH armw | | |
| CCP REVIEWED AND APPROVED BY PHYSICIAN | PHYSICIAN'S SIGNATURE & DATE | PHYSICIAN'S SIGNATURE & DATE | PHYSICIAN'S SIGNATURE & DATE |
| CCP REVIEWED WITH RESIDENT FAMILY OR RESIDENT REPRESENTATIVE | NAME OF FAMILY / RESIDENT REP. | NAME OF FAMILY / RESIDENT REP. | NAME OF FAMILY / RESIDENT REP. |
| | SOCIAL WORKER SIGNATURE & DATE | SOCIAL WORKER SIGNATURE & DATE | SOCIAL WORKER SIGNATURE & DATE |

jmf- SS / (UPDATED) AUGUST 2012

| Care Plan | Implemented | Resolved |
|---|---|---|
| (1.) Falls/Injury | | |
| 2. Physical Restraint Use | | |
| (3.) Psychotropic Drug Use | | |
| (4.) Pain | | |
| 5. Sleep Pattern Altered | | |
| 6. Non-Compliance | | |
| 7. Maintaining Wellness/Independence | | |
| 8. Knowledge Deficit | | |
| (9.) Discharge Planning | | |
| 10. Below Ideal Body Weight/Weight Loss | | |
| 11. Above Ideal Body Weight/Weight Gain | | |
| 12. Tube Feeding | | |
| 13. Therapeutic Diet | | |
| 14. Diabetes Mellitus | | |
| 15. Fluid Volume (Excess-Deficit) | | |
| (16.) Impaired Skin Integrity | | |
| (17.) Impaired Oral/Dental Condition | | |
| (18.) Infection | | |
| (19.) Bowel/Bladder Incontinence | | |
| 20. Impaired Bowel/Bladder Elimination (Ostomy - Indwelling Urinary Catheter) | | |
| 21. Diarrhea | | |
| 22. Constipation | | |
| (23.) Self Care Deficit-Total | | |
| 24. Self Care Deficit-Feeding | | |
| 25. Self Care Deficit-Bathing/Hygiene | | |
| 26. Self Care Deficit-Dressing/Grooming | | |
| 27. Self Care Deficit-Toileting | | |

| Care Plan | Implemented | Resolved |
|---|---|---|
| 28. Self Care Deficit-Locomotion/Transfer | | |
| 29. Ineffective Breathing/Airway Clearance | | |
| 30. Decreased/Increased Cardiac Output | | |
| 31. Altered Tissue Perfusion | | |
| (32.) Sensory-Perceptual Alteration-Visual | | |
| 33. Sensory- Perceptual Alteration-Auditory | | |
| 34. Dementia-Cognitive Loss | | |
| 35. Delirium-Confusional State | | |
| 36. Impaired Communication | | |
| 37. Impaired Social Interaction and/or Social Isolation | | |
| 38. Impaired Adjustment | | |
| 39. Problem Behavior | | |
| 40. Altered Feelings/Mood State | | |
| 41. Dysfunctional Family Coping/Interaction | | |

Page 1

## RESIDENT PROBLEM

**DIABETES MELLITUS**
ACTUAL
POTENTIAL

**Elevated glucose levels and/or blood abnormal for the resident.**

Defining/s: Elevated glucose levels and/or blood abnormal for the resident.

Evidenced by: _____

Related to:
- Hormonal/glandular dysfunction
- Non-compliance w/th diet
- Overweight
- Other

Secondary to:
- Insulin dependent diabetes
- Non-insulin dependent diabetes

(2) Elevated blood glucose levels or Physical symptoms of hypoglycemia / hyperglycemia

## EXPECTED OUTCOME

Resident will:

1. Demonstrate a blood glucose level within normal limits for the resident (specify): _____

2. Be free of observable signs/symptoms of hypoglycemia/hyperglycemia

3. Maintain/achieve ideal body weight/usual weight of _____

4. Attain and maintain optimal nutritional status.

5. Achieve individual acceptance and compliance to diabetic diet.

6. Other _____

## OUTCOME EVALUATION

## INTERVENTIONS

1. Monitor blood glucose levels on a regular basis

2. Monitor weight regularly

3. Monitor for observable signs/symptoms of hypoglycemia/hyperglycemia

4. Monitor labs

5. Implement diet as ordered by MD

6. Provide regular podiatry care as ordered by MD

7. Provide hygiene/foot care on a regular basis

8. Administer medications as ordered by MD
   - Insulin
   - Oral hypoglycemic agents

9. Plan and implement nutrition/diet teaching program for resident/family/significant other.

10. Provide positive reinforcement for compliant behavior

11. Provide individual/family nutritional counseling

12. Develop individual diet plan to meet psycho/emotional needs to promote diet compliance

13. Coordinate with Activities and other disciplines regarding dietary functions

Name: _____
Room #: _____
Medical Record Number: _____
Initial Care Plan Date: 2/7/19

Page 2 of 2

**DIABETES MELLITUS**
☐ ACTUAL
☐ POTENTIAL

| RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | INTERVENTIONS | RESPONSIBILITIES |

Comprehensive Care Plan

Page 1 of 1

| RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | DATE Imp. | DATE DC |
| | | I | Dat | Y | N | DC | | MED | NSG | SW | TR | DT | SSH | OTH | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Definition:** A state in which resident receives some or all of fluids and/or nutrients via a tube to the gastrointestinal tract.<br><br>**Evidenced by:**<br>• Feeding tube present<br><br>**Related to:**<br>• Coma<br>• Cognitive impairment<br>• Impaired swallowing<br>• Esophageal pathology<br>• Severe anorexia<br>• Other ___<br><br>**Secondary to:**<br>• Medical diagnosis/problem<br>_____<br>_____<br>_____<br>_____<br>• CVA<br>• Trauma | **Resident will:**<br>1. Tolerate tube feeding.<br><br>2. Be free of signs/ symptoms of complications of tube feeding.<br><br>3. Maintain weight of ___<br><br>4. Gain weight of ___ pounds by next assessment.<br><br>5. Be successfully weaned from tube feeding.<br><br>6. Maintain skin integrity.<br><br>7. Be adequately hydrated as evidenced by normal lab values for the resident and signs and symptoms of adequate hydration.<br><br>8. Receive adequate nutrition via tube feeding.<br><br>9. Other ___ | 7 | 1/6 | | | | • Monitor weight regularly<br><br>• Monitor/report to MD signs/ symptoms of complications of tube feeding<br><br>• Administer tube feeding/fluid intake as ordered by MD<br><br>• Provide nasal/oral/stoma care as per nursing policy and procedure<br><br>• Elevate head of bed 30° - 45° during feeding<br><br>• Monitor I&O<br><br>• Refer to speech therapist for evaluation of swallowing ability and implement recommendations as indicated by MD<br><br>• Plan and implement a program for weaning resident from the tube feeding<br><br>• Provide positive reinforcement and emotional support<br><br>• Coordinate dysphagia program<br><br>• Monitor p.o. tolerance/intake<br><br>• Adjust or change tube feeding formula<br><br>• Other ___ | √ | √ | √ | | √ | | | 3/7/1 | |
| | | 3 | 1/6 | | | | | | √ | | | √ | | | 7/6 | |
| | | 5 | 1/7 | | | | | √ | √ | | | | | | | |
| | | 8 | 1/7 | | | | | | √ | | | √ | | | | |
| | | | | | | | | | | | | √ | | | √ | |
| | | | | | | | | √ | √ | | | | | | | |

**TUBE FEEDING**<br>☑ ACTUAL<br>☐ POTENTIAL

Name: _____<br>Room #: _____<br>Medical Record Number: _____<br>Initial Care Plan Date: 3/7/19

#162

RUTLAND NURSING HOME
Comprehensive Care Plan

Page 1 of 2

| RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | | DATE INIT. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # | Date | Y | N | DC | | MED | HSO | SW | TR | DT | RSH | OTH | | | |
| **Definition:** Infrequent excretion of hard dry stools or inadequate bowel elimination. | **Resident will:** | 1 | 6/ | | | | • Monitor frequency/ consistency of stool | | ✓ | | | | | | | 3/7/14 | |
| | 1. Establish a regular pattern of bowel function. | | | | | | • Obtain GI consult | | | | | | | | | | |
| **Evidenced by:** | 2. Defecate without straining/discomfort. | 2 | 3/14 | | | | • Monitor for impaction | | ✓ | | | | | | | 3/7/14 | |
| • Urinary incontinence | 3. Other_____ | | | | | | • Manually disimpact as necessary | | | | | | | | | | |
| • Toileting plan | | | | | | | • Plan and implement a bowel training program specific to resident's needs | | | | | | | | | | |
| • Constipation | | | | | | | | | | | | | | | | | |
| • Enemas, irrigations used | | | | | | | | | | | | | | | | | |
| • Fecal impaction | | | | | | | | | | | | | | | | | |
| • Oozing of stool | | | | | | | | | | | | | | | | | |
| • Infrequent stools | | | | | | | • Plan and implement toileting schedule | | | | | | | | | | |
| • Hard/dry stool | | | | | | | | | | | | | | | | | |
| • Complains of rectal pressure | | | | | | | • Provide high fiber foods within diet ordered by MD | | ✓ | | ✓ | | | | | 3/7/14 | |
| • Need to strain on defecation | | | | | | | | | | | | | | | | | |
| • Poor appetite | | | | | | | • Encourage fluid intake *VLA GT* | | | | | | | | | | |
| • Nausea | | | | | | | | | | | | | | | | | |
| • Decreased bowel sounds | | | | | | | • Administer medications as ordered by MD | | | | | | | | | | |
| • Other | | | | | | | | | | | | | | | | | |
| | | | | | | | • Toilet immediately when requested | | | | | | | | | | |
| **Related to:** | | | | | | | | | | | | | | | | | |
| • Chemotherapy | | | | | | | • Provide privacy | | | | | | | | | | |
| • Immobility | | | | | | | | | | | | | | | | | |
| • Diet | | | | | | | • Administer local ointments/ lubricants to anus/rectum as ordered by MD | | | | | | | | | | |
| • Drugs | | | | | | | | | | | | | | | | | |
| • Poor fluid intake | | | | | | | | | | | | | | | | | |
| • Impaired neuro-muscular systems | | | | | | | • Utilize suppositories and/or digital stimulation | | | | | | | | | | |
| • Psychosocial status | | | | | | | • Administer enemas as ordered by MD | | ✓ | | | | | | | 3/7/14 | |
| • Aging | | | | | | | | | | | | | | | | | |
| • Other | | | | | | | • Encourage to be as active as possible given specific limitations | | ✓ | | | | | | | | |

PARTICIPATION
ACTUAL
POTENTIAL

Name: _Francona_____
Room #: _____
Medical Record Number: _3/7/19____
Initial Care Plan Date: _____

Page 2 of 2

CONSTIPATION
☐ ACTUAL
☐ POTENTIAL

| RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | DATE IMP. | DATE DC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | No | Date | Met Y | Met N | D/C | MED | NSG | SW | TR | OT | RSH | OTH | | |
| Secondary to: | | | | | | | • Initiate further medical diagnostic evaluation where indicated | | | | | | | | | |
| • Medical diagnosis/problem | | | | | | | • Other | | | | | | | | | |
| Ⓐ CVA Trauma | | | | | | | | | | | | | | | |

## Comprehensive Care Plan

Page 1 of 2

| RESIDENT PROBLEM | EXPECTED OUTCOME | INTERVENTIONS |
|---|---|---|
| **Definition:** A reduction/ increase in the amount of blood pumped by the heart resulting in altered cardiac function or an imbalance between oxygen uptake and carbon dioxide elimination in the lung. | **Resident will:** | • Provide medical management of underlying medical condition |
| | 1. Maintain and/or regain a normal respiratory rate. | • Monitor vital signs - frequency: _____ |
| | 2. Maintain and/or regain normal cardiac output. | • Monitor blood work regularly |
| **Evidenced by:** | 3. Have fewer episodes of shortness of breath. | • Assess $O_2$ needs regularly |
| • Arrhythmia | 4. Demonstrate a reduction in peripheral edema. | • Monitor I & O |
| • Tires noticeably | | |
| • Shortness of breath-dyspnea | 5. Other _____ | • Monitor weight - frequency: _____ |
| • Abnormal blood gas | | |
| • Confusion, restlessness | | • Order/provide $O_2$ |
| • Chest pain | | |
| • Activity intolerance | | • Order/provide humidification treatment |
| • Syncope - fainting | | |
| • Pulmonary edema | | • Order/provide medications |
| • Cold, clammy skin | | |
| • Oliguria, anuria | | • Position to encourage increased/ comfortable breathing (e.g. High-Fowlers) |
| • Jugular vein distention | | |
| • Bradycardia | | • Pace care to conserve energy |
| • Tachycardia | | |
| • Anxiety | | • Order/provide diet - (specify): _____ |
| • Other | | |
| | | • Elevate legs |
| **Related to:** | | |
| • Mechanical problems of heart | | |
| • Electrical problem of heart | | |
| • Pulmonary disorder | | |
| • Endocrine disorder | | |
| • Alveolar - capillary membrane changes | | |
| • Other | | |

DECREASED/INCREASED CARDIAC OUTPUT;
IMPAIRED GAS EXCHANGE
☑ ACTUAL
☐ POTENTIAL

Name: _____
Room #: _____
Medical Record Number: _____
Initial Care Plan Date: _____

20

DECREASED/INCREASED CARDIAC OUTPUT;
IMPAIRED GAS EXCHANGE
☐ ACTUAL
☐ POTENTIAL

Page 2 of 2

| ATE PLE- VED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | | RESPONSIBILITIES | | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No | Date | Y | N | DC | INTERVENTIONS | MED | MSG | SV | TR | DT | RSR | OTH | | |
| | Secondary to: | | | | | | | • Teach O₂ conservation techniques | | | | | | | | | |
| | • Medical diagnosis/problem | | | | | | | • Order/apply anti-emboli stockings | | | | | | | | 3/4/15 |
| | | | | | | | | ⊙ Provide mouth care – frequency: ___ | | ✓ | | | | | | |
| | | | | | | | | • Encourage to avoid smoking | | | | | | | | |
| | • COPD | | | | | | | • Provide respiratory treatment - | | | | | | | | |
| | • Aging process | | | | | | | (specify): ___ | | | | | | | | |
| | ☐ CHF | | | | | | | | | | | | | | | |
| | ☐ Hypertension | | | | | | | • Order/provide TX within limitations | | | | | | | | |
| | ☐ DM | | | | | | | | | | | | | | | |
| | ☐ Hypo/hyperthyroidism | | | | | | | • Other ___ | | | | | | | | |
| | ☐ Asthma | | | | | | | | | | | | | | | |
| | ☐ Other CVA | | | | | | | | | | | | | | | |

Comprehensive Care Plan

Page 1 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | DATE INIT. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Re | Date | Y | N | DC | | MED | NSG | SW | TR | DT | REH | OTH | | |
| 3/1/19 | **Definition:** Presence of skin breakdown or at high risk for skin breakdown.<br><br>**Evidenced by:**<br>○ Stasis ulcer  SOTI<br>○ Pressure ulcer L buttock<br>Stage: II<br>• History of pressure ulcers<br>• Abrasions/bruises<br>• Burns<br>• Surgical wounds<br>• Lacerations<br>• Open lesions<br>• Tracheostomy<br>• Preventive/protective skin care<br>○ Turning and positioning program<br>○ Pressure relief devices in use<br>• Skin tear<br>• Gangrene<br><br>**High Risk/Related to:**<br>• Joint pain<br>• Pain<br>• Radiation therapy<br>• Coma<br>• Amputation<br>• Bedfast<br>• Hemiplegia/hemiparesis<br>• Quadriplegia<br>○ Lack of voluntary movement<br>○ Feeding tube<br>• Skin desensitized to pain/pressure, discomfort<br>• Edema<br>○ Incontinence of bowels<br>○ Incontinence of urine<br>• Decline in ADL<br>○ External urinary catheter<br>○ Indwelling urinary catheter | **Resident will:**<br>① Demonstrate healing/healed lesion.<br>2. Maintain intact skin integrity.<br>③ Be free of infection.<br>4. Avoid prolonged pressure to skin.<br>5. Demonstrate weight shifting.<br>6. Verbalize knowledge of interventions that minimize pressure/skin breakdowns.<br>7. Demonstrate good skin care technique.<br>8. Other _____ | 1<br><br>3 | 1/19<br><br>1/19 | | | | • Assess skin every shift<br><br>• Assess risk factors on an ongoing basis<br><br>• Monitor lab values - report/treat abnormalities<br><br>○ Provide individualized pressure relief intervention as per Skin Integrity Protocol<br><br>• Release restraints every two hours and provide activity as per order<br><br>○ Turn and position every two hours and as required<br><br>• Protect bony prominences<br><br>• Elevate legs<br><br>○ Implement ROM as per PT/OT/nursing orders<br><br>○ Provide diet as ordered<br><br>• Assist with feeding as needed<br><br>○ Provide adequate calories and protein<br><br>• Vitamin C supplement | ✓<br><br>✓<br><br>✓<br><br>✓<br><br><br>✓<br><br><br><br>✓<br><br>✓<br><br> | | | | | | | 3/1<br><br>1/19<br><br><br><br><br><br><br><br><br>3/1<br><br>1/19 | |

**IMPAIRED SKIN INTEGRITY**
☑ ACTUAL
☑ POTENTIAL

Name: _____
Round #: _____
Medical Record Number: _____
Initial Care Plan Date:  2/1/19

**16. IMPAIRED SKIN INTEGRITY**
☐ ACTUAL
☐ POTENTIAL

Page 2 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADV | | | | | MD | NSG | SW | TR | OT | SSW | OTH | | | |
| | | | N | Smt | Y | N | N | N | DC | | | | | | | | | | | |
| | **High Risk/Related to: (cont'd)** | | | | | | | | | • Zinc supplement | | | | | | | | | | |
| | • Intermittent urinary catheter | | | | | | | | | • Protein supplement | | | | | | | | | | |
| | • Ostomy | | | | | | | | | • Encourage fluid intake | | | | | | | | | | |
| | • Restraint use daily | | | | | | | | | • Provide skin care as per Skin Integrity Protocol | | | | | | | | | 3/7/ | |
| | • Difficulty-positioning due to spasticity/movement disorder/contractures/other | | | | | | | | | • Provide wound care as ordered by MD | | | | | | | | | MD | |
| | • Impaired cognition | | | | | | | | | • Administer topical/oral meds as ordered by MD and monitor response regularly | | | | | | | | | 3/7/9 | |
| | • Resist ADL | | | | | | | | | | | | | | | | | | | |
| | • Impaired hygiene | | | | | | | | | | | | | | | | | | | |
| | • Drug therapy | | | | | | | | | | | | | | | | | | | |
| | • Agitation | | | | | | | | | • Provide gentle support when turning/positioning/transferring | | | | | | | | | | |
| | • Fragile skin | | | | | | | | | | | | | | | | | | | |
| | • Behavior problem | | | | | | | | | • Provide care to stoma site | | | | | | | | | | |
| | • Debilitation | | | | | | | | | • Measure depth and circumference of the pressure ulcer at least weekly | | | | | | | | | 3/7/9 | |
| | • Terminal illness | | | | | | | | | | | | | | | | | | | |
| | • Shearing | | | | | | | | | • Document response to treatment on the Decubitus Record at least weekly | | | | | | | | | 3/7/ | |
| | • Nutritional impairment | | | | | | | | | | | | | | | | | | | |
| | • Movement disorder | | | | | | | | | • Observe for signs of necrosis, infection, healing and refer to physician for further interventions | | | | | | | | | 3/ | |
| | • Impaired circulation | | | | | | | | | | | | | | | | | | | |
| | • Other | | | | | | | | | • Debride wound surgically/debriding agent as ordered by MD | | | | | | | | | | |
| | | | | | | | | | | • Evaluate for plastic surgery intervention | | | | | | | | | | |
| | | | | | | | | | | • Other | | | | | | | | | 3/7 | |
| | | | | | | | | | | | | | | | | | | | /9 | |

Age 1 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ann# | | | | MED | NSG | SW | TR | OT | RSH | OM | | | |
| | | | M | Due | Y | N | DC | | | | | | | | | | | |
| 3/11/19 | **Definition:** Inability or impaired ability to communicate, due to problems with hearing, understanding, use of language or ability to articulate words or sounds. | **Resident will:** 1. Communicate needs to staff. | 1/6/19 | | | | | 1. Provide speech-language pathology/audiology services | ✓ | ✓ | | | | | | | 3/11/19 | |
| | | 2. Maintain present level of communication (specify): | 6/1/19 | | | | | • Evaluate speech/ communication problem | | | | | | | | | | |
| | **Evidenced by:** | 3. Demonstrate understanding of received message. | 2/11/19 | | | | | 2. Provide speech/hearing/ communication restorative/ maintenance rehabilitation therapy | ✓ | | ✓ | | | | | 3/11/19 | |
| | • Social isolation | 4. Use alternate means to communicate (specify): | | | | | | • Use augmentative communication (specify): ____ | | | | | | | | | 3/11/19 | |
| | • Hearing aid used | | | | | | | | | | | | | | | | | |
| | • Other receptive communication techniques used | 5. Speak/communicate more effectively (specify): | | | | | | 3. Recognize frustration provide support | | | | | | | | | | |
| | • Not understood by others | | | | | | | | | | | | | | | | | |
| | • Does not understand others | 6. Engage in social/verbal interaction. | | | | | | 4. Allow time to respond | | | | | | | | | | |
| | • Does not speak | 7. Have needs met. | | | | | | | | | | | | | | | | |
| | • Confusion – disorientation | 8. Maintain dignity and increase self esteem. | | | | | | 5. Achieve resident's attention prior to speaking/ communicating | | | | | | | | | | |
| | • Frustrated behavior | 9. Other ____ | | | | | | | | | | | | | | | | |
| | • Does not engage in social/verbal interaction | | | | | | | 6. Encourage resident to engage in social interaction/ recreational activities | ✓ | ✓ | ✓ | | | | | 3/11/19 | |
| | • Incoherent speech | | | | | | | | | | | | | | | | | |
| | • Writes messages | | | | | | | 7. Speak slowly/clearly using simple words/sentences | ✓ | ✓ | ✓ | ✓ | | | | 3/11/19 | |
| | • Signs, gestures, sounds | | | | | | | | | | | | | | | | 3/11/19 | |
| | • Uses devices to communicate | | | | | | | | | | | | | | | | | |
| | • Uses American sign language/Braille | | | | | | | 8. Support self-esteem | ✓ | ✓ | ✓ | ✓ | | | | 3/11/19 | |
| | • Limited/no participation in activity programs | | | | | | | | | | | | | | | | | |
| | • Other ____ | | | | | | | | | | | | | | | | | |
| | **Related to:** | | | | | | | | | | | | | | | | | |
| | • Ventilator dependent care | | | | | | | | | | | | | | | | | |
| | • Tracheostomy | | | | | | | | | | | | | | | | | |
| | • Coma | | | | | | | | | | | | | | | | | |
| | • Non-English speaking | | | | | | | | | | | | | | | | | |
| | • Impaired hearing | | | | | | | | | | | | | | | | | |
| | • Impaired decision making | | | | | | | | | | | | | | | | | |
| | • Chronic condition | | | | | | | | | | | | | | | | | |
| | • Acute condition | | | | | | | | | | | | | | | | | |
| | • Knowledge deficit | | | | | | | | | | | | | | | | | |

36.   **IMPAIRED COMMUNICATION**
☐ ACTUAL
☐ POTENTIAL

Name: _Francissue J_
Room #: _____
Medical Record Number: _____
Initial Care Plan Date: _3/2/19_

**36. IMPAIRED COMMUNICATION**
☐ ACTUAL
☐ POTENTIAL

Page 2 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No | Date | Y | N | Sig. | | | MD | NSG | SW | TR | DT | MSW | NGM | OTH | | |

**RESIDENT PROBLEM**

**Related to: (continued)**
- Medications
- Impaired speech production
- Activity intolerance
- Word finding problem
- Confusion - disorientation
- Other _____

**Secondary to:**
- Alzheimer's Disease
- Dementia
- Parkinson's Disease
- CVA
- Infection
- Depression
- Delirium
- Multiple Sclerosis
- ALS
- Head trauma
- Laryngectomy
- Cerebral palsy
- Medical diagnosis/problem

**INTERVENTIONS**
- Encourage to practice and incorporate adaptive techniques into daily communication
- Encourage family to support and be involved with resident
- Arrange for interpreter/alternate means for resident to communicate needs
- Other _____

Case 1:16-cv-03637-RML   Document 17-1   Filed 05/01/19   Page 117 of 146 PageID #: 186

**Comprehensive Care Plan**

**RESIDENT PROBLEM**

Definition: History of falls, or at risk for fall or injury.

Evidenced by:

- Fell in last 30 days
- Fell in last 31 to 180 days
- Hip or other fracture in last 90 days
- Presence of high risk factors
- Restraints
- Other ____

Related to:

- Use of visual appliances
- Impaired memory
- Impaired vision
- Wandering
- Delirium/dementia
- Reckless assistance with ADLs
- Admission/room change
- Relocation
- Pain
- Impaired balance
- Lack of voluntary movement
- Bedfast
- Hemiplegia/hemiparesis
- Quadriplegia
- Amputation
- Contractures
- Deterioration in ADL
- Dizziness/vertigo
- Joint pain
- Pain
- Psychotropic drug use
- Impaired decision making
- Impaired hearing
- Mood/withdrawal/ depression
- Incontinence
- Orthostatic hypotension
- Movement disorder

**EXPECTED OUTCOME**

Resident will:

1. Be free of falls/injury.
2. Minimize risks of falls/injury (personal environmental).
3. Other ____

**INTERVENTIONS**

- Provide for task segmentation
- Provide on-going assessment of risk factors
- Investigate cause of fall(s)
- Assess judgement/mental status and provide supervision in accordance with needs
- Assess frequency
- Encourage use of hearing aid/glasses
- Refer to rehab for OT/PT evaluation
- Provide/continue restorative/maintenance OT/PT program
- Teach safe ambulation/ transfer techniques
- Provide assistive devices
- Instruct and monitor use of assistive devices
- Teach actions that minimize hypotension when changing position
- Provide supervision/assistance in ambulation/transfer
- Implement side rails
- Order/apply/encourage use of proper foot wear

**#1 FALLS/INJURY**
☐ ACTUAL
☐ POTENTIAL

Name: _____
Room #: _____

Page 2 of 2

**I. FALLS/INJURY**
☐ ACTUAL
☐ POTENTIAL

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | | DATE COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**RESIDENT PROBLEM**

Related to: (continued)
- Problem behavior
- Other

Secondary to:
- Medical diagnosis/problem

**INTERVENTIONS**
- Teach actions that minimize hypotension when changing position
- Provide supervision/ assistance in ambulation/transfer
- Implement siderails
- Order/apply/encourage use of proper foot wear
- Obtain/implement/being evaluation
- Consider limitations when involved in activities (specify)
- Monitor medications and side effects of drugs. Observe for lethargy
- Provide counseling to the resident and/or family regarding safety issues
- Provide information so that family aware of risk factors
- Teach and/or reinforce the use of ambulatory care
- Encourage use of walker/canes
- Monitor walkers and equipment for safety
- Provide a calm environment and reduce the noise level
- Other:

# RUTLAND NURSING HOME

## COORDINATION OF RESIDENT CONCERNS

RESIDENT NAME: _____    UNIT: _____    RESIDENT DIAGNOSIS: _____

| DATE | PROBLEM # | CONCERN | SIGNATURE | DISCIPLINE |
|------|-----------|---------|-----------|------------|
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |

BS 5/2014

## Comprehensive Care Plan

Page 1 of 2

| DATE IDENTIFIED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ? | Res | Y | N | Ax? | D/C | | MED | NSG | SW | TR | DT | RCN | OTH | | |
| | **Definition:** Use of any medication that affects behavior, mood or thinking. | **Resident will:** | | | | | | | • Implement behavior management program | | | | | | | | | |
| | **Evidenced by:** | 1. Maximize functional potential and well-being while minimizing use of medication. | | | | | | | • Assess behavior pattern | | | | | | | | | |
| | • Psychotropic drug use | 2. Be free of accidents. | | | | | | | | | | | | | | | | |
| | **Side effects evidenced by:** | 3. Maintain current level of functioning. | | | | | | | • Assess resident response to medication | | | | | | | | | |
| | • Hypotension | 4. Have reduced drug induced side effects. | | | | | | | • Evaluate action of medication and interactions with other medications | | | | | | | | | |
| | • Dizziness/vertigo | 5. Eliminate use of medication. | | | | | | | | | | | | | | | | |
| | • Syncope | 6. Other | | | | | | | • Observe for any signs of decline in functional or cognitive status | | | | | | | | | |
| | • Gait disturbance | | | | | | | | | | | | | | | | | |
| | • Movement disorder | | | | | | | | • Assess postural vital signs and heart rhythm (BP and pulse when resident is lying down) Weekly Daily | | | | | | | | | |
| | • Poor balance | | | | | | | | | | | | | | | | | |
| | • Cognitive/behavioral impairment | | | | | | | | • Monitor for changes in behavior or mood | | | | | | | | | |
| | • Major differences in AM/PM performance | | | | | | | | | | | | | | | | | |
| | • Delirium | | | | | | | | • Observe for drug-induced side effects | | | | | | | | | |
| | • Withdrawal | | | | | | | | | | | | | | | | | |
| | • Hallucinations/delusions | | | | | | | | • Encourage verbalization of feelings | | | | | | | | | |
| | • Deterioration in cognition, communication, ADL, continence, mood and/or behavior | | | | | | | | | | | | | | | | | |
| | • Constipation/fecal impaction | | | | | | | | • Document behavior, effectiveness of medication and any side effects weekly | | | | | | | | | |
| | • Urinary retention | | | | | | | | | | | | | | | | | |
| | • Dry mouth/dehydration | | | | | | | | • Assess for progressive tendency for falls | | | | | | | | | |
| | • Other | | | | | | | | | | | | | | | | | |
| | **Related to:** | | | | | | | | | | | | | | | | | |
| | • Agitation | | | | | | | | | | | | | | | | | |
| | • Paranoid behavior | | | | | | | | | | | | | | | | | |
| | • Anxiety state | | | | | | | | | | | | | | | | | |
| | • Depression | | | | | | | | | | | | | | | | | |
| | • Behavior problems | | | | | | | | | | | | | | | | | |

**PSYCHOTROPIC DRUG USE**
☐ ACTUAL
☐ POTENTIAL

Name:
Room #:
Medical Record Number:
Initial Care Plan Date:

# RUTLAND NURSING HOME

## COORDINATION OF RESIDENT CONCERNS

RESIDENT NAME: _____   UNIT: _____   RESIDENT DIAGNOSIS: _____

| DATE | PROBLEM # | CONCERN | SIGNATURE | DISCIPLINE |
|------|-----------|---------|-----------|------------|
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |

BS 5/2014

.111 LAND NURSING HOME
Comprehensive Care Plan

Page 1 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | Dat | Y | N | BF | | | | MED | NSG | SW | TR | DT | REH* | UTH | | | |
| 3/7/ | **Definition:** Discomfort/pain all or part of the time. | **Resident will:** | | | | | | | | | • Observe facial expression for pain | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 3/7/ | |
| | **Evidenced by:** | 1. Verbalize/demonstrate through behavior that pain is tolerable. | I | | | | | | | | | | | | | | | | | |
| | • Verbalization | 2. Continue to participate in ADLs/Activities. | | | | | | | | | • Provide medical management of underlying cause of pain | ✓ | ✓ | | | | ✓ | | | |
| | • Protective positioning | | | | | | | | | | | | | | | | | | | |
| | • Non-verbal behaviors | 3. Utilize pain control measure as per OT/PT/Nursing (specify): | | | | | | | | | • Refer to rehabilitation for evaluation of pain | | ✓ | | | | | | | |
| | • Crying/moaning | | | | | | | | | | | | | | | | | | | |
| | Acute pain symptoms | | | | | | | | | | • Administer medications as ordered by MD | ✓ | ✓ | | | | | | | |
| | — altered vital signs | | | | | | | | | | | | | | | | | | | |
| | — nausea | 4. Self-medicate. | | | | | | | | | • Evaluate effectiveness of pain medication | ✓ | ✓ | | | | | | | |
| | — vomiting | | | | | | | | | | | | | | | | | | | |
| | — fear | 5. Other | | | | | | | | | • Position for comfort | | ✓ | | | | ✓ | | | |
| | • Other | | | | | | | | | | | | | | | | | | | |
| | **Related to:** | | | | | | | | | | • Listen to concerns and encourage verbalization | | | | | | | | | |
| | • Physical condition | | | | | | | | | | | | | | | | | | | |
| | • Psychological condition | | | | | | | | | | | | | | | | | | | |
| | • Pressure ulcer (specify stage): | | | | | | | | | | • Engage resident in activities/ recreation that do not exacerbate pain | | | | | | | | | |
| | • Abrasions/bruises | | | | | | | | | | | | | | | | | | | |
| | • Burns 2nd/3rd | | | | | | | | | | • Encourage participation in recreation/rehabilitation programs within limits of resident's tolerance | | | | | | | | | |
| | • Surgical wound | | | | | | | | | | | | | | | | | | | |
| | • Open lesions | | | | | | | | | | | | | | | | | | | |
| | • Malignancy | | | | | | | | | | • Provide/continue rehabilitation program for pain control | | | | | | | | | |
| | • Inappropriate physical activity | | | | | | | | | | | | | | | | | | | |
| | • Inappropriate positioning | | | | | | | | | | | | | | | | | | | |
| | • Chest pain | | | | | | | | | | | | | | | | | | | |
| | • Other | | | | | | | | | | | | | | | | | | | |
| | **Secondary to:** | | | | | | | | | | | | | | | | | | | |
| | • Medical diagnosis/problem | | | | | | | | | | | | | | | | | | | |

#4  PAIN
☐ ACTUAL
☐ POTENTIAL

Name:
Room #:

# RUTLAND NURSING HOME

## COORDINATION OF RESIDENT CONCERNS

RESIDENT NAME: _____   UNIT: _____   RESIDENT DIAGNOSIS: _____

| DATE | PROBLEM # | CONCERN | SIGNATURE | DISCIPLINE |
|------|-----------|---------|-----------|------------|
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |

BS 5/2014

Comprehensive Care Plan

Page 1 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | DATE REV. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Re | Date | Y | N | DC | | MDD | NSG | SW | TR | DT | MM | OTH | | |
| 3/1/19 | **Definition:** Impaired ability to control evacuation of urine and/or stool.<br><br>**Evidenced by:**<br>• Incontinent of bowel<br>• Incontinent of urine<br><br>**Related to:**<br>• Coma<br>• Cognitive impairment<br>• Sensory impairment<br>• Mobility impairment<br>• Impaired sphincter control<br>• Infection<br>• Drug therapy<br>• Other<br><br>**Secondary to:**<br>• Medical diagnosis/problem<br>_____<br>_____<br>CVA<br>Trauma | **Resident will:**<br>1. Establish a regular pattern of bowel function.<br>2. Achieve bladder continence.<br>3. Achieve bowel continence.<br>4. Demonstrate fewer episodes of incontinence.<br>5. Accept and use incontinent devices.<br>6. Participate in recreational programs on/off unit.<br>7. Maintain skin integrity.<br>8. Be clean and dry.<br>9. Follow a regular toileting routine.<br>10. Leave room for recreation/meals, etc.<br>11. Verbalize feelings/concerns.<br>12. Maintain dignity and self esteem.<br>13. Other. | | 4/1/19<br><br>3/7/19 | | | | • Assess and evaluate for underlying causes of incontinence<br><br>• Provide medical management of underlying medical condition<br><br>• Obtain Urology/GI consult as indicated<br><br>• Assess skin condition regularly<br><br>• Plan and implement a bowel and/or bladder rehabilitation program specific to resident's needs<br><br>• Apply incontinence pads/devices<br><br>• Plan and implement toileting schedule<br><br>• Plan and implement a diuretic/fluid intake schedule that supports continence<br><br>• Toilet resident immediately on request<br><br>• Plan and implement toileting routine that supports resident's attendance at activities<br><br>• Engage in activities near toilet facilities | | 1<br><br><br><br>1 | | | | | | 3/6/19<br>3/1/19<br><br>3/7/19 | |

9.

**BOWEL/BLADDER INCONTINENCE**
☐ ACTUAL
☐ POTENTIAL

Name: _____
Room #: _____
Medical Record Number: _____
Initial Care Plan Date: 3/7/19

**RUTLAND NURSING HOME**

**COORDINATION OF RESIDENT CONCERNS**

RESIDENT NAME: _____   UNIT: _____   RESIDENT DIAGNOSIS: _____

| DATE | PROBLEM # | CONCERN | SIGNATURE | DISCIPLINE |
|------|-----------|---------|-----------|------------|
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |
|      |           |         |           |            |

BS 5/2014

**RUTLAND NURSING HOME**
**Comprehensive Care Plan**

Page 1 of 2

| DATE IMPLE- MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | | | | DATE DEP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | DATE | Y | N | | MDD | SEC | PT | TR | ST | OT | SSN | OTH | | |
| 3/1/06 | **Definition:** At risk for, or has impairment of oral condition (soft tissue and/or teeth). **Evidenced by:** **Gum/Tissue:** • Chewing problem • Swallowing problem • Mouth pain • Mouth debris • Inflamed gums, gingiva, oral abscesses, swollen or bleeding gums or ulcers, rashes • Cracked/dry lips • Swollen tongue • Other _____ | **Resident will:** 1. Demonstrate an oral cavity that is clean/healing/healed. 2. Be free of or experience tolerable oral/dental pain/discomfort. 3. Maintain ideal body weight. 4. Demonstrate mouth care as per learning plan. 5. Be free of infection. 6. Other _____ | 1/2/06 | | | | • Daily and PRN cleaning of teeth/dentures | ✓ | | ✓ | | | | | | | | 3/1/06 |
| | | | 2/4 | | | | • Assess chewing/swallowing ability | ✓ | | | | ✓ | | | | | | |
| | | | 3/ | | | | • Assess risk factors on an ongoing basis | ✓ | | | | | | | | | | |
| | | | | | | | • Monitor weight regularly as ordered | ✓ | | ✓ | | | | | | | | |
| | **Teeth:** • Has dentures and/or removable bridge • Broken/loose/carious teeth • Some/all natural teeth lost; does not have or did not wear dentures/partial plates • Pain • Other _____ | | | | | | • Monitor food intake — On T.F. | ✓ | | | | | | | | | | |
| | | | | | | | • Provide dental service regarding assessment/treatment/follow-up of oral/dental condition | | | | | ✓ | | | | | | |
| | **Related to:** • Chemotherapy • Periodontal disease • Poor circulation • Impaired cognition • Resists mouth care • Medications • Dehydration • Other _____ | | | | | | • Implement diet as ordered by MD T.F. | ✓ | ✓ | | | | | | | | | |
| | | | | | | | • Provide mouth care every 2 hours | | | | | | | | | | | |
| | | | | | | | • Provide special mouth care as ordered by MD | | | | | | | | | | | |

17. **IMPAIRED ORAL/DENTAL CONDITION**
☐ ACTUAL
☐ POTENTIAL

Name: _____
Room #: _____
Medical Record Number: _____

Page 1 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A/V | | | | | MD | RDD | SW | TR | OT | RN | NSN | OTH | | | |
| | | | St | Date | Y | N | OC | | | | | | | | | | | | | |
| | **Definition:** Presently has an infection or is at risk for an infection. | **Resident will:** | | | | | | | • Provide medical management of underlying medical condition | | | | | | | | | | | |
| | | 1. Be free of infection | | | | | | | | | | | | | | | | | | |
| | **Evidenced by:** | 2. Have no signs or symptoms of infection | | | | | | | • Provide ongoing assessment of infectious process | | | | | | | | | | | |
| | • Urinary incontinence<br>• Fever<br>• Tissue injury<br>• Low hemoglobin<br>• Suppressed immunity | 3. Other _____ | | | | | | | • Implement/maintain isolation as ordered by MD<br>Type: _____ | | | | | | | | | | | |
| | • Leukopenia<br>• Elevated white blood cell count<br>• Other | | | | | | | | • Provide wound care as ordered by MD | | | | | | | | | | | |
| | **Related to:** | | | | | | | | • Provide diet as ordered by MD | | | | | | | | | | | |
| | • Indwelling urinary catheter<br>• External urinary catheter<br>• Intermittent urinary catheter<br>• Stasis ulcer<br>• Pressure ulcer<br>• Abrasions/bruises<br>• Burns | | | | | | | | • Administer medications as ordered by MD<br>  - antibiotics<br>  - vitamin C<br>  - other | | | | | | | | | | | |
| | • Surgical wound<br>• Cuts other than surgery<br>• Open lesions<br>• Respiratory infection<br>• Tracheostomy | | | | | | | | • Monitor vital signs frequently | | | | | | | | | | | |
| | • Suctioning<br>• Feeding tube<br>• Other | | | | | | | | • Monitor effect of treatment with follow-up diagnostic testing | | | | | | | | | | | |
| | _____ | | | | | | | | • Encourage p.o. fluid/caloric intake | | | | | | | | | | | |
| | | | | | | | | | • Monitor weight/fluid balance and/or intake as ordered | | | | | | | | | | | |

18.

**INFECTION**
☐ ACTUAL
☐ POTENTIAL

Name: _____
Room #: _____
Medical Record Number: _____
Initial Care Plan Date: _____

**RUTLAND NURSING HOME**
**Comprehensive Care Plan**

Page 1 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Ach'd | | | | MED | NSG | SW | TR | PT | RSH | OTH | | | | |
| | | | Re | Dis | Y | N | D/C | | | | | | | | | | | | | |
| 3/7/19 | **Definition:** Impaired, reduced or distorted perception of visual stimuli.<br><br>**Evidenced by:**<br>• Halos/ring around lights<br>• Flashes of light/curtain<br>• Side vision problems<br>• Use of visual appliances<br>• Decreased peripheral vision<br>• Blurred vision<br>• Difficulty moving about<br>• Changes/deterioration in sensation<br>• Behavioral/emotional response(s)<br>• Falls<br>• Inappropriate response - neglect of self<br>• Turning head to see better<br>• Other _____<br><br>**Related to:**<br>• Vision impairment/ blindness<br>• Impaired central/peripheral nervous system<br>• Other _____ | **Resident will:**<br><br>1. Recognize vision impairment and compensate within limits of ability.<br><br>2. Demonstrate adaption to decrease in vision.<br><br>3. Become independent in moving about facility.<br><br>4. Be injury free.<br><br>5. Verbalize/demonstrate an increase in emotional/ psychological comfort regarding perceptual limitations.<br><br>6. Use glasses as recommended by ophthalmologist or optometrist.<br><br>7. Other _____ | | 4/6/19<br>4/6/19 | | | | | • Provide ongoing assessment of vision impairment | √ | | √ | √ | √ | | √ | | 3/7 | |
| | | | | | | | | • Provide vision exams as necessary | √ | | √ | | | | √ | | 1/9 | |
| | | | | | | | | • Encourage to wear glasses | √ | √ | √ | √ | √ | | √ | | | |
| | | | | | | | | • Refer to vision services regarding assessment/ treatment/follow-up | √ | √ | √ | | | | | | | |
| | | | | | | | | • Assist/supervise ADLs | √ | | √ | √ | | | | | | |
| | | | | | | | | • Orient frequently to environment | √ | | | | | | | | | |
| | | | | | | | | • Monitor environment to support safety | | √ | √ | √ | √ | | √ | | | |
| | | | | | | | | • Provide emotional support and listen to verbalization of concerns | | | | | | | | | | |
| | | | | | | | | • Engage in recreational activities adapted to limitations | | | | | | | | | | |
| | | | | | | | | • Involve family in implementing plan | | | | | | | | | | |
| | | | | | | | | • Provide mobility instruction - room, halls, building, outdoors, etc. | | √ | √ | √ | √ | | √ | | 3/7 | |
| | | | | | | | | • Provide verbal announcements - Activity Programs / Meal Content/ Weather, etc. | | √ | √ | √ | | | √ | | 1/9 | |
| | | | | | | | | • Escort/assist to and from Activity Programs, Physician Consultations, Podiatric, etc. | | √ | | | | | √ | | 1/9 | |
| | | | | | | | | • Escort/assist to and from Dining Room(s), Day Room, etc. | | √ | | √ | | | √ | | | |
| | | | | | | | | • Instruct/assist in use of hand rails in facility | | | | | | | | | | |

32.  SENSORY - PERCEPTUAL ALTERATION - VISUAL
☑ ACTUAL
☐ POTENTIAL

Name: _____
Room #: 1023 B
Medical Record Number: _____

Compreh—— —ye Plan

| DATE IMP. | RESIDENT PROBLEM/NEED/ STRENGTH | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | INTERVENTIONS | Responsible Discipline | | | | | | | | | DATE IMP. | DATE D/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No. | Date | Achieved Y | Achieved N | D/C | | M | N | SW | TR | DT | R | OTHER | | |
| 3/9 | ☑ Resident / family expresses desire / need for spiritual support. | 1. Resident will participate in religious activities ___ x/ per week for next ___ days. | 5 | 6/9 | | | | Pastoral counseling | | | | | | | | 3/9 | |
| | | | 5 | 1/9 | | | | Religious services | | | | ✓ | | | | | |
| | ☐ Resident experiencing difficulty coping with changes in: | | | | | | | Individual counseling | | | | | | | | | |
| | ☐ Living arrangements (adjustment to institutionalization / de-institutional) or lifestyle ☐ Mental Status ☐ Physical | 2. Resident will participate in support group meetings ___ x/ per week for next ___ days. | | | | | | Couples counseling | | | | | | | | | |
| | | | | | | | | Group counseling | | | | | | | | | |
| | | | | | | | | Family counseling | | | | | | | | | |
| | | | | | | | | Religious readings | | | | | | | | | |
| | capacity | 3. Resident will demonstrate fewer episodes of problematic behavior (specify): ___ for next ___ days. | | | | | | Stress Management Group | | | | | | | | | |
| | | | | | | | | Education: stress management | | | | | | | | | |
| | ☐ Customary daily routine(s) ☐ Less ☐ Other (specify): | | | | | | | Education: relaxation techniques / exercises | | | ✓ | ✓ | ✓ | | | | |
| | | | | | | | | Staff / volunteer visits | | | | | | | | | |
| | | 4. Resident will report decrease in frequency of expressions of grief for next ___ days. | | | | | | Education: meditation | | | | | | | | | |
| | | | | | | | | Decorate room/space | | | | | | | | | |
| | ☐ Resident declines spiritual support activities. | 5. Resident will engage in 2-3 number of ___ activities per week for next ___ days. | | | | | | Recognize achievements | | | | | | | | | |
| | | | | | | | | Community activities | | | | | | | | | |
| | ☐ No information re: spirituality available at this time. | 6. Other: ___ | | | | | | Verbal / Music Stimulation | | | | | | | | | |

50. SPIRITUAL NEEDS

DO NOT REMOVE

Name: _____ Jean
Room #: _____ PTBB
Medical Record #: _____
Initial CCP Date: _____

1013B

TW

FRANCISQUE , JEAN
FRANCI... E , GLADYS
917-325-1931
CM/WUBSHET, B.
ACCNT#:   1643155
, 1  CATHOLIC

## RUTLAND NURSING HOME
## COMPREHENSIVE CARE PLAN
Page 1 of ?

**12. FEEDING TUBE**
Q ACTUAL
Q POTENTIAL

| DATE | RESIDENT CONCERN | EXPECTED OUTCOME THE RESIDENT WILL | NO. | TARGET DATE | INTERVENTIONS | RESP. DISC. | DA IMPL | DISC. | ENTER DATE, SIGNATURE, TITLE, AND OUTCOME |
|---|---|---|---|---|---|---|---|---|---|
| 3/9 2019 | **Definition:** A state in which resident receives some or all of fluids and/or nutrients via a tube in the gastrointestinal tract. | **Resident will:** 1. Tolerate tube feeding as ordered. | 1 | 6/19 | Monitor weight regularly __ monthly, weekly, __ pm | P | 2/9/19 | | 3/4/2019 Adlingt 820 on GTT / cf west 07f |
| | | 2. Be free of signs/ symptoms of complications of tube feeding. | 8 | | Monitor/report to MD signs/symptoms of complications of tube feeding | MD | MD 2019 | | |
| | **Evidenced by:** | 3. Maintain weight of ___ | 3 | | Administer tube feeding/fluid | SLP | SLD | | |
| | Feeding tube present | 4. Gain/lose weight of ___ pounds by next | 5 | | Make as ordered by MD | | | | |
| | **Related to:** | assessment. | 6 | | Provide nasal / oral stoma care as per protocol. | | | | |
| | • Coma | 5. Improve and/or maintain skin integrity. | 7 | ✓ | Elevate head of bed 30°-45° during feeding | | | | |
| | • Cognitive impairment | 6. Be successfully weaned from tube feeding. | 8 | | Refer to speech therapist | | | | |
| | • Impaired swallowing | 7. Be adequately hydrated as evidenced by normal | | | Plan and implement a program for weaning resident from the tube feeding | | | | |
| | • Esophageal pathology | lab values for the resident and signs and symptoms | | | Provide positive reinforcement and emotional support | | | | |
| | • Severe anorexia | of adequate hydration. | | | Coordinate dysphagia program | | | | |
| | • Other (specify) ___ | 8. Receive adequate nutrition via tube feeding. | | | Monitor p.o. tolerance/intake | | | | |
| | | 9. Other (specify) ___ | | | Adjust or change tube feeding formula pm | | ✓ | | |
| | **Secondary to:** | | | | Other (specify) ___ | | | | |
| | Medical diagnosis/problem ___ | | | | | | | | |
| | stroke cthol OTRD | | | | | | | | |
| | HTN DM | | | | | | | | |
| | CVA | | | | | | | | |
| | Trauma | | | | | | | | |

RUTLAND NURSING HOME
Comprehensive Care Plan

Page 1 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No | Due | Y | N* | NC | | MD | MSD | NUD | SW | TR | DT | RN | HB | OTH | | | |
| 3/9 | **Definition:** Insufficient, excessive ineffective, and/or inappropriate social interaction and/or decreased interest, engagement in or expressive during a-emotional pursuits. | **Resident will:** | | | | | | • Assist resident in identification of likes and dislikes related to recreational activities | | | | | | | | | | | | |
| | | 1. Indicate interest in opportunities for social interaction. | 3 | 6/9 | | | | • Encourage participation in recreation plan | | | | | | | | | | | |
| | **Evidenced by:** | 2. Verbalize problems with interactions with peers/staff. | 14 | 6/9 | | | | | | | | | | | | | | | 3/9 | |
| | • Preferences for more or different activity choices | 3. Participate increasingly in social/recreational activities (specify): _Social parties_ _actof_ | 12 | 9/9 | | | | • Engage in individual activities (specify): _____ _____ | | | ✓ | | | | | | | | |
| | • Not involved in activities • Involved in activities more than 2/3 of time • Involved in activities less than 1/3 of time | | | | | | | • Engage in group program(s) (specify): _____ _____ | | | | | | | | | | | | |
| | • Verbalizes interest or disinterest of social interaction | 4. Identify and engage in activities of interest. | | | | | | | | | ✓ | | | | | | | | | |
| | • Withdrawn - dull affect • Anxiety in public places • Difficulty in transferring interests | 5. Establish relationship(s) with staff/peers. | | | | | | • Encourage resident to ventilate feelings | | | | | | | | | | | | |
| | • Resistance to leaving unit • Discomfort to group setting • Limited attention span | 6. Successfully modify interests in response to physical/emotional limitations. | | | | | | | | | | | | | | | | | | |
| | • Reluctance to respond to stimuli | 7. Respond to stimuli provided during activities. | | | | | | • Assist resident in establishing comfortable relationship(s) with others | | | | | | | | | | | | |
| | • Absence of activity preference • Other _____ | 8. Engage in independent activities of choice. | | | | | | • Support resident's goals for involvement in recreational pursuits | | | | | | | | | | | | |
| | | 9. Maintain attention span during groups. | | | | | | • Encourage resident to leave room | | | | | | | | | | | | |
| | **Related to:** | 10. Derive feelings or satisfaction/gratification during involvement in activities or relationships. | | | | | | | | | | | | | | | | | | |
| | • Medical orders for isolation • Resident off or out of time • Verbally abusive • Avoids interaction with others | | | | | | | • Encourage resident to engage in off unit activities | | | | | | | | | | | | |
| | • Easily fatigued • New resident for a sustained period of time • Preference for own room | 11. Other _Regularly will_ _please tell staff_ _will let to participate_ | | | | | | • Evaluate potential for participation in community-based activities | | | | | | | | | | | | |

37. IMPAIRED SOCIAL INTERACTION, AND/OR SOCIAL ISOLATION
☐ ACTUAL.
☐ POTENTIAL.

(12) _Resident will answer_ 1-2 basic questions daily
_Will explain privilege over next 90 days as appropriate_

DO NOT REMOVE

Name: _Fernandine, Jean_
Room #: _____
Medical Record Number: _10128_
Initial Care Plan Date: _____

**37. IMPAIRED SOCIAL INTERACTION AND/OR SOCIAL ISOLATION**
☐ ACTUAL
☐ POTENTIAL

Page 2 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | | | RESPONSIBILITIES | | | | | | | | | | INTERVENTIONS | DATE INIT. | DATE D/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Related to: (continued)**
- Preference for activities outside nursing home
- Does not feel comfortable in any activity setting
- Sensory
- Joint pain
- Sad or anxious mood
- Chemotherapy
- Quadriplegia
- Lack of interest in activities offered
- Incontinence of urine
- Incontinence of bowels
- Institutionalization / relocation
- Grief over loss similar/roles
- Unsatisfied relationships
- Non-English speaking
- Coma
- Unclear or slurred/garbled speech
- Impaired vision
- Self image problem
- Psychiatric illness
- Impaired cognition
- Lifestyle choices
- Acute/terminal illness
- Time consuming treatments or rehab care
- Limited time awake
- Communication/problem
- Impaired mobility
- Decline in functional ability
- Other

**INTERVENTIONS**
- Encourage participation in prescribed activities
- Encourage decision making/ independence choices regarding rehabilitation/involvement
- Provide praise for achievement/support self-esteem
- Assign/modify activity for successful participation
- Teach skills as necessary for successful involvement
- Allow resident time to respond
- Provide individual/group/family therapy/counseling
- Stimulate with radio/television during part of day
- Encourage family participation in programs with resident
- Assign staff consistently
- Provide bed-side activities
- Schedule one-to-one activities
- Arrange chaplaincy services
- Provide one-to-one music sensory stimulation
- Provide tactile stimulation
- Other

**RUTLAND NURSING HOME**
Comprehensive Care Plan

Page 1 of 2

| DATE IMPLE-MENTED | RESIDENT PROBLEM | EXPECTED OUTCOME | OUTCOME EVALUATION | | | | INTERVENTIONS | RESPONSIBILITIES | | | | | | | | | | | | DATE IMP. | DATE DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | IN | DAY | Y | N | DC | | MD | MD | SW | TR | RN | RT | OT | SLP | MSR | OTR | | | |

Self Care Deficit - Total

**Definition:** Inability to provide for all of one's own ADL needs and is totally dependent on staff for assistance.

**Evidenced by:**

- Total assistance needed in:
  - Bed mobility
  - Transfer
  - Locomotion
  - Dressing
  - Toilet use
  - Personal hygiene
  - Bathing

**Related to:**

- Sequencing problems
- Incomplete performance
- Anxiety
- Weakness
- Poor balance
- Poor coordination
- Contractures, specify site(s): _____
- Sensory impairment
- Pain
- Impaired decision making
- No memory recall ability
- Loss of voluntary movement
- Unstable, fluctuating, precarious or deteriorating condition/disease
- Coma
- Hemiplegia
- Quadriplegia
- Other _____

**Resident will:**

1. Be clean, dry and well groomed daily.
2. Maintain skin integrity.
3. Maintain integrity of skin/dermal soft/hard tissue.
4. Be free of infection.
5. Maintain present range of motion in all joints - specify:
6. Other _____

**INTERVENTIONS**

- Encourage resident to make choices associated with ADL's where possible
- Pace care to avoid tiring
- Provide encouragement/ identify progress/offer praise
- Provide total assistance with bed mobility
- Turn and position regularly
- Utilize pressure relief devices as per nursing orders
- Assess skin regularly
- Provide total assistance during transfer
  - 1 person
  - 2 person
- Use mechanical lift to transfer
- Provide total assistance with locomotion

SELF CARE DEFICIT - TOTAL
☑ ACTUAL
☐ POTENTIAL

Name: _____
Room #: _____
Medical Record Number: _____

**RESPONSIBILITIES** — DATE IMP.: columns CNA, NSG, STV, TR, OT, RFT, OTR / DATE IMP.

**INTERVENTIONS**

- Provide wheelchair/geri-chair/ recliner or other: ____
- Provide total assistance with dressing/grooming
- Remove facial hair daily/regularly.
- Apply deodorant after physical hygiene
- Provide proper footwear
- Clip nails regularly in accordance with preferences/safety needs
- Provide total assistance with toileting
- Provide perineal care daily and whenever necessary
- Provide total assistance with bathing/hygiene
- Provide 2 baths/showers weekly and whenever necessary
- Brush teeth and provide mouth care morning, bedtime and, whenever necessary
- Wash hair weekly
- Provide passive range of motion to: ____
- Provide active range of motion to:
- Provide skills training/practice in:
- Other: ____

**NURSING EVALUATION** — Yr, Dat, M/P (Y, N), SAC

**EXPECTED OUTCOME**

**RESIDENT PROBLEM**

Secondary to:
- Trauma
- CVA
- Dementia
- Multiple Sclerosis
- Parkinson's Disease
- Medical diagnosis/problem.

**DATE IMPLEMENTED**

Allscripts - View Online Referral

TW- 1013B

| Site Name | Assigned | Last Activity Date | Respond by Date | Response Status | Response Reason Date/Time Provider Can Take Patient | Comments |
|---|---|---|---|---|---|---|
| Rutland Nursing Home/Kingsbrook Jewish Medical Center | Unassigned | 3/5/2019 5:08 PM (ET) | 2/27/2019 10:47 AM (ET) | Waiting for your response | | please forward signed screen and pt's social security number |

### Response History

| Contact Name | Response Received | Response | Reason | Comment |
|---|---|---|---|---|
| Nadine Nicholas | 3/5/2019 5:08 PM (ET) | - | - | SAR @ Rutland.I. Auth ref # 67990740-1000 at level 2 x 5days starting today, F/up w/ CM Alyssa ph: 880 687 5608 Fx 959 262 1043 |
| Nadine Nicholas | 2/28/2019 3:32 PM (ET) | - | - | We should have auth shortly, let's prepare for this evening discharge |
| Karen Telesford | 2/28/2019 1:46 PM (ET) | Yes, willing to accept patient | - | please forward signed screen and pt's social security number |
| Nadine Nicholas | 2/28/2019 1:21 PM (ET) | - | - | Are u accepting |
| Nadine Nicholas | 2/27/2019 11:37 AM (ET) | - | - | Any decision? |
| Karen Telesford | 2/27/2019 2:05 AM (ET) | Interested, but need more information | - | being reviewed |

### Referral Information - Referral # 49989654 - MRN: 000002840513 - JEAN FRANCISQUE

| Sending Organization: | NYCHHC 2014 - Kings County Hospital | | |
|---|---|---|---|
| Referral ID: | 49989654 | Referral Type: | SNF: Short-term |
| Date First Sent: | 2/28/2019 5:47 PM (ET) | Most Recent Revision: | 3/5/2019 5:08 PM (ET) |
| Respond by Date: | 2/27/2019 10:47 AM (ET) | | |
| Primary Referral Category: | | Primary Referral Reason: | |
| Sender's last activity: | 3/5/2019 5:08 PM (ET) | Your last activity: | 2/28/2019 1:46 PM (ET) |

### Contact Information

Nadine Nicholas
Phone: (718) 245-2888

### Forms - Referral # 49989654 - MRN: 000002840513 - JEAN FRANCISQUE

| Form | Size | Action | |
|---|---|---|---|
| PRI | ~0K | View File | [fax to me] |

### File Attachments - Referral # 49989654 - MRN: 000002840513 - JEAN FRANCISQUE

| File | Uploaded On | Size | Description | Action | |
|---|---|---|---|---|---|
| FaxAttachment.pdf | 2/26/2019 11:55 AM (ET) | ~149K | H&P | View File | [fax to me] |
| FaxAttachment.pdf | 2/26/2019 12:16 PM (ET) | ~574K | PRI ATTACHMENTS | View File | [fax to me] |

### Patient Information - Referral # 49989654 - MRN: 000002840513 - JEAN FRANCISQUE

| Name: | JEAN FRANCISQUE | MRN: | 000002840513 |
|---|---|---|---|
| Date of Birth: | (71 years) | Gender: | Male |
| Address: | 26 TENNIS CT 2E 0 BROOKLYN, NY 11226 | Home/Work/Alt: | |
| Marital Status: | Single Married Pt | SSN: | |
| Race: | Black | Race 2: | |
| Religion: | Catholic | | |

917-325-1931

Religion:        UNKNOWN

## Admission Information - Referral # 49989654 - MRN: 000002840513 - JEAN FRANCISQUE

| Account #: | 000039022694 | Patient Type: | Inpatient |
|---|---|---|---|
| Admission Date: | 2/7/2019 10:14 PM (ET) | Projected Discharge Date: | 2/28/2019 11:00 AM (ET) |
| Patient Class: | Ward | Admit Source: | EMERGENCY OUTPATIENT |
| Service Type: | NEUROLOGY | Location: | D2S / D2S0-7B |
| Facility: | NYCHHC Kings County Hospital Center | Level of Care: | |

| Primary Diagnosis: | Stroke with hemorrhagic conversion .PEG placed on 2/22 |
|---|---|

| Admitting Physician: | HELEN A VALSAMIS |
|---|---|
| Attending Physician: | HELEN A VALSAMIS |

## Financial Information - Referral # 49989654 - MRN: 000002840513 - JEAN FRANCISQUE

| Financial Class: | Medicare Managed Care |
|---|---|

**Payment Sources**

| Primary | Financial Class: | Medicare Managed Care |
|---|---|---|
| | Plan Number: | W247255639A |
| | Plan Description: | AETNA MCARE ADVANTAGE |
| | Plan Provider Contact: | (800) 624-4478 |
| | Certification Status: | Y |

| Guarantor: | JEAN FRANCISQUE 25 TENNIS CT 2E 0 BROOKLYN, NY 11226 Relationship: Self | |
|---|---|---|

## Assessment/Needs - General Information - Referral # 49989654 - MRN: 000002840513 - JEAN FRANCISQUE

| Primary Language: | Creole |
|---|---|

New York State Department of Health

| RUG II Group (print name): | PE9 |
| --- | --- |

RHCF Level of Care:
☐ HRF   ☑ SNF

# HOSPITAL AND COMMUNITY
# PATIENT REVIEW INSTRUMENT (H/C-PRI)

Use with separate Hospital and Community PRI Instructions

# I. ADMINISTRATIVE DATA

**1** OPERATING CERTIFICATE NUMBER
(1-8) `7 0 0 2 0 2 1 H`

**2** SOCIAL SECURITY NUMBER
(9-17)

**3** OFFICIAL NAME OF HOSPITAL OR OTHER AGENCY/FACILITY COMPLETING THIS REVIEW
NYCHHC 2014 - Kings County Hospital

**4A** PATIENT NAME (AND COMMUNITY ADDRESS IF REVIEWED IN COMMUNITY) JEAN FRANCISQUE

**4B** COUNTY OF RESIDENCE KINGS

**5** DATE OF PRI COMPLETION
(18-25) `0 2` MO. `2 6` DAY `2 0 1 9` YEAR

**6** MEDICAL RECORD NUMBER/CASE NUMBER
(26-34) **000002840513**

**7** HOSPITAL ROOM NUMBER
(35-39) `D 2 S 0 -`

**8** NAME OF HOSPITAL UNIT/DIVISION/BUILDING
**D2S**

**9** DATE OF BIRTH
(40-47) MO. ___ DAY ___ YEAR

**10** SEX
1 = Male
2 = Female (48) `1`

**11A** DATE OF HOSPITAL ADMISSION OR INITIAL AGENCY VISIT
(49-56) `0 2` MO. `0 7` DAY `2 0 1 9` YEAR

**11B** DATE OF ALTERNATE LEVEL OF CARE STATUS IN HOSPITAL (IF APPLICABLE)
(57-64) `0 2` MO. `2 2` DAY `2 0 1 9` YEAR

**12** MEDICAID NUMBER
(65-75)

**13** MEDICARE NUMBER
(76-85) `W 2 4 7 2 5 5 6 3 9`

**14** PRIMARY PAYOR
1 = Medicaid       3 = Other
2 = Medicare (86) `2`

**15** REASON FOR PRI COMPLETION
1. RHCF Application from Hospital
2. RHCF Application from Community (87) `1`
3. Other (Specify: _____)

# II. MEDICAL EVENTS

**16 DECUBITUS LEVEL:** ENTER THE MOST SEVERE LEVEL (0-5) AS DEFINED IN THE INSTRUCTIONS. `0`

**17 MEDICAL CONDITIONS:** DURING THE PAST WEEK. READ THE INSTRUCTIONS FOR SPECIFIC DEFINITIONS.
1 = Yes       2 = No

A. Comatose ................................................. `2`

B. Dehydration ............................................. `2`

C. Internal Bleeding ...................................... `2`

D. Stasis Ulcer ............................................. `2`

E. Terminally Ill ............................................ `2`

F. Contractures ............................................ `2`

G. Diabetes Mellitus ..................................... `2`

H. Urinary Tract Infection .............................. `2`

I. HIV Infection Symptomatic .......................... `2`

J. Accident .................................................. `2`

K. Ventilator Dependent ................................ `2`

**18 MEDICAL TREATMENTS:** READ THE INSTRUCTIONS FOR QUALIFIERS   1 = Yes   2 = No (100-112)

A. Tracheostomy Care/Suctioning
   (Daily - Exclude self care) .......................... `2`

B. Suctioning - General (Daily) ....................... `2`

C. Oxygen (Daily) ......................................... `2`

D. Respiratory Care (Daily) ............................ `2`

E. Nasal Gastric Feeding ............................... `2`

F. Parenteral Feeding ................................... `2`

G. Wound Care ............................................ `2`

H. Chemotherapy .......................................... `2`

I. Transfusion .............................................. `2`

J. Dialysis .................................................. `2`

K. Bowel and Bladder Rehabilitation ...............
   (SEE INSTRUCTIONS) `2`

L. Catheter (Indwelling or External) ................ `2`

M. Physical Restraints (Daytime Only) ........... `2`

DOH-694 (12/05) Page 1 of 4

JEAN FRANCISQUE

PAGE 2

# III. ACTIVITIES OF DAILY LIVING (ADLs)

Measure the capability of the patient to perform each ADL 60% or more of the time it is performed during the past week (7 days). Read the Instructions for the Changed Condition Rule and the definitions of the ADL terms.

**.9  EATING:** PROCESS OF GETTING FOOD BY ANY MEANS FROM THE RECEPTACLE INTO THE BODY (FOR EXAMPLE, PLATE, CUP, TUBE)

**19** (115) **5**

1 = Feeds self without supervision or physical assistance. May use adaptive equipment.

2 = Requires *intermittent* supervision (that is, verbal encouragement/guidance) and/or minimal physical assistance with minor parts of eating, such as cutting food, buttering bread or opening milk carton.

3 = Requires continual help (encouragement/teaching/physical assistance) with eating or meal will not be completed.

4 = Totally fed by hand, patient does not manually participate.

5 = Tube or parenteral feeding for primary intake of food. (*Not* just for supplemental nourishments.)

**20  MOBILITY:** HOW THE PATIENT MOVES ABOUT.

**20** (114) **5**

1 = Walks with no supervision or human assistance. May require mechanical device (for example, a walker), but not a wheelchair.

2 = Walks with intermittent supervision (that is, verbal cueing and observation). May require human assistance for difficult parts of walking (for example, stairs, ramps).

3 = Walks with *constant* one-to-one supervision and/or constant physical assistance.

4 = Wheels with no supervision or assistance, except for difficult maneuvers (for example, elevators, ramps). May actually be able to walk, but generally does not move.

5 = Is wheeled, chairfast or bedfast. Relies on someone else to move about, if at all.

**21  TRANSFER:** PROCESS OF MOVING BETWEEN POSITIONS, TO/FROM BED, CHAIR, STANDING, (EXCLUDE TRANSFERS TO/FROM BATH AND TOILET).

**21** (116) **5**

1 = Requires no supervision or physical assistance to complete necessary transfers. May use equipment, such as railings, trapeze.

2 = Requires *intermittent* supervision (that is, verbal cueing, guidance) and/or physical assistance for difficult maneuvers only.

3 = Requires one person to provide constant guidance, steadiness and/or physical assistance. Patient may participate in transfer.

4 = Requires two people to provide constant supervision and/or physically lift. May need lifting equipment.

5 = Cannot and is not gotten out of bed.

**22  TOILETING:** PROCESS OF GETTING TO AND FROM A TOILET (OR USE OF OTHER TOILETING EQUIPMENT, SUCH AS BEDPAN). TRANSFERRING ON AND OFF TOILET, CLEANSING SELF AFTER ELIMINATION AND ADJUSTING CLOTHES

**22** (116) **4**

1 = Requires no supervision or physical assistance. May require special equipment, such as a raised toilet or grab bars.

2 = Requires *intermittent* supervision for safety or encouragement, or minor physical assistance (for example, clothes adjustment or washing hands).

3 = Continent of bowel and bladder. Requires constant supervision and/or physical assistance with major/all parts of the task, including appliances (i.e., colostomy, ileostomy, urinary catheter).

4 = Incontinent of bowel and/or bladder and is not taken to a bathroom.

5 = Incontinent of bowel and/or bladder, but is taken to a bathroom every two to four hours during the day and as needed at night.

# IV. BEHAVIORS

**23  VERBAL DISRUPTION:** BY YELLING, BAITING, THREATENING, ETC.

**23** (117) **1**

1 = No known history.

2 = Known history or occurrences, but not during the past week (7 days).

3 = Short-lived or predictable disruption regardless of frequency (for example, during specific care routines, such as bathing.)

4 = Unpredictable, recurring verbal disruption at least once during the past week (7 days) for no foretold reason.

5 = Patient is at level #4 above, but does not fulfill the active treatment and assessment qualifiers (in the instructions).

**24  PHYSICAL AGGRESSION:** ASSAULTIVE OR COMBATIVE TO SELF OR OTHERS WITH INTENT FOR INJURY, (FOR EXAMPLE HITS SELF, THROWS OBJECTS, PUNCHES, DANGEROUS MANEUVERS WITH WHEELCHAIR)

**24** (118) **1**

1 = No known history.

2 = Known history or occurrences, but not during the past week (7 days).

3 = Predictable aggression during specific care routines or as a reaction to normal stimuli (for example, bumped into), regardless of frequency. May strike or fight.

4 = Unpredictable, recurring aggression at least once during the past week (7 days) for no apparent or foretold reason (that is, not just during specific care routines or as a reaction to normal stimuli).

5 = Patient is at level as #4 above, but does not fulfill the active treatment and assessment qualifiers (in the instructions).

**JEAN FRANCISQUE** PAGE 4

# VII. PLAN OF CARE SUMMARY

This section is to communicate to providers any additional clinical information which may be needed for their preadmission review of the patient. It does not have to be completed if the information below is already provided by your own form, which is attached to this H/C-PRI.

**30 DIAGNOSES AND PROGNOSES:** FOR EACH DIAGNOSIS DESCRIBE THE PROGNOSIS AND CARE PLAN IMPLICATIONS.

Primary                                                              Prognosis
1. Stroke with hemorrhagic conversion .
   PEG placed on 2/22

Secondary (Include Sensory Impairments)
   PMH: HTN and DM
   Wt 156 lbs Ht 5'7"

**31 REHABILITATION POTENTIAL** [INFORMATION FROM THERAPIST(S)]
A. POTENTIAL DEGREE OF IMPROVEMENT WITH ADLs WITHIN SIX MONTHS (DESCRIBE IN TERMS OF ADL LEVELS ON THE HC-PRI):
   Awake . open eyes to verbal commands
   REHAB CLINICALS ARE ATTACHED
   PLOF:Ambulatory

B. CURRENT THERAPY CARE PLAN: DESCRIBE THE TREATMENTS (INCLUDING WHY) AND ANY SPECIAL EQUIPMENT REQUIRED.
   Continue w/ OT and PT for Bed mobility, Gait training w/assistive device, ADL retraining

**32 MEDICATIONS**

| NAME | DOSE | FREQUENCY | ROUTE | DIAGNOSIS REQUIRING EACH MEDICATION |
|------|------|-----------|-------|-------------------------------------|
| MED list is attached | | | | |

**33 TREATMENTS:** INCLUDE ALL DRESSINGS, IRRIGATIONS, WOUND CARE, OXYGEN.

A. TREATMENTS               DESCRIBE WHY NEEDED                          FREQUENCY
   BP and glucose monitoring and management
   Fall precautions.
   IPC to b/l LE  : DVT prophylaxis

B. NARRATIVE: DESCRIBE SPECIAL DIET, ALLERGIES, ABNORMAL LAB VALUES, PACEMAKER.
   CHO enteral feeding via PEG at 55cc/hr. NKA

**34 RACE/ETHNIC GROUP:** CIRCLE THE CODE WHICH BEST DESCRIBES THE PATIENT'S RACE OR ETHNIC GROUP.

| 1 = White | 4 = Black/Hispanic | 7 = American Indian or Alaskan Native |
|-----------|--------------------|-----|
| 2 = White/Hispanic | 5 = Asian or Pacific Islander | 8 = American Indian or Alaskan Native/Hispanic |
| 3 = Black | 6 = Asian or Pacific Islander/Hispanic | 9 = Other |

**35 QUALIFIED ASSESSOR:** I HAVE PERSONALLY OBSERVED/INTERVIEWED THIS PATIENT AND COMPLETED THIS H/C-PRI ☑ YES ☐ NO

EREIN IS A TRUE ABSTRACT OF THE PATIENT'S CONDITION AND

IDENTIFICATION NO. | 7 | 1 | 3 | 2 | 8 |

NAME: **JEAN FRANCISQUE**                                                      PAGE 5

**MEDICATIONS (from page 4, question 32)**

| | NAME | DOSE | FREQUENCY | ROUTE | DIAGNOSIS REQUIRING EACH MEDICATION |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

**TREATMENTS (from page 4, question 33)**

| | TREATMENTS | DESCRIBE WHY NEEDED | FREQUENCY |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

**NEW YORK STATE DEPARTMENT OF HEALTH**
Office of Long Term Care – Division of Residential Services

# SCREEN

A Patient Review Instrument (PRI) or Hospital and Community PRI (H/C PRI) must be completed before beginning the SCREEN form. Refer to the SCREEN Instructions (DOH-695I) when completing the SCREEN form.

## IDENTIFICATION

1. Facility Operating Certificate Number: 7002021H

2. Patient/Resident/Person's Social Security Number: 101 - 54 - 1756

3. Name of Person(s) Completing SCREEN: Anthony Parris

4. Patient/Resident/Person's Name: JEAN FRANCISQUE

5. Date of HC-PRI or PRI Completion: 2/26/19

6a. Date of SCREEN Initiation: 02/28/2019

6b. Date of SCREEN Completion: 02/28/2019

## DIRECT REFERRAL FACTOR FOR RESIDENTIAL HEALTH CARE FACILITY (RHCF)

|  | YES | NO |  |
|---|---|---|---|
| 7. | ☑ | ☐ | This person has a home in the community (owns or rents a home, lives in an Adult Care Facility or with family or friends) and that residence is still available OR appropriate community based living can be arranged OR this person is eligible for an Adult Care Facility. |

**Guideline:** If item 7 is marked YES, proceed to DIRECT REFERRAL FACTORS FOR COMMUNITY BASED ASSESSMENT (items 8-12). If item 7 is marked NO, explain on a separate sheet of paper and attach to this form; refer to RHCF. Proceed to REFERRAL RECOMMENDATION (item 21).

## DIRECT REFERRAL FACTORS FOR COMMUNITY BASED ASSESSMENT

**Answer all items 8-12**

|  | YES | NO |  |
|---|---|---|---|
| 8. | ☐ | ☑ | This person understands information given and opposes placement/continued stay in a Residential Health Care Facility. |
| 9. | ☐ | ☑ | This person is aware of the cost of necessary community services and desires to use private resources (e.g., insurance, income, savings) to purchase care at home or in an Adult Care Facility. Evaluator specifically described all necessary community services and described private resources (such as insurance coverage, savings, income or financial aid provided by a spouse, relative or friend) that may be available to pay for such services. Medicare and Medicaid should NOT be included as private financial resources. |
| 10. | ☐ | ☑ | This person has an informal support system. Individuals in this system are willing and are physically and mentally capable of caring for this person, and providing for most of his/her specific needs. |
| 11. | ☐ | ☑ | All ADL responses = 1 or 2 (see PRI or HC-PRI PART III, 19-22) |
| 12. | ☑ | ☐ | This person was independent in ADLs prior to most recent acute episode and shows good rate of return of physical and mental functioning. |

**Guideline:** If any direct referral factor (items 8-12) is marked YES, refer to a Certified Home Health Agency (CHHA) for a community based assessment. Attach assessment to the SCREEN, then proceed to REFERRAL RECOMMENDATION (item 21). If all referral factors (items 8-12) are marked NO, proceed to HOME AND CAREGIVING ARRANGEMENTS (item 13).

## HOME AND CAREGIVING ARRANGEMENTS

13.

a. Estimate the total number of hours per day that the informal support(s) system is willing and able to provide supervision or assistance to this person. **a. 0**

b. Estimate the total number of hours per day that this person can be alone. **b. 0**

c. Add a and b (a+b=c) ............................................................. **c. 0**

|  | YES | NO |  |
|---|---|---|---|
| | ☐ | ☑ | d. Does c. total 12 or more hours? |

**Guideline:** If item 13d. is marked YES, proceed to item 16. If item 13d. is marked NO, proceed to item 14.

|  | YES | NO |  |
|---|---|---|---|
| 14. | ☑ | ☐ | Can the number of hours that this person is attended by self or informal supports be expected to increase to 12 or more hours per day within six months? |

Guideline:   If item 14 is marked YES, proceed to item 16.
If item 14 is marked NO, proceed to item 15.

15.   If the answer to item 14 is NO, enter reason(s) (a, b, and/or c): _____

   a.   This person's physical and/or mental condition is not expected to improve to a degree that would permit increased self care within six months.
   b.   Person has no informal supports.
   c.   Informal supports are unable or unwilling to provide additional assistance, or person does not want care from informal supports.

Guideline:   Proceed to Item 16

|  | YES | NO |  |
|---|---|---|---|
| 16. | ☑ | ☐ | Is there a need for restorative services documented by a physician or rehabilitation specialist? |

Guideline:   If item 16 is marked YES, proceed to item 17.
If item 16 is marked NO, proceed to item 19.

|  | YES | NO |  |
|---|---|---|---|
| 17. | ☐ | ☑ | Can this person receive restorative services at home, at adult day care, or as an outpatient? |

Guideline:   If item 17 is marked YES, proceed to item 19.
If item 17 is marked NO, proceed to item 18.

18.   If the answer to item 17 is NO, enter reason(s) (a, b and/or c): __c__

   a.   Restorative services are not available in this person's community.
   b.   Restorative services are too costly or not covered in this person's community.
   c.   This person cannot access restorative services in their community.

Guideline:   Proceed to item 19.

|  | YES | NO |  |
|---|---|---|---|
| 19. | ☑ | ☐ | Does this person have any risk factors that could cause undue risk to self or others if placed in the community? |

If YES, enter reason(s) (a, b, c and/or d): __d__

   a.   This person has a history of unpredictable behaviors and may injure self or others.  This condition is not temporary.
   b.   Comatose (PRI or H-C PRI Part II, 17 A) or all ADL responses = 4 or 5 (PRI or H-C PRI PART III, 19-22).
   c.   Requires constant monitoring due to health threatening medical conditions.
   d.   Skilled services are needed at least one time per day and cannot be delegated to nonprofessionals or informal supports.

Guideline:   Proceed to item 20.

|  | YES | NO |  |
|---|---|---|---|
| 20. | ☐ | ☑ | Based on the answer to item 19, can this person be placed safely in the community without causing undue risk to self or others? |

Guideline:   Proceed to item 21.

# REFERRAL RECOMMENDATION

21. **Based on the information obtained by the screener during the screen assessment, check the principal referral recommendation and reason. Explain as needed:**

_____

a. **RHCF:**

1. (　) A community based assessment was done by a Certified Home Health Agency (CHHA), and it was determined that this person cannot be cared for in the community. This community assessment represents this person's current status.

2. (　) This person does not have an available home in the community (does not own or rent a home, is not eligible for an Adult Care Facility, or cannot live with family or friends).

3. (　) Appropriate community based living cannot be arranged because this person cannot be adequately cared for in the community and/or is a risk to self or others.

4. (　) Both community based and RHCF care are being investigated. Recommendation is RHCF.

b. **RHCF for Restorative Services:**

1. (✓) This person cannot receive restorative services in their community.

c. **Community:**

1. (　) A CHHA completed a community based assessment and determined that this person can be cared for in the community.

Guideline:   If RHCF (item 21 a) or RHCF for Restorative Services (item 21 b) is chosen, proceed to item 22.
If Community (item 21 c) is chosen, proceed to item 36.

# DEMENTIA DIAGNOSIS

**YES   NO**

22. ☐  ☑  Does this person have a dementia diagnosis (including Alzheimer's disease) documented in the medical record?

Guideline:   Proceed to item 23.

# LEVEL I REVIEW FOR POSSIBLE MENTAL ILLNESS (MI)

**YES   NO**

23. ☐  ☑  Does this person have a serious mental illness?

Guideline:   Proceed to LEVEL I Review for Possible Mental Retardation/Developmental Disability (items 24 -26)

# LEVEL I REVIEW FOR POSSIBLE MENTAL RETARDATION/DEVELOPMENTAL DISABILITY (MR/DD)

Answer ALL items 24-26.

**YES   NO**

24. ☐  ☑  Does this person have a diagnosis or documented history of mental retardation and/or a developmental disability, and did the mental retardation or developmental disability manifest itself prior to age 22, and is it likely to continue indefinitely, resulting in substantial functional limitations in three or more areas of major life activity?

25. ☐  ☑  Has this person ever been deemed eligible for and/or received MR/DD services, or has this person been referred by an agency that serves persons with MR/DD?

DOH-695 (2/2009)  Page 4 of 7

26.  ☐  ☑  Does this person present with evidence of cognitive deficits and/or adaptive skill deficits that may indicate the presence of mental retardation or developmental disability?

      Guideline:  If item 23 or any of items 24-26 are marked YES, proceed to Categorical Determinations (items 27-30).
                   If item 23 and all of items 24-26 are marked NO, proceed to Patient/Resident/Person Disposition (item 36).

## CATEGORICAL DETERMINATIONS

Answer ALL items 27-30.

|  | YES | NO |  |
|---|---|---|---|
| 27. | ☐ | ☐ | Does this person qualify for convalescent care? |
| 28. | ☐ | ☐ | Is this person seriously physically ill? |
| 29. | ☐ | ☐ | Is this person terminally ill? |
| 30. | ☐ | ☐ | Is this person to be admitted for a very brief and finite stay or a provisional emergency admission? |

      Guideline:  If any of the items 27-30 are marked YES, proceed to DANGER TO SELF OR OTHERS QUALIFIERS (item 31).
                   If all are marked NO, proceed to LEVEL II REFERRALS (item 33).

## DANGER TO SELF OR OTHERS QUALIFIERS

|  | YES | NO |  |
|---|---|---|---|
| 31. | ☐ | ☐ | Based on your interview with this person (and/or available informants), and/or a review of this person's medical record, is there any evidence to suggest that this person is, or may have been, a danger to self or others during the past two years? |

      Guideline:  If item 31 is marked YES, proceed to item 32.
                   If item 31 is marked NO, proceed to Patient/Resident/Person Disposition (item 36).

|  | YES | NO |  |
|---|---|---|---|
| 32. | ☐ | ☐ | Has this person been deemed a danger to self or others based on a current psychiatric evaluation by a licensed mental health professional? |

      Guideline:  If item 32 is marked YES, proceed to LEVEL II REFERRALS (item 33).
                   If item 32 is marked NO, proceed to Patient/Resident/Person Disposition (item 36).

## LEVEL II REFERRALS

33.  Enter the Level II Referral(s): a, b, or c _____

        a. Level II mental illness evaluation by the designated mental health review entity
        b. Level II evaluation by the Office of Mental Retardation and Developmental Disabilities
        c. Both a and b

      Guideline:  Proceed to item 34.

|  | YES | NO |  |
|---|---|---|---|
| 34. | ☐ | ☐ | I, as the qualified screener, acknowledge that this Patient/Resident/Person and his/her legal representative* have received verbal and written notification that this Patient/Resident/Person is being referred for a Level II Evaluation. |

      Guideline:  **STOP !**  Do not complete items 35 through 38 until you have obtained the Level II recommendations from the designated evaluator(s).

*Legal representative means an individual whose appointment is made and regularly reviewed by a state court or agency empowered under state law to appoint and review such officers, and having the authority to consent to health/mental health care or treatment of an individual.

# LEVEL II RECOMMENDATIONS

**YES    NO**

35. ☐      ☐      Specialized services are recommended based on the Level II Evaluation(s).

Guideline:      Proceed to item 36.

# PATIENT/RESIDENT/PERSON DISPOSITION

36.  Enter one response (a,b,c,d,e,f,g,h,i,j.): __g__

    a.  Home                                  g.  RHCF for restorative services

    b.  Home with home care services                h.  RHCF for other services

    c.  Adult Care Facility                         i.  Person died

    d.  Inpatient Psychiatric Care                j.  Other (specify) _____

    e.  OMR/DD Residential Placement

    f.  Adult Care Facility with home care services

Guideline:      **Proceed to item 37**

# PATIENT/RESIDENT/PERSON AND/OR LEGAL REPRESENTATIVE AND/OR HEALTH CARE AGENT ACKNOWLEDGEMENT

37.  I have had the opportunity to participate in decisions regarding the arrangements for my continuing care, and I have received verbal and written information regarding the range of services in my community.    *Patient not able to sign at this time*

02/28/2019          *Patient's family is in agreement w/ D/C plan.*
_____
Date           Signature of the patient/resident/person being assessed and/or legal representative and/or health care agent

Guideline:      **Proceed to item 38.**      *Fabiola Francisq-e - Daughter*
                                    *917-535-3262*

# QUALIFIED SCREENER

38.  I have personally observed/interviewed this person and completed this SCREEN and I certify that I am a trained and qualified SCREENER and the information contained herein is a true abstract of this person's current condition and circumstances.

02/28/2019, Anthony Parris - Social Worker           0 0 2 0 1 5 0 0 2 2 0 9
_____        _____
Print date, name and title of qualified SCREENER            SCREENER Identification Number
                                                              (Assigned by NYSDOH)

_____
Signature of qualified SCREENER

## NOTIFICATION OF NEED FOR LEVEL II EVALUATION

A Level I SCREEN has been completed for **JEAN FRANCISQUE** _____, on _____. This notice serves to inform _____ and his/her legal representative that a Level II Evaluation is required, due to suspected mental illness and/or mental retardation. The Level II Evaluation will be completed by the New York State Office of Mental Health and/or Office of Mental Retardation/Developmental Disability or designee.

_____                    _____

Print date, name and title of qualified SCREENER                    SCREENER Identification Number
                                                                    (Assigned by NYSDOH)

_____

Signature of qualified SCREENER